

STATE'S
EXHIBIT
258

000002



STATE'S
EXHIBIT
253



**STATE'S EXHIBIT**
260

PENGAD 800-631-6989



STATE'S
EXHIBIT
241

PENGAD 800-631-6989

000095



STATE'S
EXHIBIT
262

PENGAD 800-631-6989





NO. 73841

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT OF |
| VS. | BRAZORIA COUNTY, TEXAS |
| RYAN ANTONIO MATTHEWS | 239TH JUDICIAL DISTRICT |

### STATE'S NOTICE OF FILING OF RECORDS AND AFFIDAVIT

COMES NOW THE STATE OF TEXAS, by and through her Assistant Criminal District Attorney, Kurt Sistrunk, and files certain business records of Dawson High School, together with an Affidavit executed by David Moody, an employee and the Custodian of Records for Dawson High School. These records will be offered in evidence in the trial of the Defendant, Ryan Antonio Matthews.

Pursuant to Rule 902(10)(a) of the Texas Rules of Criminal Evidence, these records will be made available by the Clerk of the Court to counsel for parties to the litigation for inspection and copying at the expense of the person desiring the copies.

Respectfully Submitted,

Kurt Sistrunk
Assistant Criminal District Attorney
111 E. Locust St., Room 408A
Brazoria County, Texas
SBOT No. 18444950
(979) 864-1230 phone
(979) 864-1525 fax

### CERTIFICATE OF SERVICE

I have provided a true and correct copy of the foregoing Notice was sent to Mr. Tom Stickler, the Defendant's attorney of record, on February 10th, 2015 via fax.

Kurt Sistrunk

13410

000099

## BUSINESS RECORDS AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared _David Moody_, who being by me duly sworn, deposed as follows: My name is _David Moody_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am the custodian of _Dawson High School_. Attached hereto are _202_ pages of records from _Dawson High School_.

These said _202_ pages of records are kept by _Dawson High School_ in the regular course of business, and it was the regular course of business of _Dawson High School_ for an employee or representative of _Dawson High School_, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
**AFFIANT**

SWORN TO AND SUBSCRIBED BEFORE ME on this the _31st_ day of _March_, 20 _14_.

SHEILA VERSHIER
Notary Public, State of Texas
My Commission Expires:
09/17/2017

_____
Notary Public, State of Texas

000100

# GRAND JURY SUBPOENA

THE STATE OF TEXAS
TO ANY SHERIFF, CONSTABLE OR PEACE OFFICER OF THE STATE OF TEXAS - GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

| NAME | COUNTY | EXACT LOCATION |
|------|--------|----------------|
| Custodian of Records<br>Glenda Dawson High School | Brazoria | 2050 Cullen Blvd.<br>Pearland, TX 77581 |

to appear before the Grand Jury now in session at the Courthouse in the City of Angleton, Brazoria County, Texas on the **2nd day of    April, 2014,** then and there to testify as a witness before said Grand Jury, and there remain from day to day until discharged by due course of law.  Said above named witness is further commanded to produce at said time and place above set forth, the following books, papers, documents or other tangible things, to-wit:

**ANY AND ALL RECORDS OF ANY NATURE PERTAINING TO RYAN ANTONIO MATTHEWS, DOB 4-5-97, INCLUDING BUT NOT LIMITED TO EDUCATIONAL, ATTENDANCE, DISCIPLINARY, PSYCHOLOGICAL,  PSYCHIATRIC, COUNSELING, ARD RECORDS OR RECORDS OF ANY NATURE.**

**A subpoena or summons relating to a grand jury proceeding or investigation must be kept secret to the extent and for as long as necessary to prevent the unauthorized disclosure of a matter before the grand jury.**

**YOU ARE NOT TO DIVULGE THE CONTENTS OF THIS SUBPOENA OR THE FACT THAT YOU HAVE BEEN SUBPOENAED BEFORE THE GRAND JURY. GRAND JURY SUBPOENAS ARE CONFIDENTIAL BY LAW**. It is a violation of the law to disclose this other than to your own attorney. Attorneys who are in receipt of this subpoena may not divulge it to other individuals. **THIS IS SUBJECT TO CONTEMPT OF COURT WHICH MAY INCLUDE JAIL TIME**.  You are not to disclose the existence of this directive.  Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

Herein Fail Not, but of the Writ make due return, showing how you have executed the same.
Witness my official signature, at Angleton, Texas, on March 25, 2014.



JERI YENNE, CRIMINAL DISTRICT ATTORNEY
BRAZORIA COUNTY, TEXAS

BY: _____
ASST. CRIMINAL DISTRICT ATTORNEY

---

### OFFICER'S RETURN

Came to hand the _____ day of _____, A.D., 2014, at _____ o'clock _____.M. and executed by reading this Subpoena in the presence and hearing of each of the within named witnesses at the following times and places, to-wit:

| NAMES | TIME | | | | | | PLACE & DISTANCE FROM COURTHOUSE | MILES $ |
|-------|------|---|---|---|---|---|---|---|
| | Mo | .m | day | yr | hr | min | | |
| | | | | | | | | |

and not executed as to the witnesses _____ for the following reasons: _____ :

I actually and necessarily traveled _____ miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES: - Summoning _____ Witnesses, $_____ **JERI YENNE**

**CRIMINAL DISTRICT ATTORNEY**
**BRAZORIA COUNTY, TEXAS**

Mileage -------------------------------- $_____

BY: _____
**Investigator**

TOTAL -------------------------------- $_____

**MARY ALDOUS**
First Assistant

**TRAVIS TOWNSEND**
Chief - Criminal Division

**RAETHELLA JONES**
Chief - Civil Division

**VICKI KRAEMER**
Chief Investigator



# JERI YENNE

## CRIMINAL DISTRICT ATTORNEY
## BRAZORIA COUNTY

TO:     Whom It May Concern

FROM:   Jeri Yenne

RE:     **GRAND JURY SUBPOENA**

The Brazoria County Grand Jury is in the process of investigating a criminal case in which records from your company/organization could prove beneficial.

Included herewith is a Grand Jury subpoena for your records as protection to you. Please note that a Grand Jury subpoena is confidential and you are not to disclose the existence of the same.

A subpoena or summons relating to a grand jury proceeding or investigation must be kept secret to the extent and for as long as necessary to prevent the unauthorized disclosure of a matter before the grand jury.

**YOU ARE NOT TO DIVULGE THE CONTENTS OF THIS SUBPOENA OR THE FACT THAT YOU HAVE BEEN SUBPOENAED BEFORE THE GRAND JURY. GRAND JURY SUBPOENAS ARE CONFIDENTIAL BY LAW**. It is a violation of the law to disclose this other than to your own attorney. Attorneys who are in receipt of this subpoena may not divulge it to other individuals. **THIS IS SUBJECT TO CONTEMPT OF COURT WHICH MAY INCLUDE JAIL TIME**. You are not to disclose the existence of this directive. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

You are required to appear at the date in the subpoena. You may discharge that duty if copies of the records requested are capable of being mailed. However, appearance at some later date may be required.

We are trying to minimize any inconvenience to you, but the law does not require us in criminal cases before a grand jury to pay for the records and we may not receive a bill. If you choose to appear in person and allow us to make copies of the records that will be acceptable, but no bill may be submitted. Our goal is convenience for you and fiscal responsibility for the County.

You will need to forward the copies of the records with a business records affidavit. **Please include an executed business records affidavit with the records. A blank affidavit is included for your convenience**

**Please MAIL records to:**

JERI YENNE
BRAZORIA COUNTY DISTRICT ATTORNEY
ATTN: JACKIE LANDER
111 E. LOCUST, SUITE 408A
ANGLETON, TEXAS 77515
FAX: 979-864-1525

If there are any questions, please contact JACKIE LANDER 979-864-1230. Thank you for your cooperation.

STATE OF TEXAS                    §        IN THE MATTER OF

                                 §        GRAND JURY INVESTIGATION

COUNTY OF BRAZORIA                §        JANUARY TO JUNE, 2014 TERM

## O R D E R

The Court ORDERS that a custodian of records in receipt of a grand jury subpoena issued by the grand jury for the District Court of Brazoria County, Texas, seeking the above-described information in the custodian of records' possession, shall provide copies of said records to the grand jury, or to the grand jury's designee as identified in the grand jury's subpoena.

The information sought in the subpoena is relevant and material to a legitimate law enforcement inquiry.

The copies of records disclosed pursuant to this order are confidential and shall be used only for purposes of the grand jury and in any subsequent judicial proceedings.

SIGNED this _6th_ day of _January_____, 2014.


_____
JUDGE

## BUSINESS RECORDS AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared _____, who being by me duly sworn, deposed as follows:

My name is _____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am the custodian of _____.

Attached hereto are _____ pages of records from _____

_____.

These said _____ pages of records are kept by _____

_____

in the regular course of business, and it was the regular course of business of

_____ for an

employee or representative of _____,

with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.


_____

**AFFIANT**

SWORN TO AND SUBSCRIBED BEFORE ME on this the _____ day of _____, 20_____.


_____

Notary Public, State of Texas


000104

GRAND JURY SUBPOENA

THE STATE OF TEXAS
TO ANY SHERIFF, CONSTABLE OR PEACE OFFICER OF THE STATE OF TEXAS - GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

| NAME | COUNTY | EXACT LOCATION |
|------|--------|----------------|
| Custodian of Records Pearland High School | Brazoria | 3775 S. Main Pearland, Texas 77581 |

to appear before the Grand Jury now in session at the Courthouse in the City of Angleton, Brazoria County, Texas on the **2nd day of April, 2014,** then and there to testify as a witness before said Grand Jury, said testimony believed to be material, and there remain from day to day until discharged by due course of law. Said above named witness is further commanded to produce at said time and place above set forth, the following books, papers, documents or other tangible things, to-wit:

Any and all records of any nature pertaining to RYAN ANTONIO MATTHEWS, DOB:  4-5-97, including but not limited to educational, attendance, disciplinary, psychological, psychiatric, counseling, ARD records or records of any nature.

A subpoena or summons relating to a grand jury proceeding or investigation must be kept secret to the extent and for as long as necessary to prevent the unauthorized disclosure of a matter before the grand jury.

**YOU ARE NOT TO DIVULGE THE CONTENTS OF THIS SUBPOENA OR THE FACT THAT YOU HAVE BEEN SUBPOENAED BEFORE THE GRAND JURY. GRAND JURY SUBPOENAS ARE CONFIDENTIAL BY LAW.** It is a violation of the law to disclose this other than to your own attorney. Attorneys who are in receipt of this subpoena may not divulge it to other individuals. **THIS IS SUBJECT TO CONTEMPT OF COURT WHICH MAY INCLUDE JAIL TIME.** You are not to disclose the existence of this directive. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

Herein Fail Not, but of the Writ make due return, showing how you have executed the same.
Witness my official signature at Angleton, Texas, on March 26, 2014.

JERI YENNE, CRIMINAL DISTRICT ATTORNEY
BRAZORIA COUNTY, TEXAS

BY: _____
ASST. CRIMINAL DISTRICT ATTORNEY

---

### OFFICER'S RETURN

Came to hand the _____ day of _____, A.D., 2014, at _____ o'clock _____.M.
and executed by reading this Subpoena in the presence and hearing of each of the within named witnesses at the following times and places, to-wit:

| NAMES | TIME Mo | day min | yr .m | hr | PLACE & DISTANCE FROM COURTHOUSE | MILES $ |
|-------|---------|---------|-------|-----|----------------------------------|---------|
|       |         |         |       |     |                                  |         |

and not executed as to the witnesses _____ for the following reasons: _____ :

I actually and necessarily traveled _____ miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES: - Summoning _____ Witnesses, $_____

Mileage -------------------------------- $_____

TOTAL -------------------------------- $_____

JERI YENNE
CRIMINAL DISTRICT ATTORNEY
BRAZORIA COUNTY, TEXAS

BY: _____
Investigator

000105

**MARY ALDOUS**
First Assistant

**TRAVIS TOWNSEND**
Chief - Criminal Division



**RAETHELLA JONES**
Chief - Civil Division

**VICKI KRAEMER**
Chief Investigator

# JERI YENNE

## CRIMINAL DISTRICT ATTORNEY
## BRAZORIA COUNTY

TO:      Whom It May Concern

FROM:   Jeri Yenne

RE:      **GRAND JURY SUBPOENA**

The Brazoria County Grand Jury is in the process of investigating a criminal case in which records from your company/organization could prove beneficial.

Included herewith is a Grand Jury subpoena for your records as protection to you. Please note that a Grand Jury subpoena is confidential and you are not to disclose the existence of the same.

A subpoena or summons relating to a grand jury proceeding or investigation must be kept secret to the extent and for as long as necessary to prevent the unauthorized disclosure of a matter before the grand jury.

**YOU ARE NOT TO DIVULGE THE CONTENTS OF THIS SUBPOENA OR THE FACT THAT YOU HAVE BEEN SUBPOENAED BEFORE THE GRAND JURY. GRAND JURY SUBPOENAS ARE CONFIDENTIAL BY LAW**. It is a violation of the law to disclose this other than to your own attorney. Attorneys who are in receipt of this subpoena may not divulge it to other individuals. **THIS IS SUBJECT TO CONTEMPT OF COURT WHICH MAY INCLUDE JAIL TIME.** You are not to disclose the existence of this directive. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

You are required to appear at the date in the subpoena. You may discharge that duty if copies of the records requested are capable of being mailed. However, appearance at some later date may be required.

We are trying to minimize any inconvenience to you, but the law does not require us in criminal cases before a grand jury to pay for the records and we may not receive a bill. If you choose to appear in person and allow us to make copies of the records that will be acceptable, but no bill may be submitted. Our goal is convenience for you and fiscal responsibility for the County.

You will need to forward the copies of the records with a business records affidavit. **Please include an executed business records affidavit with the records. A blank affidavit is included for your convenience**

**Please MAIL records to:**

> JERI YENNE
> BRAZORIA COUNTY DISTRICT ATTORNEY
> ATTN: JACKIE LANDER
> 111 E. LOCUST, SUITE 408A
> ANGLETON, TEXAS 77515
> FAX: 979-864-1525

If there are any questions, please contact JACKIE LANDER 979-864-1230. Thank you for your cooperation.

000106

STATE OF TEXAS        §      IN THE MATTER OF

                               §      GRAND JURY INVESTIGATION

COUNTY OF BRAZORIA     §      JANUARY TO JUNE, 2014 TERM

## O R D E R

The Court ORDERS that a custodian of records in receipt of a grand jury subpoena issued by the grand jury for the District Court of Brazoria County, Texas, seeking the above-described information in the custodian of records' possession, shall provide copies of said records to the grand jury, or to the grand jury's designee as identified in the grand jury's subpoena.

The information sought in the subpoena is relevant and material to a legitimate law enforcement inquiry.

The copies of records disclosed pursuant to this order are confidential and shall be used only for purposes of the grand jury and in any subsequent judicial proceedings.

SIGNED this ___6th___ day of ___January_____, 2014.


_____

JUDGE

# GRAND JURY SUBPOENA

THE STATE OF TEXAS
TO ANY SHERIFF, CONSTABLE OR PEACE OFFICER OF THE STATE OF TEXAS - GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

| NAME | COUNTY | EXACT LOCATION |
|------|--------|----------------|
| Custodian of Records<br>Pearland High School | Brazoria | 3775 S. Main<br>Pearland, Texas 77581 |

to appear before the Grand Jury now in session at the Courthouse in the City of Angleton, Brazoria County, Texas on the **2nd day of  April, 2014,** then and there to testify as a witness before said Grand Jury, said testimony believed to be material, and there remain from day to day until discharged by due course of law.  Said above named witness is further commanded to produce at said time and place above set forth, the following books, papers, documents or other tangible things, to-wit:

Any and all records of any nature pertaining to RYAN ANTONIO MATTHEWS, DOB:  4-5-97, including but not limited to educational, attendance, disciplinary, psychological, psychiatric, counseling, ARD records or records of any nature.

A subpoena or summons relating to a grand jury proceeding or investigation must be kept secret to the extent and for as long as necessary to prevent the unauthorized disclosure of a matter before the grand jury.

**YOU ARE NOT TO DIVULGE THE CONTENTS OF THIS SUBPOENA OR THE FACT THAT YOU HAVE BEEN SUBPOENAED BEFORE THE GRAND JURY.  GRAND JURY SUBPOENAS ARE CONFIDENTIAL BY LAW**.  It is a violation of the law to disclose this other than to your own attorney.  Attorneys who are in receipt of this subpoena may not divulge it to other individuals. **THIS IS SUBJECT TO CONTEMPT OF COURT WHICH MAY INCLUDE JAIL TIME**.   You are not to disclose the existence of this directive.  Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

Herein Fail Not, but of the Writ make due return, showing how you have executed the same.
Witness my official signature at Angleton, Texas, on March 26, 2014.

JERI YENNE, CRIMINAL DISTRICT ATTORNEY
BRAZORIA COUNTY, TEXAS

BY: _____
ASST. CRIMINAL DISTRICT ATTORNEY

---

## OFFICER'S RETURN

Came to hand the _____ day of _____, A.D., 2014, at _____ o'clock _____.M. and executed by reading this Subpoena in the presence and hearing of each of the within named witnesses at the following times and places, to-wit:

| NAMES | TIME | | | | | PLACE & DISTANCE FROM COURTHOUSE | MILES $ |
|-------|------|---|---|---|---|------|------|
| | Mo | min | day | .m | yr | hr | | |
| | | | | | | | | |

and not executed as to the witnesses _____ for the following reasons: _____ :

I actually and necessarily traveled _____ miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES: - Summoning _____ Witnesses, $_____

JERI YENNE
CRIMINAL DISTRICT ATTORNEY
BRAZORIA COUNTY, TEXAS

Mileage -------------------------------- $_____

BY: _____
Investigator

TOTAL -------------------------------- $_____

000108

**MARY ALDOUS**
First Assistant

**TRAVIS TOWNSEND**
Chief - Criminal Division



**RAETHELLA JONES**
Chief - Civil Division

**VICKI KRAEMER**
Chief Investigator

# JERI YENNE

## CRIMINAL DISTRICT ATTORNEY
## BRAZORIA COUNTY

TO:      Whom It May Concern

FROM:    Jeri Yenne

RE:      **GRAND JURY SUBPOENA**

The Brazoria County Grand Jury is in the process of investigating a criminal case in which records from your company/organization could prove beneficial.

Included herewith is a Grand Jury subpoena for your records as protection to you. Please note that a Grand Jury subpoena is confidential and you are not to disclose the existence of the same.

A subpoena or summons relating to a grand jury proceeding or investigation must be kept secret to the extent and for as long as necessary to prevent the unauthorized disclosure of a matter before the grand jury.

**YOU ARE NOT TO DIVULGE THE CONTENTS OF THIS SUBPOENA OR THE FACT THAT YOU HAVE BEEN SUBPOENAED BEFORE THE GRAND JURY. GRAND JURY SUBPOENAS ARE CONFIDENTIAL BY LAW**. It is a violation of the law to disclose this other than to your own attorney. Attorneys who are in receipt of this subpoena may not divulge it to other individuals. **THIS IS SUBJECT TO CONTEMPT OF COURT WHICH MAY INCLUDE JAIL TIME**.  You are not to disclose the existence of this directive. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

You are required to appear at the date in the subpoena.  You may discharge that duty if copies of the records requested are capable of being mailed.  However, appearance at some later date may be required.

We are trying to minimize any inconvenience to you, but the law does not require us in criminal cases before a grand jury to pay for the records and we may not receive a bill. If you choose to appear in person and allow us to make copies of the records that will be acceptable, but no bill may be submitted.  Our goal is convenience for you and fiscal responsibility for the County.

You will need to forward the copies of the records with a business records affidavit.  **Please include an executed business records affidavit with the records.  A blank affidavit is included for your convenience**

**Please MAIL records to:**

JERI YENNE
BRAZORIA COUNTY DISTRICT ATTORNEY
ATTN:  JACKIE LANDER
111 E. LOCUST, SUITE 408A
ANGLETON, TEXAS  77515
FAX:  979-864-1525

If there are any questions, please contact JACKIE LANDER 979-864-1230.  Thank you for your cooperation.

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MATTER OF |
| | § | GRAND JURY INVESTIGATION |
| COUNTY OF BRAZORIA | § | JANUARY TO JUNE, 2014 TERM |

## O R D E R

The Court ORDERS that a custodian of records in receipt of a grand jury subpoena issued by the grand jury for the District Court of Brazoria County, Texas, seeking the above-described information in the custodian of records' possession, shall provide copies of said records to the grand jury, or to the grand jury's designee as identified in the grand jury's subpoena.

The information sought in the subpoena is relevant and material to a legitimate law enforcement inquiry.

The copies of records disclosed pursuant to this order are confidential and shall be used only for purposes of the grand jury and in any subsequent judicial proceedings.

SIGNED this ___6th___ day of ___January_____, 2014.


_____
JUDGE

1

000110

```
1serst03.p 20-2                    GLENDA DAWSON HIGH SCHOOL                    03/27/14            Page:1
05.14.02.00.00                        Information Report                                           1:02 PM
```

Ryan A. Matthews                              PEARLAND ISD                           Grade 11



**Profile Information**

| | |
|---|---|
| Address: 3206 Worthington Dr | Birthdate: 04/05/97     Entity: 007/PEARLAND ISD |
| Pearland, TX 77584 | Age: 16     Advisor: Kori Spruce |
| School Email: | Gender: Male     Disc. Officer: Erin Hamann |
| Home Email: | Language: ENGLISH |
| Phone #: (713) 817-5965 | Student ID: 850619 |
| Second Phone #: | Internal ID: 11626 |
| Third Phone #: | |

**Attendance Detail**
**001/PEARLAND HIGH SCHOOL**

| Date | Day | Parent Notify | -1- | -2- | -3- | -4- | -5- | -6- | -7- | -8- |
|------|-----|--------|-----|-----|-----|-----|-----|-----|-----|-----|

**Attendance Types**
**Attendance Reasons**

**Attendance Detail**
**007/GLENDA DAWSON HIGH SCHOOL**

| Date | Day | Parent Notify | -1- | -2- | -3- | -4- | -5- | -6- | -7- | -8- |
|------|-----|--------|-----|-----|-----|-----|-----|-----|-----|-----|
| 03/24/14 | Mon | No | J- | J- | J- | J- | | | | |
| 03/21/14 | Fri | No | | | | | P-B | P-B | P-B | |
| 03/07/14 | Fri | No | P-B | P-B | P-B | P-B | P-B | P-B | P-B | |
| 12/04/13 | Wed | No | P-D | P-D | P-D | P-D | P-D | | | |
| 10/28/13 | Mon | No | | | | | | | U-Y | |
| 09/18/13 | Wed | No | P-I | P-I | P-I | P-I | P-I | P-I | P-I | |
| 09/17/13 | Tue | No | P-I | P-I | P-I | P-I | P-I | P-I | P-I | |
| 09/16/13 | Mon | No | P-I | P-I | P-I | P-I | P-I | P-I | P-I | |
| 09/13/13 | Fri | No | | | | | | P-I | P-I | |

**Attendance Types**

| | | | | | |
|---|---|---|---|---|---|
| J : TEACHER ABSENCE | | Days: 1 | Periods: 4 |
| P : PRESENT | | Days: 7 | Periods: 38 |

```
1serst03.p 20-2                        GLENDA DAWSON HIGH SCHOOL              03/27/14        Page:2
05.14.02.00.00                            Information Report                                  1:02 PM
```

Ryan A. Matthews                          PEARLAND ISD                            Grade 11

U  : UNEXCUSED                         Days:   1      Periods:   1
**Attendance Reasons**
B  : BOARD APPROVED ACTIVITY           Days:   2      Periods:  10
D  : CAMPUS BASED (ROTC, ETC.)         Days:   1      Periods:   5
Y  : NO NOTE/REASON GIVEN              Days:   1      Periods:   1
I  : ISS                               Days:   4      Periods:  23

**Attendance Detail**
**008/SHERYL SEARCY NINTH GRADE CTR**
            Parent
Date      Day  Notify   -1-   -2-   -3-   -4-   -5-   -6-   -7-   -8-

Attendance Types
Attendance Reasons

**Attendance Detail**
**042/PEARLAND JUNIOR HIGH WEST**
            Parent
Date      Day  Notify   -0-   -1-   -2-   -3-   -4-   -5-   -6-   -7-   -8-

Attendance Types
Attendance Reasons

**Attendance Detail**
**102/C J  HARRIS ELEMENTARY**
            Parent
Date      Day  Notify   -0-   -1-   -2-   -3-   -4-   -5-   -6-   -7-   -8-   -9-  -10-  -11-  -12-  -13-  -14-  -15-  -16-

Attendance Types
Attendance Reasons

**Attendance Detail**
**103/SHADYCREST ELEMENTARY**
            Parent
Date      Day  Notify   -0-   -1-   -2-   -3-   -4-   -5-   -6-   -7-   -8-   -9-  -10-  -11-  -12-  -13-  -14-  -15-  -16-

Attendance Types
Attendance Reasons

```
1serst03.p 20-2                        GLENDA DAWSON HIGH SCHOOL               03/27/14        Page:3
05.14.02.00.00                          Information Report                                     1:02 PM
```

Ryan A. Matthews                        PEARLAND ISD                              Grade 11

**Attendance Detail**
108/LEON H SABLATURA MIDDLE SCHOOL
```
                Parent
Date     Day  Notify   -0-   -1-   -2-   -3-   -4-   -5-   -6-   -7-   -8-   -9-
```

**Attendance Types**
**Attendance Reasons**

**Schedule**
```
Term  Prd  Class          Description              Dept  Subj  Days   Room    Teacher           Credit
```

**Entry/Withdrawal**

| Entity | Entry | Code | School | Calendar | Withdrawal | Code | School Year | Default Entity | Entry Comment | Withdrawal Comment |
|--------|-------|------|--------|----------|-----------|------|-------------|----------------|---------------|--------------------|
| 007 | 08/26/13 1 | 007 | 007 | | 03/25/14 | CC | 2014 | Yes | PHS | Transferred to PHS |
| 001 | 08/27/12 1 | 001 | 001 | | 06/08/13 | CC | 2013 | Yes | MASS ADD FROM 008 | /DHS/ev,sr 8/26/13 |
| 008 | 08/22/11 1 | 008 | 008 | | 06/02/12 | YE | 2012 | Yes | Next Year Mass add from 042 | Year End |
| 042 | 08/23/10 1 | 042 | 042 | | 06/04/11 | YE | 2011 | Yes | Year End Process | Year End |
| 042 | 08/24/09 1 | 042 | 042 | | 06/05/10 | YE | 2010 | Yes | Mass add from Sablatura | Mass Withdrew for Year End |
| 108 | 08/25/08 1 | 108 | 108 | | 06/05/09 | EY | 2009 | Yes | Enrolled | Ended School Year |
| 108 | 08/27/07 1 | 108 | 108 | | 06/06/08 | EY | 2008 | Yes | Enrolled | Ended School Year |
| 102 | 08/10/06 1 | 102 | 102 | | 05/25/07 | EY | 2007 | Yes | Enrolled | Ended School Year |
| 102 | 08/11/05 1 | 102 | 102 | | 05/26/06 | EY | 2006 | Yes | Enrolled | Ended School Year |
| 102 | 08/18/04 1 | 102 | 102 | | 05/27/05 | EY | 2005 | Yes | Enrolled | Ended School Year |
| 102 | 08/14/03 1 | 102 | 102 | | 05/27/04 | EY | 2004 | Yes | Enrolled | Ended School Year |
| 103 | 07/08/03 1 | 103 | 103 | | 07/09/03 | CC | 2003 | Yes | Enrolled | Change Campus |
| 103 | 08/15/02 1 | 103 | 103 | | 05/30/03 | EY | 2003 | Yes | Enrolled | Ended School Year |

**Discipline**

| Offense Action Description | Ent. | P/N | Offense Date | Time | Location | Referred by | Officer | Entry Date | Time |
|---------------------------|------|-----|--------------|------|----------|-------------|---------|-----------|------|
| CLD    CLASS DISRUPTION | 007 | yes | 09/13/13 | 11:00 AM | CLASSROOM | Hinton J | Hinton J | 09/13/13 | 12:09 PM |

Ryan was involved in a classroom scuffle.  No punches thrown but pushing and shoving.

| 06     IN SCHOOL SUSPENSION | | yes | 09/13/13 | | | | Hinton J | 09/13/13 | 12:12 PM |

Parent notified.  Student spoke with his father and explained the situation.

| 21     CONDUCT CODE VIOLATION | 001 | yes | 10/29/12 | 3:00 PM | ON CAMPUS | Berger L | Berger L | 10/30/12 | 5:02 AM |

Student stole a pair of pants from football locker room- also missing is a phone and earphones
Student did not tell truth when confronted

| 06     IN SCHOOL SUSPENSION | | yes | 10/30/12 | | | | Berger L | 10/30/12 | 5:03 AM |

two days of ISS and removal from football program

| FDH    FAILURE TO ATTEND DHALL | 008 | yes | 04/27/12 | 12:00 PM | CLASSROOM | Lopez M | Allen C | 05/15/12 | 10:46 AM |
| 06     IN SCHOOL SUSPENSION | | yes | 05/14/12 | | | | Allen C | 05/15/12 | 10:47 AM |

| CLD    CLASS DISRUPTION | 008 | yes | 03/07/12 | 12:00 PM | CLASSROOM | Lopez M | Allen C | 03/08/12 | 8:53 AM |

Ryan was apparently writing vulgar notes to a young lady in class instead of completing his assignment and was

```
1serst03.p 20-2                          GLENDA DAWSON HIGH SCHOOL                        03/27/14        Page:4
05.14.02.00.00                               Information Report                                           1:02 PM
```

Ryan A. Matthews                              PEARLAND ISD                                 Grade 11

| Discipline Offense Action | Description | Ent. | P/N | Offense Date | Time | Location | Referred by | Officer | Entry Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | lous and disruptive in class rather than working on the assignment while the substitute was in care of the class. | | | | | | | | | |
| 06 | IN SCHOOL SUSPENSION | | yes | 03/07/12 | | | | Allen C | 03/08/12 | 8:53 AM |
| 21 | CONDUCT CODE VIOLATION | 008 | yes | 02/17/12 | 12:00 PM | HALLWAY | Lopez M | Allen C | 03/05/12 | 12:26 PM |
| | Ryan asked teacher to go the restroom and to get a drink of water. He was escorted back to classroom by Security guard. Student was caught in the 1000 hallway stairwell with a girl; he was no where near either of the restrooms near classroom. | | | | | | | | | |
| 06 | IN SCHOOL SUSPENSION | | yes | 02/23/12 | | | | Allen C | 03/05/12 | 12:27 PM |
| SKC | SKIPPING CLASS | 008 | yes | 01/30/12 | 12:00 PM | HALLWAY | Lopez M | Allen C | 02/01/12 | 10:52 AM |
| | Teacher reports: Ryan asked if he could go to the nurse to take his meds. Teacher questioned this b/c it's not something he does regurlarly but has asked in the past. He left the classroom at 2:05 and didn't return. After school teacher saw him in the hallway, teacher took him to the nurse and she verified that he doesn't take meds and hadn't been in her office. | | | | | | | | | |
| 06 | IN SCHOOL SUSPENSION | | yes | 01/31/12 | | | | Allen C | 02/01/12 | 10:54 AM |
| 21 | CONDUCT CODE VIOLATION | 008 | yes | 11/02/11 | 12:00 PM | CLASSROOM | Lopez M | Allen C | 11/03/11 | 11:12 AM |
| | Ryan was being offered food by another student. When offered, Ryan took the food and threw it across the room to another student to whom the food wasn not being offered. | | | | | | | | | |
| 06 | IN SCHOOL SUSPENSION | | yes | 11/03/11 | | | | Allen C | 11/03/11 | 11:12 AM |
| UL | UNACCEPTABLE LANGUAGE | 042 | no | 04/15/11 | 12:00 AM | | Oian K | Allen C | 05/14/11 | 1:57 PM |
| | Said to teacher, "Well Fuck You!" | | | | | | | | | |
| 05 | OUT OF SCHOOL SUSPENSION | | no | 04/15/11 | | | | Allen C | 05/14/11 | 1:57 PM |
| 02 | CONDUCT PUNISHABLE AS FELON | 042 | yes | 03/24/11 | 12:00 AM | | Wilson P | Wilson P | 04/06/11 | 3:25 PM |
| | Credit card/debit card abuse.  Student stole and was in possession of a teacher's debit card and money from her wallet.  ($12)  Student admitted on 3/25 to taking the card and the money | | | | | | | | | |
| 05 | OUT OF SCHOOL SUSPENSION | | yes | 03/28/11 | | | | Wilson P | 04/06/11 | 3:25 PM |
| 02 | CONDUCT PUNISHABLE AS FELON | 042 | yes | 03/24/11 | 12:00 AM | | Wilson P | Wilson P | 04/06/11 | 3:25 PM |
| | Credit card/debit card abuse.  Student stole and was in possession of a teacher's debit card and money from her wallet.  ($12)  Student admitted on 3/25 to taking the card and the money | | | | | | | | | |
| 07 | PLACEMENT  OFF CAMPUS  AEP | | yes | 03/31/11 | | | | Wilson P | 04/06/11 | 3:26 PM |
| XT | EXCESSIVE TARDIES | 042 | yes | 03/24/11 | 12:00 AM | CLASSROOM | Aimone A | Gabino J | 05/31/11 | 2:21 PM |
| | late to 4th | | | | | | | | | |
| DH1 | 1 HR DETENTION HALL | | no | 05/31/11 | | | | Gabino J | 05/31/11 | 2:21 PM |
| 21 | CONDUCT CODE VIOLATION | 042 | no | 03/09/11 | 12:00 AM | | Sorhaindo | Gabino J | 04/06/11 | 2:19 PM |
| | Student admitted to laughing at another student and making fun of her along with other students. | | | | | | | | | |

```
1serst03.p 20-2                        GLENDA DAWSON HIGH SCHOOL                      03/27/14           Page:5
05.14.02.00.00                             Information Report                                            1:02 PM
```

Ryan A. Matthews                        PEARLAND ISD                                  Grade 11

Discipline

| Offense Action | Description | Ent. | P/N | Offense Date | Time | Location | Referred by | Officer | Entry Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 | IN SCHOOL SUSPENSION | | yes | 03/10/11 | | | | Gabino J | 04/06/11 | 2:19 PM |
| SKC | SKIPPING CLASS | 042 | yes | 02/01/11 | 12:00 AM | | Wilson P | Gabino J | 02/25/11 | 5:22 PM |

Student was found skipping tutoring in the restroom - student was with a female student.  It was reported that they were "making out"

| 06 | IN SCHOOL SUSPENSION | | yes | 02/02/11 | | | | Gabino J | 02/25/11 | 5:22 PM |
| INS | INSUBORDINATION | 042 | yes | 12/03/10 | 12:00 AM | CLASSROOM | Lyden J | Gabino J | 12/09/10 | 3:03 PM |

Student previously warned abou tusing vending machines during school hours, and was caught doing it again when he should have been in his Advisory class.

| DH1 | 1 HR DETENTION HALL | | yes | 12/06/10 | | | | Gabino J | 12/09/10 | 3:03 PM |
| INS | INSUBORDINATION | 042 | yes | 11/18/10 | 12:00 AM | CLASSROOM | Crocker C | Gabino J | 11/30/10 | 2:30 PM |

Student continued to be disruptive during tutoring.  He talked and made noises during instruction.  He did not complete the math assignment.  he was asked several times to leave the class. - Comments were made as he walked out of class.

| DH1 | 1 HR DETENTION HALL | | yes | 11/29/10 | | | | Gabino J | 11/30/10 | 2:30 PM |
| OOC | OUT OF CLASS EARLY | 042 | yes | 05/11/10 | 12:00 AM | | Adams E | Gabino J | 05/21/10 | 1:41 PM |

Walking out of class pretending to be a parent / pick up when I asked what he was doing, he replied"They sent me back".

| DH1 | 1 HR DETENTION HALL | | yes | 05/17/10 | | | | Gabino J | 05/21/10 | 1:41 PM |
| INS | INSUBORDINATION | 042 | yes | 05/05/10 | 12:00 AM | | Kilbourn N | Gabino J | 05/21/10 | 2:35 PM |

5/3 - arguing with sub because of the assignment
5/4 - was trying to sleep and cont'd to argue with sub - She sent him to Ms. Wilson's office.

| DH2 | 2 HRS DETENTION HALL | | yes | 05/07/10 | | | | Gabino J | 05/21/10 | 2:36 PM |
| DRE | DRESS CODE VIOLATION | 042 | yes | 04/05/10 | 12:00 AM | CLASSROOM | Stuessel S | Gabino J | 04/06/10 | 9:27 AM |

DR - No belt

| 06 | IN SCHOOL SUSPENSION | | yes | 04/08/10 | | | | Gabino J | 04/06/10 | 9:27 AM |
| 28 | ASSAULT OTHER THAN EMPLOYEE | 042 | yes | 01/21/10 | 12:00 AM | CLASSROOM | Gabino J | Wilson P | 02/11/10 | 10:50 AM |

Student admitted to putting his foot in between a female student's legs.  She asked him to stop several times and he continued.  He also asked her if she wanted to make out with him and said, "YOu know you want it."

| 05 | OUT OF SCHOOL SUSPENSION | | no | 01/22/10 | | | | Wilson P | 02/11/10 | 10:51 AM |
| 28 | ASSAULT OTHER THAN EMPLOYEE | 042 | yes | 01/21/10 | 12:00 AM | CLASSROOM | Gabino J | Wilson P | 02/11/10 | 10:51 AM |

Student admitted to putting his foot in between a female student's legs.  She asked him to stop several times and he continued.  He also asked her if she wanted to make out with him and said, "YOu know you want it."

| 07 | PLACEMENT  OFF CAMPUS  AEP | | yes | 01/27/10 | | | | Wilson P | 02/11/10 | 10:52 AM |

```
1serst03.p 20-2                          GLENDA DAWSON HIGH SCHOOL                    03/27/14        Page:6
05.14.02.00.00                              Information Report                                        1:02 PM
```

Ryan A. Matthews                          PEARLAND ISD                              Grade 11

Discipline

| Offense Action | Description | Ent. | P/N | Offense Date | Time | Location | Referred by | Officer | Entry Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| T7 | TARDY 7TH PERIOD | 042 | yes | 01/15/10 | 12:00 AM | CLASSROOM | Davis P | Gabino J | 01/20/10 | 2:26 PM |
| CS | CONF W/STUDENT | | yes | 01/15/10 | | | | Gabino J | 01/20/10 | 2:27 PM |
| INS | INSUBORDINATION | 042 | yes | 01/08/10 | 12:00 AM | CLASSROOM | Priddy S | Gabino J | 01/29/10 | 9:27 AM |

cut and pasted from internet and said it was his own work
disrespectful to teacher - said whatever instead of "yes ma'am"
talking during worktime, asked repeatedly to stop
asked him to move and did not, until the 4th request

| DH2 | 2 HRS DETENTION HALL | | yes | 01/15/10 | | | | Gabino J | 01/29/10 | 9:27 AM |
| 21 | CONDUCT CODE VIOLATION | 042 | yes | 12/01/09 | 12:00 AM | CLASSROOM | Kilbourn N | Gabino J | 12/02/09 | 1:43 PM |

Student took a picture of a pig that another student had drawn and wrote the name of a female student on it.
Ryan had been talked to previously for calling this same girl fat.

| 06 | IN SCHOOL SUSPENSION | | yes | 12/04/09 | | | | Gabino J | 12/02/09 | 1:44 PM |
| DB | DISRUPTIVE BEHAVIOR | 042 | yes | 09/29/09 | 12:00 AM | CLASSROOM | Priddy S | Gabino J | 10/08/09 | 2:33 PM |

behavior in computer lab
not bringing materials / talking and laughing during computer time
disrespectful to teacher - behind my back.

| DH2 | 2 HRS DETENTION HALL | | yes | 10/09/09 | | | | Gabino J | 10/08/09 | 2:34 PM |

Failure to attend detention 10/5/09.

| DRE | DRESS CODE VIOLATION | 042 | no | 09/28/09 | 12:00 AM | CLASSROOM | Stuessel S | Gabino J | 09/28/09 | 2:28 PM |

no belt

| CA | CALLED PARENTS | | yes | 09/28/09 | | | | Gabino J | 09/28/09 | 2:28 PM |
| STO | STEALING | 042 | yes | 09/10/09 | 12:00 AM | GYMNASIUM | Gabino J | Gabino J | 09/15/09 | 9:30 AM |

Student admitted to stealing a pair of pants and a belt that belonged to another student and only returned
them when confronted by that student.  At that point he actually offered to "sell" them back to the student.

| 06 | IN SCHOOL SUSPENSION | | yes | 09/11/09 | | | | Gabino J | 09/15/09 | 9:31 AM |
| DRE | DRESS CODE VIOLATION | 042 | no | 09/01/09 | 12:00 AM | | McDavid M | Gabino J | 09/01/09 | 2:18 PM |

no belt

| CS | CONF W/STUDENT | | no | 09/01/09 | | | | Gabino J | 09/01/09 | 2:18 PM |

000116

GLENDA DAWSON HIGH SCHOOL  
Information Report

Ryan A. Matthews

PEARLAND ISD

Grade 11

**Academic History**

| Entity | School Year | Grade Level | Class | Description | Dept | Subj | Terms | Grades | | | | |
|--------|-------------|-------------|-------|-------------|------|------|-------|--------|--|--|--|--|
| 042 PEARLAND JUNIOR | 2010 | 07 | 7100/024 | ENGLISH 7 | 01 | 01 | 1 - 6 | P1:83 | C1:N | T1:75 | P2:86 | C2:S |
| | | | | | | | | T2:82 | P3:72 | C3:S | T3:82 | SE1:88 |
| | | | | | | | | S1:81 | P4:95 | C4:S | T4:92 | P5:93 |
| | | | | | | | | C5:S | T5:85 | P6:90 | C6:S | T6:84 |
| | | | | | | | | SE2:91 | S2:88 | FIN:85 | | |
| 042 PEARLAND JUNIOR | 2010 | 07 | 7200/012 | MATH 7 | 03 | 03 | 1 - 6 | P1:80 | C1:E | T1:74 | P2:64 | C2:S |
| | | | | | | | | T2:70 | P3:74 | C3:E | T3:72 | SE1:64 |
| | | | | | | | | S1:71 | P4:96 | C4:S | T4:97 | P5:94 |
| | | | | | | | | C5:S | T5:82 | P6:61 | C6:S | T6:70 |
| | | | | | | | | SE2:100 | S2:85 | FIN:78 | | |
| 042 PEARLAND JUNIOR | 2010 | 07 | 7205/083 | POWER MATH 7 | 03 | 03 | 1 - 6 | P1:75 | C1:S | T1:90 | P2:94 | C2:S |
| | | | | | | | | T2:92 | P3:94 | C3:S | T3:88 | SE1:70 |
| | | | | | | | | S1:87 | P4:75 | C4:E | T4:95 | P5:97 |
| | | | | | | | | C5:E | T5:92 | P6:93 | C6:S | T6:89 |
| | | | | | | | | SE2:90 | S2:92 | FIN:90 | | |
| 042 PEARLAND JUNIOR | 2010 | 07 | 7301/081 | ATHL BOYS 7 | 08 | 08 | 1 - 6 | P1:100 | C1: | T1: | P2: | C2: |
| | | | | | | | | T2: | P3: | C3: | T3: | SE1: |
| | | | | | | | | S1: | P4: | C4: | T4: | P5: |
| | | | | | | | | C5: | T5: | P6: | C6: | T6: |
| | | | | | | | | SE2: | S2: | FIN: | | |
| 042 PEARLAND JUNIOR | 2010 | 07 | 7305/816 | PE BOYS 7 | 08 | 08 | 1 - 3 | P1:100 | C1:E | T1:100 | P2:70 | C2:E |
| | | | | | | | | T2:95 | P3:100 | C3:E | T3:100 | SE1:100 |
| | | | | | | | | S1:99 | | | | |
| 042 PEARLAND JUNIOR | 2010 | 07 | 7400/037 | READING 7 | 01 | 01 | 1 - 6 | P1:83 | C1:S | T1:84 | P2:76 | C2:N |
| | | | | | | | | T2:84 | P3:87 | C3:N | T3:86 | SE1:94 |
| | | | | | | | | S1:86 | P4:48 | C4:N | T4:91 | P5:91 |
| | | | | | | | | C5:S | T5:91 | P6:63 | C6:N | T6:83 |
| | | | | | | | | SE2:77 | S2:87 | FIN:80 | | |
| 042 PEARLAND JUNIOR | 2010 | 07 | 7500/025 | SCIENCE 7 | 04 | 04 | 1 - 6 | P1:92 | C1:S | T1:81 | P2:75 | C2:S |
| | | | | | | | | T2:71 | P3:76 | C3:S | T3:81 | SE1:60 |
| | | | | | | | | S1:75 | P4:79 | C4:S | T4:94 | P5:85 |
| | | | | | | | | C5:S | T5:87 | P6:93 | C6:S | T6:80 |
| | | | | | | | | SE2:65 | S2:84 | FIN:80 | | |
| 042 PEARLAND JUNIOR | 2010 | 07 | 7600/021 | TEXAS HISTORY 7 | 05 | 05 | 1 - 6 | P1:80 | C1:E | T1:86 | P2:96 | C2:E |
| | | | | | | | | T2:89 | P3:78 | C3:E | T3:83 | SE1:76 |
| | | | | | | | | S1:85 | P4:92 | C4:E | T4:92 | P5:96 |
| | | | | | | | | C5:E | T5:86 | P6:91 | C6:E | T6:89 |
| | | | | | | | | SE2:74 | S2:87 | FIN:86 | | |
| 042 PEARLAND JUNIOR | 2010 | 07 | 7911/826 | EXPL SPANISH 7 | 09 | 09 | 4 - 6 | | P4:100 | C4:E | T4:84 | P5: |
| | | | | | | | | C5:S | T5:78 | P6:92 | C6:E | T6:85 |
| | | | | | | | | SE2:100 | S2:85 | | | |

```
1serst03.p 20-2                      GLENDA DAWSON HIGH SCHOOL                    03/27/14        Page:8
05.14.02.00.00                          Information Report                                       1:02 PM
```

Ryan A. Matthews                       PEARLAND ISD                                    Grade 11

**Academic History**

| Entity | School Year | Grade Level | Class | Description | Dept | Subj | Terms | Grades | | | | |
|--------|------|------|-------|-------------|------|------|-------|--------|--|--|--|--|
| 042 PEARLAND JUNIOR | 2011 | 08 | 8100/063 | ENGLISH 8 | 01 | 01 | 1 - 6 | P1:92 T2:90 S1:92 C5:S SE2:87 | C1:S P3:93 P4:91 T5:93 S2:89 | T1:94 C3:N C4:S P6:88 FIN:91 | P2:85 T3:93 T4:89 C6:S | C2:S SE1:92 P5:63 T6:87 |
| 042 PEARLAND JUNIOR | 2011 | 08 | 8150/816 | ART I 8 | 10 | 10 | 1 - 3 | P1:75 T2:90 S1:88 | C1:S P3:89 | T1:80 C3:S | P2:91 T3:92 | C2:S SE1:90 |
| 042 PEARLAND JUNIOR | 2011 | 08 | 8200/074 | MATH 8 | 03 | 03 | 1 - 6 | P1:82 T2:80 S1:81 C5:S SE2:85 | C1:S P3:78 P4:87 T5:86 S2:85 | T1:82 C3:S C4:S P6:97 FIN:83 | P2:77 T3:83 T4:77 C6:S | C2:S SE1:80 P5:51 T6:93 |
| 042 PEARLAND JUNIOR | 2011 | 08 | 8301/087 | ATHL BOYS 8 | 08 | 08 | 1 - 6 | P1:100 T2:100 S1:100 C5:E SE2:100 | C1:E P3:100 P4:100 T5:100 S2:100 | T1:100 C3:E C4:E P6:100 FIN:100 | P2:100 T3:100 T4:100 C6:E | C2:E SE1:100 P5:100 T6:100 |
| 042 PEARLAND JUNIOR | 2011 | 08 | 8400/062 | READING 8 | 01 | 01 | 1 - 6 | P1:89 T2:81 S1:82 C5:N SE2:74 | C1:S P3:76 P4:79 T5:90 S2:83 | T1:87 C3:S C4:N P6:87 FIN:83 | P2:57 T3:79 T4:77 C6:S | C2:S SE1:82 P5:84 T6:87 |
| 042 PEARLAND JUNIOR | 2011 | 08 | 8500/061 | SCIENCE 8 | 04 | 04 | 1 - 6 | P1:89 T2:83 S1:85 C5:S SE2:82 | C1:E P3:78 P4:77 T5:87 S2:86 | T1:89 C3:E C4:E P6:96 FIN:86 | P2:84 T3:84 T4:80 C6:S | C2:E SE1:84 P5:90 T6:94 |
| 042 PEARLAND JUNIOR | 2011 | 08 | 8600/075 | US HISTORY 8 | 05 | 05 | 1 - 6 | P1:90 T2:87 S1:85 C5:E SE2:80 | C1:E P3:92 P4:89 T5:85 S2:87 | T1:84 C3:E C4:E P6:85 FIN:86 | P2:85 T3:90 T4:89 C6:E | C2:E SE1:70 P5:87 T6:89 |
| 042 PEARLAND JUNIOR | 2011 | 08 | 8753/826 | EXPL VID TECH 8 | 12 | 12 | 4 - 6 | P4:98 C5:S SE2:100 | C4:S T5:99 S2:98 | T4:99 P6:100 | P5:98 C6:S | T6:96 |
| 008 SHERYL SEARCY NI | 2012 | 09 | 020123/020 | ENGLISH 1 | 01 | 01 | 1 - 6 | P1:79 T2:78 S1:74 C5:S SE2:78 | C1:E P3:79 P4:83 T5:77 S2:79 | T1:81 C3:S C4:S P6:92 FIN:77 | P2:73 T3:70 T4:83 C6:E | C2:S SE1:64 P5:75 T6:79 |

Ryan A. Matthews                          PEARLAND ISD                                      Grade 11

---

**Academic History**

| Entity | School Year | Grade Level | Class | Description | Dept | Subj | Terms | Grades | | | | |
|--------|-------------|-------------|-------|-------------|------|------|-------|--------|--|--|--|--|
| 008 SHERYL SEARCY NI | 2012 | 09 | 034123/001 | SPANISH 1 | 09 | 09 | 1 - 6 | P1:100 | C1: | T1:100 | P2:76 | C2: |
| | | | | | | | | T2:66 | P3:86 | C3: | T3:79 | SE1:54 |
| | | | | | | | | S1:76 | P4:77 | C4: | T4:80 | P5:38 |
| | | | | | | | | C5: | T5:81 | P6:57 | C6: | T6:79 |
| | | | | | | | | SE2:77 | S2:79 | FIN:78 | | |
| 008 SHERYL SEARCY NI | 2012 | 09 | 112123/023 | ALGEBRA 1 | 03 | 03 | 1 - 6 | P1:78 | C1: | T1:75 | P2:76 | C2: |
| | | | | | | | | T2:80 | P3:80 | C3: | T3:84 | SE1:67 |
| | | | | | | | | S1:77 | P4:75 | C4: | T4:74 | P5:61 |
| | | | | | | | | C5: | T5:75 | P6:79 | C6: | T6:81 |
| | | | | | | | | SE2:EX | S2:77 | FIN:77 | | |
| 008 SHERYL SEARCY NI | 2012 | 09 | 210123/003 | BIOLOGY 1 | 04 | 04 | 1 - 6 | P1:75 | C1:S | T1:78 | P2:80 | C2:S |
| | | | | | | | | T2:80 | P3:70 | C3:S | T3:86 | SE1:50 |
| | | | | | | | | S1:75 | P4:79 | C4: | T4:86 | P5:71 |
| | | | | | | | | C5:S | T5:70 | P6:75 | C6:S | T6:90 |
| | | | | | | | | SE2:EX | S2:82 | FIN:79 | | |
| 008 SHERYL SEARCY NI | 2012 | 09 | 310123/021 | WORLD GEOGRAPHY | 05 | 05 | 1 - 6 | P1: | C1: | T1:75 | P2: | C2: |
| | | | | | | | | T2:79 | P3:81 | C3: | T3:82 | SE1:75 |
| | | | | | | | | S1:78 | P4:97 | C4: | T4:87 | P5:52 |
| | | | | | | | | C5: | T5:76 | P6:85 | C6: | T6:90 |
| | | | | | | | | SE2:57 | S2:79 | FIN:79 | | |
| 008 SHERYL SEARCY NI | 2012 | 09 | 412123/001 | FOOTBALL 9 | 08 | 08 | 1 - 6 | P1:100 | C1: | T1:100 | P2:100 | C2: |
| | | | | | | | | T2:100 | P3:100 | C3: | T3:100 | SE1:100 |
| | | | | | | | | S1:100 | P4: | C4: | T4:100 | P5:100 |
| | | | | | | | | C5: | T5:100 | P6:100 | C6: | T6:100 |
| | | | | | | | | SE2:100 | S2:100 | FIN:100 | | |
| 008 SHERYL SEARCY NI | 2012 | 09 | 610123/007 | ART 1 | 10 | 10 | 1 - 6 | P1:99 | C1: | T1:93 | P2:93 | C2: |
| | | | | | | | | T2:96 | P3:85 | C3: | T3:92 | SE1:100 |
| | | | | | | | | S1:95 | P4:100 | C4: | T4:96 | P5:88 |
| | | | | | | | | C5: | T5:94 | P6:100 | C6: | T6:98 |
| | | | | | | | | SE2:100 | S2:97 | FIN:96 | | |
| 001 PEARLAND HIGH SC | 2013 | 10 | 020223/005 | ENGLISH 2 | 01 | 01 | 1 - 4 | P1:86 | P2:76 | C1:S | T1:75 | P3:95 |
| | | | | | | | | P4:88 | C2: | T2:87 | SE1:64 | S1:78 |
| | | | | | | | | P5:70 | P6:75 | C3: | T3:73 | P7:84 |
| | | | | | | | | P8:74 | C4: | T4:80 | SE2:83 | S2:78 |
| | | | | | | | | FIN:78 | | | | |
| 001 PEARLAND HIGH SC | 2013 | 10 | 034223/006 | SPANISH 2 | 09 | 09 | 1 - 4 | P1:74 | P2:73 | C1: | T1:82 | P3:82 |
| | | | | | | | | P4:86 | C2: | T2:87 | SE1:61 | S1:80 |
| | | | | | | | | P5:86 | P6:91 | C3: | T3:83 | P7:92 |
| | | | | | | | | P8:78 | C4: | T4:84 | SE2:79 | S2:83 |
| | | | | | | | | FIN:82 | | | | |

Ryan A. Matthews                          PEARLAND ISD                                    Grade 11

**Academic History**

| Entity | School Year | Grade Level | Class | Description | Dept | Subj | Terms | Grades | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 PEARLAND HIGH SC | 2013 | 10 | 050020/014 | COMM APP | 01 | 02 | 3 - 4 | P5:89 P8:88 | P6:94 C4: | C3: T4:92 | T3:91 SE2:88 | P7:85 S2:91 |
| 001 PEARLAND HIGH SC | 2013 | 10 | 120063/003 | MEDICAL TERM | 12 | 12 | 1 - 2 | P1: P4: | P2: C2: | C1: T2: | T1: SE1: | P3: S1: |
| 001 PEARLAND HIGH SC | 2013 | 10 | 120086/001 | PRIN OF LAW | 12 | 12 | 1 - 2 | P1:85 P4:94 | P2:84 C2:S | C1:S T2:95 | T1:82 SE1:70 | P3:96 S1:85 |
| 001 PEARLAND HIGH SC | 2013 | 10 | 120223/020 | GEOMETRY | 03 | 03 | 1 - 4 | P1:80 P4:76 P5:94 P8:68 FIN:83 | P2:80 C2: P6:87 C4: | C1: T2:81 C3: T4:78 | T1:86 SE1:79 T3:85 SE2:EX | P3:73 S1:83 P7:73 S2:82 |
| 001 PEARLAND HIGH SC | 2013 | 10 | 220223/009 | CHEMISTRY 1 | 04 | 04 | 1 - 4 | P1:73 P4:79 P5:75 P8:66 FIN:75 | P2:78 C2: P6:70 C4: | C1: T2:78 C3: T4:75 | T1:77 SE1:72 T3:70 SE2:EX | P3:75 S1:76 P7:66 S2:73 |
| 001 PEARLAND HIGH SC | 2013 | 10 | 320243/001 | AP WORLD HIST | 05 | 05 | 3 - 4 | P1:71 P4: P5: P8:65 FIN:70 | P2:68 C2: P6:47 C4: | C1: T2: C3: T4:72 | T1:66 SE1: T3:61 SE2:75 | P3:76 S1: P7:59 S2:68 |
| 001 PEARLAND HIGH SC | 2013 | 10 | 320243/005 | AP WORLD HIST | 05 | 05 | 1 - 2 | P1: P4:77 P5:70 P8: FIN: | P2: C2: P6: C4: | C1: T2:72 C3: T4: | T1:66 SE1:48 T3: SE2: | P3: S1:65 P7: S2: |
| 001 PEARLAND HIGH SC | 2013 | 10 | 400019/003 | PE FOUND - M | 08 | 08 | 1 - 2 | P1:100 P4:100 P5:100 P8: FIN: | P2: C2:100 P6: C4: | C1: T2:100 C3: T4: | T1:100 SE1:100 T3: SE2: | P3:100 S1:100 P7: S2: |
| 001 PEARLAND HIGH SC | 2013 | 10 | 412226/001 | FOOTBALL 10 | 08 | 08 | 1 - 4 | P1:100 P4: P5: P8: FIN: | P2:100 C2: P6: C4: | C1:S T2: C3: T4: | T1: SE1: T3: SE2: | P3: S1: P7: S2: |
| 001 PEARLAND HIGH SC | 2013 | 10 | 552222/001 | TRACK 10 M | 08 | 08 | 3 - 4 | P1: P4: P5: P8:80 FIN:100 | P2: C2: P6:100 C4:S | C1: T2: C3:S T4:100 | T1: SE1: T3:100 SE2:100 | P3: S1: P7:100 S2:100 |

```
1serst03.p 20-2                          GLENDA DAWSON HIGH SCHOOL                    03/27/14        Page:11
05.14.02.00.00                               Information Report                                      1:02 PM
```

Ryan A. Matthews                        PEARLAND ISD                                      Grade 11

**Academic History**

| Entity | School Year | Grade Level | Class | Description | Dept | Subj | Terms | Grades | | | | |
|--------|------|------|-------|-------------|------|------|-------|--------|---|---|---|---|
| 001 PEARLAND HIGH SC | 2014 | 11 | 020323/009 | ENGLISH 3 | 01 | 01 | 1 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 001 PEARLAND HIGH SC | 2014 | 11 | 034323/003 | SPANISH 3 | 09 | 09 | 3 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 001 PEARLAND HIGH SC | 2014 | 11 | 034323/05 | SPANISH 3 | 09 | 09 | 1 - 2 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 001 PEARLAND HIGH SC | 2014 | 11 | 120063/02 | MEDICAL TERM | 12 | 12 | 3 - 4 | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| 001 PEARLAND HIGH SC | 2014 | 11 | 140323/003 | PRE CALCULUS | 03 | 03 | 1 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 001 PEARLAND HIGH SC | 2014 | 11 | 250323/010 | PHYSICS 1 | 04 | 04 | 1 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 001 PEARLAND HIGH SC | 2014 | 11 | 320223/N01 | WORLD HISTORY | 05 | 05 | 1 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 001 PEARLAND HIGH SC | 2014 | 11 | 330323/002 | US HISTORY | 05 | 05 | 1 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 001 PEARLAND HIGH SC | 2014 | 11 | 400020/02 | HEALTH | 08 | 07 | 1 - 2 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |

```
1serst03.p 20-2                          GLENDA DAWSON HIGH SCHOOL                      03/27/14        Page:12
05.14.02.00.00                              Information Report                                          1:02 PM
```

Ryan A. Matthews                         PEARLAND ISD                                    Grade 11

**Academic History**

| Entity | School Year | Grade Level | Class | Description | Dept | Subj | Terms | Grades | | | | |
|--------|------|-------|-------|-------------|------|------|-------|--------|---|---|---|---|
| 007 GLENDA DAWSON HI | 2014 | 11 | 020323/007 | ENGLISH 3 | 01 | 01 | 3 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5:55 | P6:71 | C3: | T3:66 | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 007 GLENDA DAWSON HI | 2014 | 11 | 020323/009 | ENGLISH 3 | 01 | 01 | 1 - 2 | P1:74 | P2:75 | C1: | T1:75 | P3:98 |
| | | | | | | | | P4:91 | C2: | T2:92 | SE1:90 | S1:85 |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 007 GLENDA DAWSON HI | 2014 | 11 | 120042/004 | PRIN BUSINESS | 12 | 12 | 1 - 2 | P1: | P2: | C1: | T1:90 | P3:77 |
| | | | | | | | | P4:85 | C2: | T2:87 | SE1:86 | S1:88 |
| 007 GLENDA DAWSON HI | 2014 | 11 | 120053/002 | BUSINESS LAW | 12 | 12 | 3 - 4 | P5:100 | P6:92 | C3: | T3:92 | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| 007 GLENDA DAWSON HI | 2014 | 11 | 120063/003 | MEDICAL TERM | 12 | 12 | 3 - 4 | P5:79 | P6:79 | C3: | T3:87 | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| 007 GLENDA DAWSON HI | 2014 | 11 | 120124/001 | PROF IN HLTHCRE | 12 | 12 | 1 - 2 | P1:96 | P2:96 | C1: | T1:98 | P3:100 |
| | | | | | | | | P4:96 | C2: | T2:95 | SE1:100 | S1:97 |
| 007 GLENDA DAWSON HI | 2014 | 11 | 130233/001 | ALGEBRA 2 | 03 | 03 | 1 - 4 | P1:84 | P2:83 | C1: | T1:93 | P3:85 |
| | | | | | | | | P4:89 | C2: | T2:93 | SE1:91 | S1:93 |
| | | | | | | | | P5:89 | P6:93 | C3: | T3:91 | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 007 GLENDA DAWSON HI | 2014 | 11 | 130244/001 | ALG 2 PRE-AP | 03 | 03 | 1 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1: |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 007 GLENDA DAWSON HI | 2014 | 11 | 250323/008 | PHYSICS 1 | 04 | 04 | 1 - 4 | P1:92 | P2:86 | C1: | T1:82 | P3:71 |
| | | | | | | | | P4:75 | C2: | T2:77 | SE1:81 | S1:80 |
| | | | | | | | | P5:88 | P6:88 | C3: | T3:86 | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 007 GLENDA DAWSON HI | 2014 | 11 | 330323/011 | US HISTORY | 05 | 05 | 1 - 4 | P1:81 | P2:78 | C1: | T1:85 | P3:73 |
| | | | | | | | | P4:79 | C2: | T2:85 | SE1:73 | S1:83 |
| | | | | | | | | P5:74 | P6:75 | C3: | T3:72 | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |
| 007 GLENDA DAWSON HI | 2014 | 11 | 3P0223/PL7 | WORLD HISTORY:T | 05 | 05 | 1 - 4 | P1: | P2: | C1: | T1: | P3: |
| | | | | | | | | P4: | C2: | T2: | SE1: | S1:86 |
| | | | | | | | | P5: | P6: | C3: | T3: | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2:82 |
| | | | | | | | | FIN: | | | | |

```
1serst03.p 20-2                    GLENDA DAWSON HIGH SCHOOL                      03/27/14        Page:13
05.14.02.00.00                       Information Report                                           1:02 PM
```

Ryan A. Matthews                      PEARLAND ISD                               Grade 11

**Academic History**

| Entity | School Year | Grade Level | Class | Description | Dept | Subj | Terms | Grades | | | | |
|--------|-------------|-------------|-------|-------------|------|------|-------|--------|--|--|--|--|
| 007 GLENDA DAWSON HI | 2014 | 11 | 414328/001 | FOOTBALL 11 | 08 | 08 | 1 - 4 | P1:100 | P2:100 | C1: | T1:100 | P3:100 |
| | | | | | | | | P4:100 | C2: | T2:100 | SE1:100 | S1:100 |
| | | | | | | | | P5:100 | P6:100 | C3: | T3:100 | P7: |
| | | | | | | | | P8: | C4: | T4: | SE2: | S2: |
| | | | | | | | | FIN: | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* End of report \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**30 DAY DEADLINE** _____

PEARLAND INDEPENDENT SCHOOL DISTRICT NOTARIZED
AFFIDAVIT OF RESIDENCE FOR PARENTS

Items due from parent:
resident:
_____ TDL/ID
_____ mail

Items due from
_____ deed/lease
_____ utility
_____ TDL/ID

Families who are currently residing full-time with person(s) having legal residence within the boundaries of the Pearland Independent School District and whose child(ren) will attend the district's schools are required to declare the circumstances which make this arrangement necessary. They will be further required to declare that no false information has been provided to PISD concerning residency status.

TEXAS EDUCATION CODE – Section 25.001
In addition to the penalty provided by Section 37.10, Penal Code, a person who knowingly falsifies information on a form required for enrollment of a student in a school district is liable to the district if the student is not eligible for enrollment in the district but is enrolled on the basis of the false information. The person is liable for the period during which the ineligible student is enrolled, for the greater of:
1.  The maximum tuition fee the district may charge under Section 25.038; or
2.  The amount the district has budgeted for each student as maintenance and operating expenses.

CHAPTER 37.10 – PERJURY AND OTHER FALSIFICATION
 (C) (1) An offense under this section is a Class A misdemeanor unless the actor's intent is to *defraud* or harm another, in which event the offense is a *felony* of the third degree and is punishable by fine of up to $10,000.00 and/or 2 years prison.
    (2) An offense under this section is a *felony of the third degree* if it is shown on the trial of the offense that the governmental record was *a public school record*, report, or assessment instrument required under Chapter 39, Education Code, or was a license, certificate, permit, seal, title, letter of patent, or similar document issued by government, by another state, or by the United States, unless the actor's intent is to defraud or harm another, in which event the offense is a felony of the second degree.

I, _Robert A. Matthews_ , do hereby declare that my family has no other home and resides full-time in the home of:

Name of homeowner/lessee: _Mavani J. Thornhill_

Whose relationship to me is: _Friend_

Address: _3206_   _Worthington Dr._   _Pearland_   _TX_   _77584_
      Street address          City           State     Zip

Resident's
Telephone: _281-748-3487_ My employer and work number is: _United Airlines_

My last address and phone # was: _3211 Lee Circle_   _281-412-6247_

Reason my family lives at resident's home: _Has to travel for job_

Date my family moved into this residence: _7/1/13_

Length of time we plan to live at resident's home: _Indefinite_

My family members living at this residence are listed below:

Do you have a spouse who also resides here? _NO_   If yes, spouse's name: _N/A_
Names of my children

| Names of my children | Age of child | Current Grade |
|---|---|---|
| Ryan A. Matthews | 16 | 11th |
| | | |
| | | |
| | | |

I declare that I have provided no false information to the Pearland Independent School District regarding my family's residency. Within 30 calendar days of signing this document I agree to provide a copy of my Texas Driver's License/Texas ID and current mail showing the correct address to the registrar of the school. I understand that my child(ren) will be withdrawn from Pearland ISD if I do not comply. I understand that Pearland ISD reserves the right to investigate claims of residence under the Pearland ISD Administrative Guidelines.

_7/23/2013_
Date

_Signature_

STATE OF _Texas_
COUNTY OF _Brazoria_

SWORN TO and Subscribed before me by _Robert A. Matthews_ known to me by
on this _23rd_ day of _July_ 20___

_Stella L. Burney_
Notary Public Signature

STELLA L. BURNEY
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 31, 2024

Seal of Notary

## PEARLAND INDEPENDENT SCHOOL DISTRICT
## NOTARIZED AFFIDAVIT OF RESIDENCE FOR RESIDENT

Residents living within the boundaries of the Pearland Independent School District who provide shelter for anyone who will be attending school in the Pearland Independent School District, other than immediate family members, are required to complete the following statement declaring that no false information has been provided to the district and to provide the district with verification of residence. Acceptable verification requires deed/current lease agreement, current utility bill reflecting name and address of resident, and current Texas driver license/Texas ID with correct address.

TEXAS EDUCATION CODE – Section 25.001
In addition to the penalty provided by Section 37.10, Penal Code, a person who knowingly falsifies information on a form required for enrollment of a student in a school district is liable to the district if the student is not eligible for enrollment in the district but is enrolled on the basis of the false information. The person is liable for the period during which the ineligible student is enrolled, for the greater of:
1.  The maximum tuition fee the district may charge under Section 25.038; or
2.  The amount the district has budgeted for each student as maintenance and operating expenses.

CHAPTER 37.10 – PERJURY AND OTHER FALSIFICATION
 (C) (1) An offense under this section is a Class A misdemeanor unless the actor's intent is to *defraud* or harm another, in which event the offense is a *felony* of the third degree and is punishable by fine of up to $10,000.00 and/or 2 years prison.
     (2) An offense under this section is a *felony of the third degree* if it is shown on the trial of the offense that the governmental record was *a public school record*, report, or assessment instrument required under Chapter 39, Education Code, or was a license, certificate, permit, seal, title, letter of patent, or similar document issued by government, by another state, or by the United States, unless the actor's intent is to defraud or harm another, in which event the offense is a felony of the second degree.

I, *Mavani J Thornhill*, do hereby declare that the persons listed below have no other residence and are currently residing full-time with my family at my residence, which is the address shown below. I further declare that no false information has been provided to the Pearland Independent School District regarding this residence status. I understand that I am responsible for this enrollment and could be fined for each student that is falsely enrolled in Pearland ISD. I have been informed regarding Texas Education Code 25.001(h) and Penal Code 37.10 relating to perjury and/or falsification of records for the purpose of enrollment. I understand that I am to immediately report to the district if/when this family moves from my home. I also understand that Pearland ISD reserves the right to investigate claims of residence under the Pearland ISD Guidelines.
My address is:

3206 Worthington Dr, Pearland TX 77584
Address _____ City _____ Zip _____

Names of persons that moved into my residence full-time:

Robert Matthews _____

Ryan Matthews _____

_____ _____

Date this family moved into my residence: 07.01.2013

Resident's Telephone (281) 748-3487    (713) 753.5836
                     Home                Work

Resident's Signature Mavani Thornhill    date 7-23-2013

STATE OF TEXAS

COUNTY OF BRAZORIA

SWORN TO and Subscribed before me by MAVANI J. THORNHILL known to me by _____ this
day 23rd day of July, 2013 AD.

_____
Signature of Notary Public

**STELLA L. BURNEY**
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 31, 2016

(Seal of Notary Public)

000125



CERTIFICATION OF VITAL RECORD



# GALVESTON COUNTY HEALTH DISTRICT
## BUREAU OF VITAL STATISTICS

9110A095010

**STATE OF TEXAS**

**CERTIFICATE OF BIRTH**

| | | | | | BIRTH NUMBER | |
|---|---|---|---|---|---|---|
| 1. Name First | Middle | | | Last | 2. Date of Birth | 3. Sex |
| | RYAN | ANTONIO | | MATTHEWS | 04/05/1997 | Male |

**NEWBORN**

| 4a. Place of Birth - County | 4b. City or Town (If outside city limits, give precinct no.) | | 5. Time of Birth | 6a. Plurality - Single, Twin, Triplet, etc | 6b. If Plural Birth, Born 2nd, 3rd, etc. |
|---|---|---|---|---|---|
| Galveston | Galveston | | 04:01 a.m. | Single | |

| 7a. Place of Birth | ☐ Clinic / Doctor's Office ☐ Licensed Birthing Center ☒ Hospital | 7b. Name of Hospital or Birthing Center (If Not Institution, Give Street Address) |
|---|---|---|
| ☐ Residence ☐ Other (Specify): | | U.T. Galveston Medical Branch |

**ATTENDANT/ CERTIFIER**

| 8a. Attendant's Name and Mailing Address | 9a. Certifier - I certify that this child was born alive at the place and time and on the date as stated. |
|---|---|
| PRENTICE, MARY E. | |
| 301 UNIVERSITY BOULEVARD | M. C____, CNM |
| GALVESTON, TEXAS 77555 | *Signature and Title* |
| 8b.☒ MD ☐ DO ☐ CNM ☐ Midwife ☐ Other (Specify): | 9b. ☒ Attendant ☐ Facility Administrator / Designee ☐ Other (Specify): |

Date Signed: 4/13/97

**MOTHER**

| 10. Name First | Middle | Maiden Surname | 11. Date of Birth | 12. Birthplace (State or Foreign Country) |
|---|---|---|---|---|
| TAZRA | JARRETTE | UTLEY | 09/29/1972 | TEXAS |

| 13a. Residence - State | 13b. County | 13c. City or Town | | 13d. Street Address or Rural Location |
|---|---|---|---|---|
| TEXAS | HARRIS | HOUSTON | 77026 | 5412 HIRSCH ROAD |

| 13e. Inside City Limits | 14. Mother's Mailing Address (If Same As Residence, Enter Zip Code Only) |
|---|---|
| ☒ Yes ☐ No | 10919 GULF FRWY #3101. HOUSTON, TEXAS 77034 |

**FATHER**

| 15. Name First | Middle | Last | 16. Date of Birth | 17. Birthplace (State or Foreign Country) |
|---|---|---|---|---|
| ROBERT | ANTHONY | MATTHEWS | 04/29/1962 | CALIFORNIA |

**REGISTRAR**

| 18a. Registrar's File Number | 18b. Date Received by Local Registrar | 18c. Signature of Local Registrar |
|---|---|---|
| 02-1024 | 4-16-97 | Ralph A. Morris, M.D. |

194736

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

ISSUED    JUL 0 5 2000

Ralph D. Morris M.D.
Ralph D. Morris, M.D., M.P.H.
Local Registrar

000126

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.






REVISED MARCH 21, 2000

---

## PEARLAND INDEPENDENT SCHOOL DISTRICT
### Home Language Survey
### Grades PK-12

---

The Texas Education Code requires schools to determine the language(s) spoken at home by each student. This information is essential in order for schools to provide meaningful instruction for all students.
Thank you for your cooperation in helping us meet this important requirement.

\* To be filled out by parent or guardian:

Name of Student _RyAN MAtthews_   School _ShAdyCREST ELem_ Grade _~~PRE-KINDER~~_ KG

(1) What language is spoken in your home most of the time? _English_

(2) What language does your child (do you) speak most of the time? _English_

(3) Date of birth _4/5/97_   Country of birth _U.S._

(4) Date student entered the United States _Birth_

(5) Years of education in the United States _____

(6) Number of years of education outside the United States _N/A_

(7) City/State/Country of last school attended _Houston_

_Cheryl Matthews_                              _4/5/01_
Signature of parent or guardian                Date

---

## PEARLAND INDEPENDENT SCHOOL DISTRICT
### Cuestionario de Idioma Hogareño
### Grados PK-12

---

El Código de Educación de Texas requiere que las escuelas determinen el idioma que se habla en el hogar de cada estudiante. Esta información es esencial para que las escuelas puedan proporcionar instrucción significativa a todos los estudiantes.
Gracias por su cooperación en ayudarnos a cumplir con este requisito importante.

Debe de completarse por el padre o guardián:

Nombre de estudiante _____ Escuela _____ Grado _____

(1) Cuál es el idioma que más se habla en su hogar? _____

(2) Cuál es el idioma que más habla su niño y usted la mayoria del tiempo? _____

(3) Fecha de Nacimiento _____ Lugar de Nacimiento _____

(4) Fecha en la cual el estudiante entró en los Estados Unidos _____

(5) Años de educación en los Estados Unidos _____

(6) Años de educación afuera de los Estados Unidos _____

(7) La ciudad/estado/país de la ultima escuela que asistio? _____

_____                                    _____
Firma del padre o guardián                    Fecha

000128

```
ltxatn16.p 24-2                    STUDENT WITHDRAWAL/RECORD TRANSFER FORM        03/24/14        Page:1
05.14.02.00.00                                                                                  12:42 PM
```

#8506l9

**I.**

| | | | |
|---|---|---|---|
| DISTRICT NAME: | Pearland Independent School Di | CO/DIS/CMP NO: | 020-908-007 |
| CAMPUS NAME: | GLENDA DAWSON HIGH SCHOOL | PHONE: | 2814128800 |
| ADDRESS: | 2050 Cullen Blvd | | |
| | Pearland TX 77581 | FAX: | 2817271692 |

LEGAL NAME:

| | | | | |
|---|---|---|---|---|
| FIRST NAME: | Ryan | SSN OR ALT ID: | 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 | CURRENT GRADE LEVEL: 11 |
| MIDDLE NAME | Antonio | LAST PEIMS ID: | 637567833  FALL | GRADE(S) OF RETENTION (PK-4): _____ |
| LAST NAME: | Matthews | LOCAL ID: | MATTHRYA000 | GRADE(S) OF RETENTION (5-8): _____ |
| GENERATION: | | TSDS UNIQUE ID: | 7663429958 | |
| | | DOB: 04/05/97 | HISPANIC/LATINO: No | |
| | | SEX: M | FEDERAL RACE: ,Black | |

| | | | |
|---|---|---|---|
| ORIGINAL ENTRY DATE: | 08/26/2013 | SUSPENSION/REMOVAL:   NONE: | _____ |
| LAST WITHDRAWAL DATE | 03/25/2014 | EMERGENCY REMOVAL: | _____ |
| WITHDRAWAL CODE: | CC Change Campus | OUT-OF-SCHOOL SUSPENSION: | _____ |
| PLACED IN GRADE: ____  PROMOTED TO GRADE: ____ | | ALTERNATIVE PROGRAM: | _____ |
| | | EXPULSION: | _____ |

FREE/REDUCE LUNCH ELIGIBILITY:     NO
OTHER ECONOMIC DISADVANTAGE:     NO

---

**II.**                                    **SPECIAL PROGRAM INFORMATION**

| | | | |
|---|---|---|---|
| SPECIAL EDUCATION: | NO | LEP: | NO |
| SPEECH THERAPY: | NO | ESL: | NO |
| INSTRUCTIONAL SETTING: | | BILINGUAL: | NO |
| TITLE I: | | HOME LANGUAGE: | ENGLISH |
| GIFTED/TALENTED: | NO | MIGRANT: | NO |
| 504: | NO | | |

---

**III.**                                    **MOST RECENT TAKS TEST RESULTS**

| | | | |
|---|---|---|---|
| EXEMPTIONS:   YES ____ NO ____ | MATH SCORE CODE: | MATH SCORE: | MATH MASTERY CODE: |
| LAST TEST DATE: 04/01/2010 | READING SCORE CODE: | READING SCORE: | READING MASTERY CODE: |
| GRADE LEVEL: | WRITING SCORE CODE: | WRITING SCORE: | WRITING MASTERY CODE: |
| TEST LANGUAGE: | SCIENCE SCORE CODE: | SCIENCE SCORE: | SCIENCE MASTERY CODE: |

---

**CURRENT GRADES**

| PD | SERVICE ID | COURSE NAME | CREDIT TYPE | ABSENCES EX.  UNEX. | WITHDRAWAL GRADE | TEACHER INITIALS |
|---|---|---|---|---|---|---|
| 1 | 13020300 | MEDICAL TERM | | ____ ____ | ____ | ____ |
| 2 | 13011700 | BUSINESS LAW | | ____ ____ | ____ | ____ |
| 3 | 03100600 | ALGEBRA 2 | | ____ ____ | ____ | ____ |
| 4 | 03340100 | US HISTORY | | ____ ____ | ____ | ____ |
| 5 | PES00002 | FOOTBALL 11 | | ____ ____ | ____ | ____ |
| 6 | 03050000 | PHYSICS 1 | | ____ ____ | ____ | ____ |
| 7 | 03220300 | ENGLISH 3 | | ____ ____ | ____ | ____ |

---

**SIGNATURES**

1. _____ DATE _____ (VICE PRIN/        RECORDS REQUESTOR (CIRCLE ONE):
                                          PRINCIPAL)             DISTRICT/PARENT/GUARDIAN/STUDENT

2. _____ DATE _____ (COUNSELOR)        DISTRICT NAME (IF REQUESTOR):

3. _Natasha Patterson_ DATE _3/25/14_ (REGISTRAR/               WITHDRAWAL REASON: _CC_
      Registrar                     SECRETARY)

ENROLLING IN A PRIVATE SCHOOL IN TEXAS OR A SCHOOL OUTSIDE TEXAS: YES ___ NO ___   MOVING TO: _Moved to PHS_
STUDENT IS LEAVING SCHOOL TO RETURN TO THE HOME COUNTRY: YES ___ NO ___   DESTINATION: _(out of zone)_
I, _____ AM REQUESTING THIS INFORMATION FOR STUDENT ENROLLMENT
                    IN _____ (CITY, STATE, OR DISTRICT).
_____ DATE _____

**000129**

*********************** End of report ***********************

MATTHRYA000

GLENDA DAWSON HIGH SCHOOL
13-14 Semester 1

Date 03/24/2014
Page 1

MATTHEWS, RYAN A.
3206 WORTHINGTON DR
PEARLAND TX 77584

Grade  11 007     Homerm  3213
Birth  04/05/1997
Sex    MALE

First Family  ROBERT MATTHEWS

Work Phone  (713) 817-6205

| Mon | Tue | Wed | Thu | Fri | | Trm | Bldg | Room | Course/Cls | | Course Descrip | Teacher | Credits |
|-----|-----|-----|-----|-----|---|-----|------|------|-----------|---|---------------|---------|---------|
| 1 | 1 | 1 | 1 | 1 | | S1 | 007 | 3122 | 120124 | /00 | PROF IN HLTHCR | LASANTA R | .500 |
| 2 | 2 | 2 | 2 | 2 | | S1 | 007 | 2315 | 020323 | /00 | ENGLISH 3 | BAKER J | .500 |
| 3 | 3 | 3 | 3 | 3 | | Y | 007 | 2122 | 130233 | /00 | ALGEBRA 2 | MYERS T | .500 |
| 4 | 4 | 4 | 4 | 4 | | Y | 007 | 2126 | 330323 | /01 | US HISTORY | WINTON M | .500 |
| 5C | 5C | 5C | 5C | 5C | | Y | 007 | GYMA | 414328 | /00 | FOOTBALL 11 | GRANT G | .500 |
| 6 | 6 | 6 | 6 | 6 | | Y | 007 | 3211 | 250323 | /00 | PHYSICS 1 | COX J | .500 |
| 7 | 7 | 7 | 7 | 7 | | S1 | 007 | 1504 | 120042 | /00 | PRIN BUSINESS | TAYLOR-MM | .500 |

S1  Credits  3.500

MATTHRYA000

GLENDA DAWSON HIGH SCHOOL
13-14 Semester 2

Date 03/24/2014
Page 2

MATTHEWS, RYAN A.
3206 WORTHINGTON DR
PEARLAND TX 77584

Grade  11 007     Homerm  3213
Birth  04/05/1997
Sex    MALE

First Family  ROBERT MATTHEWS

Work Phone  (713) 817-6205

| Mon | Tue | Wed | Thu | Fri | | Trm | Bldg | Room | Course/Cls | | Course Descrip | Teacher | Credits |
|-----|-----|-----|-----|-----|---|-----|------|------|-----------|---|---------------|---------|---------|
| 1 | 1 | 1 | 1 | 1 | | S2 | 007 | 3122 | 120063 | /00 | MEDICAL TERM | LASANTA R | .500 |
| 2 | 2 | 2 | 2 | 2 | | S2 | 007 | 1502 | 120053 | /00 | BUSINESS LAW | BANDY L | .500 |
| 3 | 3 | 3 | 3 | 3 | | Y | 007 | 2122 | 130233 | /00 | ALGEBRA 2 | MYERS T | .500 |
| 4 | 4 | 4 | 4 | 4 | | Y | 007 | 2126 | 330323 | /01 | US HISTORY | WINTON M | .500 |
| 5C | 5C | 5C | 5C | 5C | | Y | 007 | GYMA | 414328 | /00 | FOOTBALL 11 | GRANT G | .500 |
| 6 | 6 | 6 | 6 | 6 | | Y | 007 | 3211 | 250323 | /00 | PHYSICS 1 | COX J | .500 |
| 7 | 7 | 7 | 7 | 7 | | S2 | 007 | 2315 | 020323 | /00 | ENGLISH 3 | BAKER J | .500 |

S2  Credits  3.500
Total Credits  7.000

**FA Gradebook**

- Student Info
  - Profile
  - Class Summary
  - Attendance (2)
  - Schedule
  - Add/Drops (7)
  - Entry/Withdrawal
  - Emergency Contacts
  - Discipline (1)
  - NCLB
  - Academic History
  - Graduation Requirements
  - Educational Milestones
  - Test Scores (7)
  - Busing
  - Student Portfolio
  - Recommendations (0)
  - Family Access History (23)
  - Activities (5)
- Family Access Display
  - Gradebook
  - Message Center
  - Calendar
- New Family Access Display
  - Gradebook
  - Home
  - Calendar
- New Student Access Display
  - Gradebook
  - Home
  - Calendar
- Reports
  - Information Report
  - Multi-Class Progress Report
  - Progress Report Letter

**Ryan Antonio Matthews**                    Grade: **11**

## Gradebook | Progress Report

Classes for: **PROGRESS REPORT 7 (03/24/14-04/11/14)**          Click on the underlined grade to see
View All Classes          the assignments that make up that grade.

| Period | Class | Description | Term | Teacher | P1 | P2 | C1 | T1 | P3 | P4 | C2 | T2 | SE1 | S1 | P5 | P6 | C3 | T3 | P7 | P8 | C4 | T4 | SE2 | S2 | FIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 120063/003 | MEDICAL TERMINOLOGY | S2 | Rene Lasanta | | | | | | | | | | | 79 | 79 | | 87 | | | | | | 87 | |
| 2 | 120053/002 | BUSINESS LAW | S2 | Levi Bandy | | | | | | | | | | | 100 | 92 | | 92 | | | | | | 92 | |
| 3 | 130233/001 | ALGEBRA 2 | Y | Troy Myers | 84 | 83 | | 93 | 85 | 89 | | 93 | 91 | 93 | 89 | 93 | | 91 | | | | | | 91 | 92 |
| 4 | 330323/011 | US HISTORY | Y | Matthew Winton | 81 | 78 | | 85 | 73 | 79 | | 85 | 73 | 83 | 74 | 75 | | 72 | | | | | | 72 | 78 |
| 5C | 414328/001 | FOOTBALL 11 | Y | Gabriel Grant | 100 | 100 | | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | | 100 | | | | | | 100 | 100 |
| 6 | 250323/008 | PHYSICS 1 | Y | Jared Cox | 92 | 86 | | 82 | 71 | 75 | | 77 | 81 | 80 | 88 | 88 | | 89 | | | | | | 89 | 85 |
| 7 | 020323/007 | ENGLISH 3 | S2 | Jeanne Baker | | | | | | | | | | | 55 | 71 | | 66 | | | | | | 66 | 66 |

**STATE OF TEXAS**
**ACADEMIC ACHIEVEMENT RECORD**
**(ACCREDITED)**

Ryan Antonio Matthews
Student ID: 850619
SSN     : 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
DOB     : 04/05/1997
MALE
Non-Hispanic, Black
GRADE   : 11

Parents/Guardian
Robert Matthews

3206 Worthington Dr
Pearland TX 77584

Pearland Independent School Di
GLENDA DAWSON HIGH SCHOOL
2050 Cullen Blvd
Pearland TX 77581
(281) 412-8800
CCBC: 445414

**TAKS MASTERY**
LANG ARTS    :
MATH         :
SCIENCE      :
SOCIAL STUDIES:

**Schools Awarding Credit**
2014 020908007/020908007          2012 020908008/020908008          2013 020908001/020908001

|  | S1 | S2 | AVG | CR | | S1 | S2 | AVG | CR |
|---|---|---|---|---|---|---|---|---|---|
| **Language Arts** | | | | | | | | | |
| 11/12 ENG 1 | 74 | 79 | 77 | 1.00 | | | | | |
| 12/13 ENG 2 | 78 | 78 | 78 | 1.00 | | | | | |
| 13/14 ENG 3 | 85 | | 85 | .50 | | | | | |
| **Speech** | | | | | | | | | |
| 12/13 COMMAPP | | 91 | 91 | .50 | | | | | |
| **Mathematics** | | | | | | | | | |
| 11/12 ALG 1 | 77 | 77 | 77 | 1.00 | | | | | |
| 12/13 GEOM | 83 | 82 | 83 | 1.00 | | | | | |
| 13/14 ALG 2 | 93 | | 93 | .50 | | | | | |
| **Science** | | | | | | | | | |
| 11/12 BIO | 75 | 82 | 79 | 1.00 | | | | | |
| 12/13 CHEM | 76 | 73 | 75 | 1.00 | | | | | |
| 13/14 PHYSICS | 80 | | 80 | .50 | | | | | |
| **Social Studies** | | | | | | | | | |
| 11/12 W GEO | 78 | 79 | 79 | 1.00 | | | | | |
| 12/13 APWHIST:P | 65 | 68 | 70 | .00 | | | | | |
| 13/14 US HIST | 83 | | 83 | .50 | | | | | |
| 13/14 W HIST:T | 86 | 82 | 84 | 1.00 | | | | | |
| **PE/Equivalent** | | | | | | | | | |
| 11/12 SUBATH1 | 100 | 100 | 100 | 1.00 | | | | | |
| 12/13 PEFOUND | 100 | | 100 | .50 | | | | | |
| 12/13 SUBATH2 | | 100 | 100 | .50 | | | | | |
| 13/14 SUBATH3 | 100 | | 100 | .50 | | | | | |
| **Other Languages** | | | | | | | | | |
| 11/12 SPAN 1 | 76 | 79 | 78 | 1.00 | | | | | |
| 12/13 SPAN 2 | 80 | 83 | 82 | 1.00 | | | | | |
| **Fine Arts** | | | | | | | | | |
| 11/12 ART 1 | 95 | 97 | 96 | 1.00 | | | | | |
| **Career Tech Ed** | | | | | | | | | |
| 12/13 PRINLPCS | 85 | | 85 | .50 | | | | | |
| 13/14 INTERSTU | 97 | | 97 | .50 | | | | | |
| 13/14 PRINBMF | 88 | | 88 | .50 | | | | | |

Page 1 of 1

Credit Totals:     State 17.50    Local    .00

Date of Class Rank: 01/13/2014
Rank: 362  Class Size: 475
GPA: 2.351
Quartile: 4
Date Printed: 03/24/2014

Date of Certificate:
Date of Graduation :
Graduation Program Type: REC HS PROG
Advanced Measures:

_____        Official Signature

Passing is 70 or above    P=ADVANCED PLACEMENT COURSE T=CREDIT FOR PRIOR INSTRUCTION
P = Passing F = Fail

A code of N next to a grade indicates denied credits.
A grade of A indicates an audited course.

1txgra17.p 84-2                          GLENDA DAWSON HIGH SCHOOL                     03/24/14          Page:2
05.14.02.00.00                                                                                         12:38 PM


Ryan Antonio Matthews                      Parents/Guardians              School
Student ID: 850619                         Robert Matthews                GLENDA DAWSON HIGH SCHOOL
SSN       : 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                                                   2050 Cullen Blvd
DOB       : 04/05/1997                      3206 Worthington Dr            Pearland TX 77581
GENDER    : MALE                            Pearland TX 77584             (281) 412-8800
STATUS    : A

---

**Enrollment Information:**

| Year | School | Grade | Enroll | End Date |
|------|--------|-------|--------|----------|
| 2002/2003 | SHADYCREST ELEMENTARY | KG | 08/15/02 | 05/30/03 |
| 2002/2003 | SHADYCREST ELEMENTARY | KG | 07/08/03 | 07/09/03 |
| 2003/2004 | C J HARRIS ELEMENTARY | 01 | 08/14/03 | 05/27/04 |
| 2004/2005 | C J HARRIS ELEMENTARY | 02 | 08/18/04 | 05/27/05 |
| 2005/2006 | C J HARRIS ELEMENTARY | 03 | 08/11/05 | 05/26/06 |
| 2006/2007 | C J HARRIS ELEMENTARY | 04 | 08/10/06 | 05/25/07 |
| 2007/2008 | LEON H SABLATURA MIDDLE SCHOOL | 05 | 08/27/07 | 06/06/08 |
| 2008/2009 | LEON H SABLATURA MIDDLE SCHOOL | 06 | 08/25/08 | 06/05/09 |
| 2009/2010 | PEARLAND JUNIOR HIGH WEST | 07 | 08/24/09 | 06/05/10 |
| 2010/2011 | PEARLAND JUNIOR HIGH WEST | 08 | 08/23/10 | 06/04/11 |
| 2011/2012 | SHERYL SEARCY NINTH GRADE CTR | 09 | 08/22/11 | 06/02/12 |
| 2012/2013 | PEARLAND HIGH SCHOOL | 10 | 08/27/12 | 06/08/13 |
| 2013/2014 | GLENDA DAWSON HIGH SCHOOL | 11 | 08/26/13 | |

---

THIS INFORMATION IS FOR REFERENCE PURPOSES ONLY

TEST SCORES:

STEOC STAAR EOC    Edt2 9+ CH   10 05/01/2013   Admin Info

| Admin Info | Dist Campus Number | Grade Level Code | Economic Dis Code | Title1 Code | Migrant Code 1 = Yes |
|---|---|---|---|---|---|
|  | 20908001 | 10 | 0 | 0 | 0 |

| Admin Info | LEP Code | Bilingual Code 1 = Yes | ESL Code 1 = Yes | Spec Ed Code 1 = Yes | Gifted Talented 1 = Yes |
|---|---|---|---|---|---|
|  | 0 | 0 | 0 | 0 | 0 |

| Admin Info | At Risk Code 1 = Yes | CT Indicator Code |
|---|---|---|
|  | 1 | 1 |

10 05/01/2013   Student Scores

| Student Scores | EOC Code | Test Version | Raw Score | Scale Score | Written Comp Score #1 |
|---|---|---|---|---|---|
|  | CH | S | 25 | 3715 | |

| Student Scores | Written Comp Score#2 | Level I Min Score Stu Stdrd | Level II Sat Perf Stu Stdrd | Level III Adv Perf Stu Stdrd | Level I Min Scr P1 Stdrd |
|---|---|---|---|---|---|
|  | | 1 | 1 | 0 | 1 |

| Student Scores | Level I Min Scr P2 Stdrd | Level I Min Scr Rec Stdrd | Level II Sat Per P1 Stdrd | Level II Sat Per P2 Stdrd | Level II Sat Per Rec Stdrd |
|---|---|---|---|---|---|
|  | 1 | 0 | 1 | 0 | 0 |

| Student Scores | Level III Adv Perf Phase In | Level III Adv Perf Rec Stdrd | Total Scr Pts Achieved |
|---|---|---|---|
|  | | 0 | |

STEOC STAAR EOC    Edt2 9+ W2   11 12/07/2013   Admin Info

| Admin Info | Dist Campus Number | Grade Level Code | Economic Dis Code | Title1 Code | Migrant Code 1 = Yes |
|---|---|---|---|---|---|
|  | 20908007 | 11 | 0 | 0 | 0 |

| Admin Info | LEP Code | Bilingual Code 1 = Yes | ESL Code 1 = Yes | Spec Ed Code 1 = Yes | Gifted Talented 1 = Yes |
|---|---|---|---|---|---|
|  | 0 | 0 | 0 | 0 | 0 |

| Admin Info | At Risk Code 1 = Yes | CT Indicator Code |
|---|---|---|
|  | 0 | 0 |

Ryan Antonio Matthews
Student ID: 850619
SSN     : 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
DOB     : 04/05/1997
GENDER  : MALE
STATUS  : A

Parents/Guardians
Robert Matthews

3206 Worthington Dr
Pearland TX 77584

School
GLENDA DAWSON HIGH SCHOOL
2050 Cullen Blvd
Pearland TX 77581
(281) 412-8800

| Scores | EOC Code | Test Version | Raw Score | Scale Score | Written Comp Score #1 |
|---|---|---|---|---|---|
| 11 12/07/2013 Student Scores | W2 | S | 40 | 1903 | 4 |

| | Written Comp Score#2 | Level I Min Score Stu Stdrd | Level II Sat Perf Stu Stdrd | Level III Adv Perf Stu Stdrd | Level I Min Scr P1 Stdrd |
|---|---|---|---|---|---|
| Student Scores | 4 | 1 | 1 | 0 | 1 |

| | Level I Min Scr P2 Stdrd | Level I Min Scr Rec Stdrd | Level II Sat Per P1 Stdrd | Level II Sat Per P2 Stdrd | Level II Sat Per Rec Stdrd |
|---|---|---|---|---|---|
| Student Scores | 1 | 0 | 1 | 0 | 0 |

| | Level III Adv Perf Phase In | Level III Adv Perf Rec Stdrd | Total Scr Pts Achieved |
|---|---|---|---|
| Student Scores | | 0 | |

TAKS  TX- Knowledge & Ed10 3-8

| Score | Test Version | Score Code | Raw Score | Scale Score | Met Standard 1= Yes |
|---|---|---|---|---|---|
| 08 04/01/2011 Reading/ELA | K | S | 43 | 790 | 1 |
| Math | K | S | 28 | 691 | 0 |
| Writing | K | | 0 | 0 | |
| Social Studies | K | | 0 | 0 | |
| Science | K | | 0 | 0 | |

| | Commended Perform 1= Yes | Vertical Scale Score |
|---|---|---|
| Reading/ELA | 0 | 0 |
| Math | 0 | 0 |
| Writing | 0 | 0 |
| Social Studies | 0 | 0 |
| Science | 0 | 0 |

| Score | Test Version | Score Code | Raw Score | Scale Score | Met Standard 1= Yes |
|---|---|---|---|---|---|
| 08 05/01/2011 Reading/ELA | K | P | 0 | 245 | 0 |
| Math | K | S | 28 | 690 | 0 |
| Writing | K | | 0 | 0 | |
| Social Studies | K | | 0 | 0 | |
| Science | K | | 0 | 0 | |

| | Commended Perform 1= Yes | Vertical Scale Score |
|---|---|---|
| Reading/ELA | 0 | 0 |
| Math | 0 | 0 |
| Writing | 0 | 0 |
| Social Studies | 0 | 0 |
| Science | 0 | 0 |

| Score | Test Version | Score Code | Raw Score | Scale Score | Met Standard 1= Yes |
|---|---|---|---|---|---|
| 08 06/01/2011 Reading/ELA | K | P | 0 | 244 | 0 |
| Math | K | S | 39 | 769 | 1 |
| Writing | K | | 0 | 0 | |
| Social Studies | K | | 0 | 0 | |
| Science | K | | 0 | 0 | |

| | Commended Perform 1= Yes | Vertical Scale Score |
|---|---|---|
| Reading/ELA | 0 | 0 |
| Math | 0 | 0 |
| Writing | 0 | 0 |
| Social Studies | 0 | 0 |
| Science | 0 | 0 |

1txgra17.p 84-2
05.14.02.00.00

GLENDA DAWSON HIGH SCHOOL

03/24/14

Page:4
12:38 PM

Ryan Antonio Matthews
Student ID: 850619
SSN      : 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
DOB      : 04/05/1997
GENDER   : MALE
STATUS   : A

Parents/Guardians
Robert Matthews

3206 Worthington Dr
Pearland TX 77584

School
GLENDA DAWSON HIGH SCHOOL
2050 Cullen Blvd
Pearland TX 77581
(281) 412-8800

|  |  | District Campus Number | Test Version Eng/Span | Grade Level Code | Economic Dis Code | Title 1 Code |
|---|---|---|---|---|---|---|
| 08 04/01/2011 | Student Administrati Administrative | 20908042 |  | 8 | 0 | 6 |
|  |  | Migrant Code 1= Yes | LEP Code | Bilingual Code 1= Yes | ESL Code 1= Yes | SpecialEd Code 1= Yes |
|  | Administrative | 0 | 0 | 0 | 0 | 0 |
|  |  | Gifted & Talented 1= Yes | At Risk Code 1= Yes | Career Tech Ed Code |  |  |
|  | Administrative | 0 | 1 | 1 |  |  |

|  |  | District Campus Number | Test Version Eng/Span | Grade Level Code | Economic Dis Code | Title 1 Code |
|---|---|---|---|---|---|---|
| 08 05/01/2011 | Student Administrati Administrative | 20908042 |  | 8 | 0 | 6 |
|  |  | Migrant Code 1= Yes | LEP Code | Bilingual Code 1= Yes | ESL Code 1= Yes | SpecialEd Code 1= Yes |
|  | Administrative | 0 | 0 | 0 | 0 | 0 |
|  |  | Gifted & Talented 1= Yes | At Risk Code 1= Yes | Career Tech Ed Code |  |  |
|  | Administrative | 0 | 1 | 1 |  |  |

|  |  | District Campus Number | Test Version Eng/Span | Grade Level Code | Economic Dis Code | Title 1 Code |
|---|---|---|---|---|---|---|
| 08 06/01/2011 | Student Administrati Administrative | 20908042 |  | 8 | 0 | 6 |
|  |  | Migrant Code 1= Yes | LEP Code | Bilingual Code 1= Yes | ESL Code 1= Yes | SpecialEd Code 1= Yes |
|  | Administrative | 0 | 0 | 0 | 0 | 0 |
|  |  | Gifted & Talented 1= Yes | At Risk Code 1= Yes | Career Tech Ed Code |  |  |
|  | Administrative | 0 | 1 | 1 |  |  |

|  |  | Test Version | Score Code | Raw Score | Scale Score | Met Standard 1= Yes |
|---|---|---|---|---|---|---|
| TAKS  TX- Knowledge & Ed12 9+   08 04/01/2011 | Reading/ELA |  |  | 0 | 0 |  |
|  | Math |  |  | 0 | 0 |  |
|  | Writing |  |  | 0 | 0 |  |
|  | Social Studies |  | S | 34 | 2276 | 1 |
|  | Science |  | S | 28 | 19 | 0 |
|  |  | Commended Perform 1= Yes | Met THECB Std 1= Yes | ELA Comp Final | ELA Analytic Category | Written Comp Final |
|  | Reading/ELA | 0 | 0 | 0 | 0 | 0 |
|  | Math | 0 | 0 | 0 | 0 | 0 |
|  | Writing | 0 | 0 | 0 | 0 | 0 |
|  | Social Studies | 0 | 0 | 0 | 0 | 0 |
|  | Science | 0 | 0 | 0 | 0 | 0 |
|  |  | Written Analytic Category | Vertical Scale Score |  |  |  |
|  | Reading/ELA | 0 | 0 |  |  |  |
|  | Math | 0 | 0 |  |  |  |
|  | Writing | 0 | 0 |  |  |  |
|  | Social Studies | 0 | 0 |  |  |  |
|  | Science | 0 | 0 |  |  |  |

|  |  | District Campus Number | Test Version Eng/Span | Grade Level Code | Economic Dis Code | Title 1 Code |
|---|---|---|---|---|---|---|
| 08 04/01/2011 | Student Administrati Administrative | 0 |  | 0 | 0 | 0 |
|  |  | Migrant Code 1= Yes | LEP Code | Bilingual Code 1= Yes | ESL Code 1= Yes | SpecialEd Code 1= Yes |
|  | Administrative | 0 | 0 | 0 | 0 | 0 |
|  |  | Gifted & Talented 1= Yes | At Risk Code 1= Yes | Career Tech Ed Code |  |  |

000135

```
1txgra17.p 84-2                    GLENDA DAWSON HIGH SCHOOL              03/24/14           Page:5
05.14.02.00.00                                                                             12:38 PM
```

```
Ryan Antonio Matthews                Parents/Guardians              School
Student ID: 850619                   Robert Matthews                GLENDA DAWSON HIGH SCHOOL
SSN     : 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                                               2050 Cullen Blvd
DOB     : 04/05/1997                  3206 Worthington Dr           Pearland TX 77581
GENDER  : MALE                        Pearland TX 77584             (281) 412-8800
STATUS  : A
```

| Administrative | 0 | 0 | 0 |
|---|---|---|---|

| | Score | Test Version | Score Code | Raw Score | Scale Score | Met Standard 1= Yes |
|---|---|---|---|---|---|---|
| TAKS TX- Knowledge & Edt8 9+  07 04/01/2010 | Reading/ELA | K | S | 39 | 741 | 1 |
| | Math | K | S | 34 | 718 | 1 |
| | Writing | K | S | 32 | 2312 | 1 |
| | Social Studies | | | 0 | 0 | |
| | Science | | | 0 | 0 | |

| | Commended Perform 1= Yes | Met THECB Std 1= Yes | ELA Comp Final | ELA Analytic Category | Written Comp Final |
|---|---|---|---|---|---|
| Reading/ELA | 0 | 0 | 0 | 0 | 0 |
| Math | 0 | 0 | 0 | 0 | 0 |
| Writing | 0 | 0 | 0 | 0 | 3 |
| Social Studies | 0 | 0 | 0 | 0 | 0 |
| Science | 0 | 0 | 0 | 0 | 0 |

| | Written Analytic Category |
|---|---|
| Reading/ELA | 0 |
| Math | 0 |
| Writing | 0 |
| Social Studies | 0 |
| Science | 0 |

| | Student Administrati | District Campus Number | Test Version Eng/Span | Grade Level Code | Economic Dis Code | Title 1 Code |
|---|---|---|---|---|---|---|
| 07 04/01/2010 | Administrative | 20908042 | | 7 | 0 | 7 |

| | Administrative | Migrant Code 1= Yes | LEP Code | Bilingual Code 1= Yes | ESL Code 1= Yes | SpecialEd Code 1= Yes |
|---|---|---|---|---|---|---|
| | Administrative | 0 | 0 | 0 | 0 | 0 |

| | Administrative | Gifted & Talented 1= Yes | At Risk Code 1= Yes | Career Tech Ed Code |
|---|---|---|---|---|
| | Administrative | 0 | 1 | 0 |

```
1stdsc22.p 65-2                          GLENDA DAWSON HIGH SCHOOL           03/24/14           Page:1
05.14.02.00.00                           STUDENT DISCIPLINE REPORT                             12:39 PM


                        Off/Act                            P      Day/                              Incident/
                        Type          Per    Sch  Location   N Points  Hrs   Time Served Diff Reason   Status

Matthews, Ryan A.        MATTHRYA000   Sch: 007  Gr: 11 - 2015 Type: REG                       HM: 3213
 2014 Entity: 007
  Offense 09/13/2013 11:00A  CLD CLASS DISRUPT    007  CLASSROOM    Y   0.00                          187
   Disc Officer:  John Hinton             Bus:        Referred By : John Hinton          Date Entered: 09/13/13
     Ryan was involved in a classroom scuffle.  No punches thrown but pushing and shoving.
   Action              06  IN SCH SUSPENSI    007           Y   0.00  Day  4.00  4.00              Served
   Follow-Up By:  John Hinton          Susp In School
      Parent notified.  Student spoke with his father and explained the situation.



   ************************ End of report ************************
```

```
1sthea19.p 64-2                        GLENDA DAWSON HIGH SCHOOL        03/24/14           Page:1
05.14.02.00.03-10.2                         VACCINATION REPORT                            12:39 PM
```

| STUDENT NAME | OTHER ID | BIRTHDATE | M/F | RACE | SCHL | TYPE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRP VACCINATION CODE/DESC | ILLNESS/WAIVER | DOSE | QTY | DOSE | QTY | DOSE | QTY | DOSE | QTY | DOSE | QTY | DOSE | QTY | | | | |

```
Ryan A. Matthews        850619      04/05/1997 M   3    007   REG
   STN HBV/Hepatitis B                        04/05/97 1.0 09/19/97 1.0 11/21/97 1.0
   STN DTP/Dip, Tet, Pert                     06/19/97 1.0 09/16/97 1.0 11/21/97 1.0 08/05/98 1.0 07/27/01 1.0 08/11/08 1.0
       HIB/HIB                                06/19/97 1.0 09/16/97 1.0 11/21/97 1.0 08/05/98 1.0
       PCV/Pneumococcal
   STN POL/Polio                              06/19/97 1.0 09/16/97 1.0 11/21/97 1.0 07/27/01 1.0
   STN MEA/Measles                            06/18/98 1.0 07/27/01 1.0
   STN MUM/Mumps                              06/18/98 1.0 07/27/01 1.0
   STN RUB/Rubella                            06/18/98 1.0 07/27/01 1.0
   STN VAR/Varicella                          04/01/02 1.0 08/10/07 1.0
   STN MCV/Meningococcal                      08/11/08 1.0
       HAV/Hepatitis A                        08/10/07 1.0 08/11/08 1.0
```

| TYPE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| Compliant | Dip, Tet, Pert | 1 |
| | Hepatitis A | 1 |
| | Hepatitis B | 1 |
| | HIB | 1 |
| | Measles | 1 |
| | Meningococcal | 1 |
| | Mumps | 1 |
| | Pneumococcal | 1 |
| | Polio | 1 |
| | Rubella | 1 |
| | Varicella | 1 |

                                    Total:    11

| Student Doses | Dip, Tet, Pert | 6 |
|---------------|----------------|---|
| | Hepatitis A | 2 |
| | Hepatitis B | 3 |
| | HIB | 4 |
| | Measles | 2 |
| | Meningococcal | 1 |
| | Mumps | 2 |
| | Polio | 4 |
| | Rubella | 2 |
| | Varicella | 2 |

                                    Total:    28

                                     Male:    1
                    Total Students Printed:    1


*********************** End of report ***********************

**PEARLAND INDEPENDENT SCHOOL DISTRICT**
**Progress Report - School Year 2013-14**
**Glenda Dawson High School**
**2050 Cullen**
**Pearland, TX 77584**
**281.412.8800**
**Principal: David Moody**

*Ryan Matthews*
3206 Worthington Dr
Pearland, TX 77584

Grade Level:11
Advisor:SpruceK
Homeroom:3213

| Course | P6 | Total Abs |
|---|---|---|
| MEDICAL TERMINOLOGY<br>Teacher: Lasanta, Rene<br>Comments: | 79 | 0 |
| BUSINESS LAW<br>Teacher: Bandy, Levi<br>Comments: | 92 | 0 |
| ALGEBRA 2<br>Teacher: Myers, Troy<br>Comments: | 93 | 0 |
| US HISTORY<br>Teacher: Winton, Matthew<br>Comments: | 75 | 0 |
| FOOTBALL 11<br>Teacher: Grant, Gabriel<br>Comments: | 100 | 0 |
| PHYSICS 1<br>Teacher: Cox, Jared<br>Comments: | 88 | 0 |
| ENGLISH 3<br>Teacher: Baker, Jeanne M.<br>Comments: | 71 | 0 |

| | |
|---|---|
| A = 90 - 100 | E = Excellent |
| B = 80 - 89 | S = Satisfactory |
| C = 75 - 79 | N = Needs Improvement |
| D = 70 - 74 | U = Unsatisfactory |
| F = Below 70 | |

To obtain credit for a class, a student must attend at least 90% of the days the class is offered. If you have any questions or wish to schedule a conference with a teacher or counselor, please call 281.412.8800. (Sec. 8.27 or SB7)

February 25, 2014

**STATE OF TEXAS**
**ACADEMIC ACHIEVEMENT RECORD**
**(ACCREDITED)**

Matthews, Ryan Antonio
Student ID: 850619
SSN    : 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
DOB    : 04/05/1997
MALE
Non-Hispanic, Black
GRADE   : 11

Parents/Guardian
Cheryl Matthews

3211 Lee Cir
Pearland TX 77581

Pearland Independent School Di
PEARLAND HIGH SCHOOL
3775 S Main St
Pearland TX 77581-5905
(281) 997-7445
CCBC: 445410

**Schools Awarding Credit**      2012 020908008/020908008      2013 020908001/020908001

| | S1 | S2 | AVG | CR | | S1 | S2 | AVG | CR |
|---|---|---|---|---|---|---|---|---|---|
| **Language Arts** | | | | | | | | | |
| 11/12 ENG 1 | 74 | 79 | 77 | 1.00 | | | | | |
| 12/13 ENG 2 | 78 | 78 | 78 | 1.00 | | | | | |
| **Speech** | | | | | | | | | |
| 12/13 COMMAPP | | 91 | | .50 | | | | | |
| **Mathematics** | | | | | | | | | |
| 11/12 ALG 1 | 77 | 77 | 77 | 1.00 | | | | | |
| 12/13 GEOM | 83 | 82 | 83 | 1.00 | | | | | |
| **Science** | | | | | | | | | |
| 11/12 BIO | 75 | 82 | 79 | 1.00 | | | | | |
| 12/13 CHEM | 76 | 73 | 75 | 1.00 | | | | | |
| **Social Studies** | | | | | | | | | |
| 11/12 W GEO | 78 | 79 | 79 | 1.00 | | | | | |
| 12/13 APWHIST:P | 65 | | | .00 | | | | | |
| 12/13 APWHIST:P | | 68 | 70 | .00 | | | | | |
| **PE/Equivalent** | | | | | | | | | |
| 11/12 SUBATH1 | 100 | 100 | 100 | 1.00 | | | | | |
| 12/13 PEFOUND | 100 | | | .50 | | | | | |
| 12/13 SUBATH2 | | 100 | 100 | .50 | | | | | |
| **Other Languages** | | | | | | | | | |
| 11/12 SPAN 1 | 76 | 79 | 78 | 1.00 | | | | | |
| 12/13 SPAN 2 | 80 | 83 | 82 | 1.00 | | | | | |
| **Fine Arts** | | | | | | | | | |
| 11/12 ART 1 | 95 | 97 | 96 | 1.00 | | | | | |
| **Career Tech Ed** | | | | | | | | | |
| 12/13 PRINLPCS | 85 | | | .50 | | | | | |

Page 1 of 1

Credit Totals:    State 13.00   Local    .00

Date of Class Rank: 06/10/2013
Rank: 628   Class Size: 839
GPA: 2.204
Quartile: 3
Date Printed: 07/30/2013

Date of Certificate:
Date of Graduation :
Graduation Program Type:
Advanced Measures:

_____   Official Signature

Passing is 70 or above    P=ADVANCED PLACEMENT COURSE
P = Passing F = Fail

A code of N next to a grade indicates denied credits.  A grade of A indicates audit.

000141

**P** **Pearland Independent School District** *Student Registration Form*

Campus Enrolling __Dawson__          Current Date __7 30. 2013__

Has your child ever attended Pearland Schools? <u>Yes</u> or No Where? __Pearland HS__ When? __2012. 2013__
(circle one)

*Note: Student Name must be the same as on the Birth Certificate.*

| __Matthews__ | __Ryan__ | __Antonio__ | _(symbol)_ |
|---|---|---|---|
| Student Last Name | Student First Name | Student Middle Name | Gen. Code |

Student Birth Date __4 / 5 / 97__     Grade __11__     Student Gender:  Male __X__  Female _____
(month/day/year)

SS# __637 - 56 - 7833__          or     State ID# _____

Student Home Phone # __(281) 748-3487__ Cell Phone # _____ Work Phone # __(713) 753-5836__

Student Physical Address __3206  Worthington__     __Pearland  TX__     __77584__
                                        Street                          City/State          Zip Code

Are you the parent of the child? <u>Yes</u> or No     Relationship __Father__
(circle one)

Mother __Matthews__          __Cheryl__          _____
         (Last Name)                          (First Name)                        (Middle Name)

Mother Home Phone # _____ Cell Phone # _____ Work Phone # _____

Mother Physical Address __3211 Lee Circle__     __Pearland__     __77581__
                                          Street                     City/State              Zip Code

Mother Mailing Address __3211 Lee Circle__     __Pearland__     __77581__
                                        Street                      City/State              Zip Code

Father __Thomas Matthews__          __Robert__          _____
         (Last Name)                          (First Name)                        (Middle Name)

Father Home Phone # _____ Cell Phone # _____ Work Phone # _____

Father Physical Address __3206  Worthington__     __Pearland__     __77584__
                                        Street                       City/State             Zip Code

Father Mailing Address __3206  Worthington__     __Pearland__     __77584__
                                       Street                        City/State             Zip Code

Student Last School Attended: __Pearland  HS__          _____  School Phone #
                                              School Name                                                _____

__Pearland  TX__  __77584__
                      Address                            City/State              Zip Code

Was your child in Special Education or any special classes? Yes _____ No __✓__ If yes, please check below.
Resource _____ Speech _____ Title I _____ ESL _____ Bilingual _____ G/T __✓__
Was your child receiving any section 504 accommodations? Yes _____ No __✓__
Is your child Dyslexic _____
Has your child ever been retained? _____ If yes, what grade and reason? _____
Does your child have any health problems? Yes _____ No _____ Explain _____
Is your child on medication? Yes or No  Explain _____
                                        (circle one)

Parent Signature __R. A. Matthews__          Date __7-30-13__

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**FOR OFFICE USE ONLY**

Entry date __8 26 13__ Elig. Code _____ Grade __11__ AM or PM Local ID __850619__
Teacher _____ Room # _____ Needs to be tested for language _____
Made copies of the following: Birth Cert. _____ SS card _____ Immunizations Rec. _____ Rec. Req. sent _____
Residence verified: Deed _____ Contract / closing date _____ Rent/lease – exp. date _____
Utility bill _____ Affidavit _____ Mail _____ TDL _____ Other _____ Registrar's initials _____
Modified on 04/05/2010

000142

## 2013-2014 Pearland ISD Student Information/Emergency Card

**Student Information:**

Student Name ___Matthews___ ~~Whittaker~~ _Ryan_ ___Antonio___
          Last          First          Middle

Student ID# _____ Grade _11_ Date of Birth _4.9.97_ Gender (M)/F Student Home Phone# _(281) 748.3487_

Address ___3206 Worthington_____ _____ _Pearland_____ _77584_
      Street          Apt/Lot          City          Zip code

**Transportation Information:** Please check the below type of transportation that applies

Bus # _____ Walker _____ Car rider _✓_ Daycare _____ Drives to school _____
                              (Include name of daycare)

**Parent Information:** In case of an accident or sudden illness it is required that you provide the following information.

Parent/Guardian ___Robert Matthews___

Home # _____ Work # _(713) 324.0079_ Cell # _(713) 817-6205_

Email Address _____ Relationship _Dad_

Parent/Guardian ___Cheryl Matthews___

Home # _____ Work # _____ Cell # _(713) 817-5965_

Email Address _Cheryl.Matthews@United.com_ Relationship _Mom_

People authorized to pick up my child or assume temporary care if you cannot be reached. *Students will not be released to anyone not listed here unless written permission has been given in advance by the legal guardian.*

Name _Mavam Thornhill_ ← Homeowner landlord  Phone # _(281) 748-3487_

Name _Robert Matthews_ ← dad  Phone # _(713) 817-5965_

Name _Cheryl Matthews_ ← stepmom  Phone # _(713) 813-6205_

**Emergency Information:** Complete the following ~~~~ ose that currently apply to this child

| | | |
|---|---|---|
| Asthma | Hearing Problems | Medica |
| ADHD | Vision Problems | Medica |
| Depression | Orthopedic Problems | Dr. _____ Phone _____ |
| Diabetes | Heart Condition: | |
| Seizures | Allergies: | |

Additional information: _____

**Sibling Information:** Siblings enrolled in Pearland ISD:

Name: _____ Gr. _____ School Name: _____
Name: _____ Gr. _____ School Name: _____
Name: _____ Gr. _____ School Name: _____

In the event parent/ guardian cannot be contacted, I hereby authorize PISD staff or the person(s) listed as Emergency Contacts/ Physician to consent to treatment and/or take whatever action is deemed necessary in their judgment for health/welfare of said child. I acknowledge I will not hold the district financially responsible.

*I understand that this emergency card is not an official change of address notification. I understand that, if my address has changed, I must submit an official change of address form to the school registrar and submit the residence documents needed to update my child's records. I understand that I must enroll my child in the school my residence is zoned to attend.*

Parent/Guardian Signature _____ Date _7-30-13_



CERTIFICATION OF VITAL RECORD

# GALVESTON COUNTY HEALTH DISTRICT
## BUREAU OF VITAL STATISTICS



STATE OF TEXAS

**CERTIFICATE OF BIRTH**

9110A095010

| | | |
|---|---|---|
| 1. Name First — Middle — Last | 2. Date of Birth | 3. Sex |
| RYAN ANTONIO MATTHEWS | 04/05/1997 | Male |

NEWBORN

4a. Place of Birth - County: **Galveston** — 4b. City or Town (If outside city limits, give precinct no.): **Galveston** — 5. Time of Birth: **04:01 a.m.** — 6a. Plurality - Single, Twin, Triplet, etc.: **Single** — 6b. If Plural Birth, Born 2nd, 3rd, etc.

7a. Place of Birth: ☐ Clinic / Doctor's Office ☐ Licensed Birthing Center ☒ Hospital ☐ Residence ☐ Other (Specify): — 7b. Name of Hospital or Birthing Center (If Not Institution, Give Street Address): **U.T. Galveston Medical Branch**

ATTENDANT/ CERTIFIER

8a. Attendant's Name and Mailing Address:
**PRENTICE, MARY E.
301 UNIVERSITY BOULEVARD
GALVESTON, TEXAS 77555**

9a. Certifier: I certify that this child was born alive at the place and time and on the date as stated.

*M. Prentice, n.p.*   4/13/_

Signature and Title   Date Signed

8b. ☒ MD ☐ DO ☐ CNM ☐ Midwife ☐ Other (Specify): — 9b. ☒ Attendant ☐ Facility Administrator / Designee ☐ Other (Specify):

MOTHER

10. Name First — Middle — Maiden Surname: **TAZRA JARRETTE UTLEY** — 11. Date of Birth: **09/29/1972** — 12. Birthplace (State or Foreign Country): **TEXAS**

13a. Residence - State: **TEXAS** — 13b. County: **HARRIS** — 13c. City or Town: **HOUSTON 77026** — 13d. Street Address or Rural Location: **5412 HIRSCH ROAD**

13e. Inside City Limits: ☒ Yes ☐ No — 14. Mother's Mailing Address (If Same As Residence, Enter Zip Code Only): **10919 GULF FRWY #3101, HOUSTON, TEXAS 77034**

FATHER

15. Name First — Middle — Last: **ROBERT ANTHONY MATTHEWS** — 16. Date of Birth: **04/29/1962** — 17. Birthplace (State or Foreign Country): **CALIFORNIA**

REGISTRAR

18a. Registrar's File Number: **02-1024** — 18b. Date Received by Local Registrar: **4-16-97** — 18c. Signature of Local Registrar: *Ralph D. Morris, M.D.*

194736

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.



ISSUED   JUL 05 2000

*Ralph D. Morris M.D.*
Ralph D. Morris, M.D., M.P.H.
Local Registrar



000144

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE
American BankNote Company





**Pearland ISD**
**Parental Relation Form**

I verify that (check one)

____/____  I am the parent of the child, _Ryan Matthews_ .
Said child has been living with me since _____,
and I have the legal responsibility for educational decisions made for this child.

_____  I am the person standing in a parental relation to the child,
_____. Said child has been living with me since
_____, and I have legal responsibility for educational decisions made for
this child.

I am aware that by being a parent or person standing in parental relation to this child, I will be held
responsible in a civil and/or criminal fashion in the future in the event the child fails to attend school
as required by law.

_____          _7-30-13_____
Signature                                                          Date

Verifico que (verifica uno)

_____  Soy el padre del niño, _____. Este niño
ha estado viviendo conmigo desde que _____ y tengo
la responsabilidad legal para decisiones educativas hizo por este niño.

_____  Soy la persona que se para en una relación de parental al niño,
_____. Este niño ha estado viviendo conmigo desde que
_____, y tengo la responsabilidad legal para decisiones educativas hizo por
este niño.

Estoy enterado que por ser padre o persona parándose en una relaciónparental a este niño, yo tendré
responsabilidad en una moda civil y/ocriminal en el futuro en el caso de que el niño no asista a
escuela comorequerido por la ley.

_____          _____
Firma                                                                Fecha

Revised 2/2012

000146

**PEARLAND INDEPENDENT SCHOOL DISTRICT**
Home Language Survey   Grades PK-12 (Form is Blue)

The Texas Education Code requires schools to determine the language(s) spoken at home by each student. This information is essential in order for schools to provide meaningful instruction for all students. Thank you for your cooperation in helping us meet this important requirement.

**\* To be filled out by parent or guardian:**

Name of Student _Ryan Matthews_ School _Dawson_ Grade _11th_

(1) What language is spoken in your home most of the time? _English_

(2) What language does your child (do you) speak most of the time? _English_

(3) Date of birth _4. 9. 1997_ Country of birth _USA_

(4) Date student entered the United States _4. 9. 1997_

(5) Years of education in the United States _11th_

(6) Number of years of education outside the United States _0_

(7) City/State/Country of last school attended _Pearland    HS_

_[signature]_ _7-30-13_

Signature of parent or guardian                                            Date

**PEARLAND INDEPENDENT SCHOOL DISTRICT**
Cuestionario de Idioma Hogareño
Grados PK-12

El Código de Educación de Texas requiere que las escuelas determinen el idioma que se habla en el hogar de cada estudiante. Esta información es esencial para que las escuelas puedan proporcionar instrucción significativa a todos los estudiantes. Gracias por su cooperación en ayudarnos a cumplir con este requisito importante.

**\* Debe de completarse por el padre o guardián:**

Nombre de estudiante _____ Escuela _____ Grado _____

(1) Cuál es el idioma que más se habla en su hogar? _____

(2) Cuál es el idioma que más habla su niño y usted la mayoria del tiempo? _____

(3) Fecha de Nacimiento _____ Lugar de Nacimiento _____

(4) Fecha en la cual el estudiante entró en los Estados Unidos _____

(5) Años de educación en los Estados Unidos _____

(6) Años de educación afuera de los Estados Unidos _____

(7) La ciudad/estado/país de la ultima escuela que asistio? _____

Firma del padre o guardián                                            Fecha

Texas Education Agency requires that this form be completed.
Modified on 1/16/2008

000147

```
 1        CAUSE NO. 73841 - COURT OF APPEALS 14-15-00452-CR
       CAUSE NO. JV19869 - COURT OF APPEALS 14-15-00577-CV
 2        CAUSE NO. 73575 - COURT OF APPEALS 14-15-00616-CV

 3   STATE OF TEXAS              )  IN THE DISTRICT COURT
                                 )
 4                               )
     VS.                         )
 5                               )  BRAZORIA COUNTY, TEXAS
                                 )
 6                               )
     RYAN ANTONIO MATTHEWS       )
 7                               )  239TH JUDICIAL DISTRICT

 8

 9        I, Ida H. Salinas, Official Court Reporter in and
     for 239th District Court of Brazoria County, State of
10   Texas, do hereby certify that the following exhibits
     constitute true and correct duplicates of the original
11   exhibits, excluding physical evidence, offered into
     evidence during the Jury Trial in the above-entitled and
12   numbered cause as set out herein before the Honorable
     Patrick Sebesta, Judge for the 239th District Court of
13   Brazoria County, Texas, beginning March 17, 2015.

14        I further certify that the total cost for the
     preparation of this Reporter's Record is $_____
15   and will be paid by Brazoria County.

16
          WITNESS MY OFFICIAL HAND this the 30th day of
17
     September, 2015.
18
                              /s/ Ida H. Salinas
19                            Ida H. Salinas, RPR, CSR 4469
                              Expiration Date:  12/31/2016
20                            Official Court Reporter
                              239th District Court
21                            Brazoria County, Texas
                              111 E. Locust
22                            Angleton, Texas 77515
                              (281) 756-1258
23

24

25
```

000148

```
1                REPORTER'S CERTIFICATE
2  THE STATE OF TEXAS  )
3  COUNTY OF BRAZORIA  )
4      I, Ida H. Salinas, Official Court Reporter in and
5  for the 239th District Court of Brazoria County, State
6  of Texas, do hereby certify that the above and foregoing
7  contains a true and correct transcription of all
8  portions of evidence and other proceedings requested in
9  writing by counsel for the parties to be included in
10 this volume of the Reporter's Record, in the
11 above-styled and numbered cause, all of which occurred
12 in open court or in chambers and were reported by me.
13     I further certify that this Reporter's Record of
14 the proceedings truly and correctly reflects the
15 exhibits, if any, admitted by the respective parties.
16     I further certify that the total cost for the
17 preparation of this Reporter's Record is $_____ and
18 will be paid by Brazoria County.
19     WITNESS MY OFFICIAL HAND this the 30th day of
20 September, 2015.
21
                         /s/ Ida H. Salinas
22                       Ida H. Salinas, RPR, CSR 4469
                         Expiration Date:  12/31/2016
23                       Official Court Reporter
                         239th District Court
24                       Brazoria County, Texas
                         111 E. Locust
25                       Angleton, Texas 77515
                         (281) 756-1258
```

# CLERK'S CERTIFICATE

THE STATE OF TEXAS

COUNTY OF BRAZORIA

I, RHONDA BARCHAK, Clerk of the Criminal District Court of Brazoria County, Texas, do hereby certify that the record on the application for writ of habeas corpus filed with the Court of Criminal Appeals, in Cause Nos. 73841 in the 239th District Court of Brazoria County, Texas, styled The State of Texas vs. Ryan Antonio Matthews, attached hereto and made a part hereof, contains a true and correct copy of all matters and proceedings had and done in said cause.

GIVEN under my official signature and seal of office at Angleton, Texas, on this the 8th day of April, 2019.



RHONDA BARCHAK
Clerk of District Court
Brazoria County, Texas

By /s/ Helen Hall, Deputy

000150