"ELECTRONIC RECORD"

SUPPLEMENTAL CLERK'S RECORD

VOLUME 9 OF 20

RECEIVED
COURT OF CRIMINAL APPEALS
4/10/2019
DEANA WILLIAMSON, CLERK

Trial Court Cause No. 73841-A

In the 239th District Court

Honorable Patrick Sebesta, Judge Presiding

---

RYAN ANTONIO MATTHEWS
Plaintiff
Vs.

THE STATE OF TEXAS
Defendant

---

Appealed to the
COURT OF CRIMINAL APPEALS AT AUSTIN, TEXAS

---

Attorney for Appellant: Bryan Garris
Telephone no.:  832-722-8915      Fax no.:   713-655-9000
Email Address:  bryan@txdefense.net
SBOT no.:  24079945
Attorney for Ryan Antonio Matthews, Appellant

---

Name of Clerk preparing the Clerk's Record

/s/ Helen Hall, Deputy

**Application for Writ of Habeas Corpus**            From Brazoria County
Ex Parte: Ryan Antonio Matthews                     In the 239th District Court

TRIAL COURT WRIT NO.  73841-A

CLERK'S SUMMARY SHEET

APPLICANT'S NAME:  RYAN ANTONIO MATTHEWS

OFFENSE:   COUNT ONE AND TWO - CAPITAL MURDER; CRIMINAL EPISODE

CAUSE NO.:   73841

PLEA:  NOT GUILTY

SENTENCE:  LIFE - TDCJ-ID          DATE:  4/23/15

TRIAL DATE:  4/13/15 - 4/23/15

JUDGE'S NAME:   PATRICK SEBESTA

APPEAL NO.:     14-15-00452-CR

CITATION TO OPINION:   N/A  S.W. 2d  N/A

HEARING HELD:   NO

FINDINGS & CONCLUSIONS FILED:  FEBRAURY 25, 2019

RECOMMENDATION:   DENY

JUDGE'S NAME:  PATRICK SEBESTA

NAME OF COUNSEL IF APPLICANT IS REPRESENTED:  BRYAN GARRIS

I certify that all applicable requirements of Texas Rule of Appellate Procedure 73.4 have been complied with in this habeas proceeding, including the requirement to serve on all the parties in the case any objections, motions, affidavits, exhibits, proposed findings of fact and conclusions of law, findings of fact and conclusions of law, and any other orders entered or pleadings filed in the habeas case.

/s/ Helen Hall, Deputy Clerk                    Date signed: 4/1/2019

<u>POST CONVICTION HABEAS CORPUS</u>

CAUSE NO. **73841-A**

PETITIONER:    Ryan Antonio Matthews, # 1996221

FROM:       RHONDA BARCHAK, DISTRICT CLERK
            BRAZORIA COUNTY COURTHOUSE
            ANGLETON, TEXAS 77515

JUDGE  PATRICK SEBESTA               239TH DISTRICT COURT

ATTORNEY FOR PETITIONER:             ATTORNEY FOR STATE:

Bryan Garris                         Jeri Yenne
300 Main Street, Suite 300           Criminal District Attorney
Houston, TX  77002                   111 East Locust, Suite 408-A
                                     Angleton, Texas 77515

<u>TABLE OF CONTENTS – VOLUME 9</u>

COVER…………………………………………………………………………    1

WRIT SUMMARY……………………………………………………………….    2

TABLE OF CONTENTS…………………………………………………………    3

COVER SHEET TO STATE'S EXHIBIT 265………………………………………...    4

REPORTER'S RECORD VOLUME 22 IN DISTRICT COURT TRIAL 10-22-15………..    6

CLERK'S CERTIFICATE……………………………………………………….    173

1        REPORTER'S RECORD
         VOLUME 22 OF 29 VOLUMES
2    CAUSE NO. 73841 - COURT OF APPEALS 14-15-00452-CR
     CAUSE NO. JV19869 - COURT OF APPEALS 14-15-00577-CV
3     CAUSE NO. 73575 - COURT OF APPEALS 14-15-00616-CV

4  STATE OF TEXAS              )  IN THE DISTRICT COURT
                               )
5                              )
   VS.                         )  BRAZORIA COUNTY, TEXAS
6                              )
                               )
7                              )
   RYAN ANTONIO MATTHEWS       )  239TH JUDICIAL DISTRICT
8

9

10

11              ------------------------------

12                  **STATE'S EXHIBIT 265**

13              ------------------------------

14

15

16

17       On the 17th day of March, 2015, the following

18  proceedings came on to be heard in the above-entitled

19  and numbered cause before the Honorable Judge Patrick

20  Sebesta, Judge presiding, held in Angleton, Brazoria

21  County, Texas;

22       Proceedings reported by machine shorthand.

23

24

25

```
 1              A P P E A R A N C E S

 2
    FOR THE STATE OF TEXAS:
 3

 4        MR. KURT SISTRUNK (SBOT NO. 18444950)
          MR. TRAVIS TOWNSEND (SBOT NO. 24048843)
 5        Assistant District Attorneys
          Brazoria County Courthouse
 6        111 E. Locust, Suite 408A
          Angleton, Texas 77515
 7        (979) 864-1230

 8

 9

10   FOR THE DEFENDANT RYAN ANTONIO MATTHEWS:

11        MR. TOM STICKLER
          Attorney at Law
12        235 W. Sealy
          Alvin, Texas 77511
13        (281) 331-5288
          SBOT NO. 00794988
14

15        MR. PERRY STEVENS
          Law Office of Perry R. Stevens
16        603 E. Mulberry
          Angleton, Texas  77515
17        (979) 848-1111
          SBOT NO. 00797496
18

19

20

21

22

23

24

25
```

00 008894

1429800



002277554DOT

| | |
|---|---|
| SECURITY FEE | 1.0( |
| MNGMT-PRES | 5.0( |
| RECORDING | 29.0( |
| **TOTAL** | **35.00** |
| FILE # | 8894 |
| | CHECK    35.0( |
| DRAWER-A 1 | |

0001 2127-0000 0095    3/ 6/00  5:54PM MON

Regency Title Company
550 Greens Parkway, Suite 110
Houston, TX 77067
After recording, return to:
Milestone Mortgage Corporation
3200 Wilcrest, Suite 305
Houston, TX 77042-6018
Attn: Post Closing

——— [Space Above This Line For Recording Data] ———

AP# THORNHILL,17065
LN# 077517065

# DEED OF TRUST

# NOTICE: THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

THIS DEED OF TRUST ("Security Instrument") is made on        February 28, 2000
The grantor is  HAROLD B. THORNHILL, JR. and MAVANI J. THORNHILL, HUSBAND AND WIFE

("Borrower"). The trustee is  L. B. HODGES

, whose address is

3200 WILCREST, SUITE 305, HOUSTON, TX 77042-6018
("Trustee"). The beneficiary is  MILESTONE MORTGAGE CORPORATION

which is organized and existing under the laws of TEXAS                                  , and whose
address is 3200 WILCREST #305, HOUSTON, TX 77042-6018
                                    ("Lender"). Borrower owes Lender the principal sum of
One Hundred Fifty Thousand Five Hundred Sixty Five and no/100
                                    Dollars (U.S. $ 150,565.00        ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides
for   monthly   payments,   with   the   full   debt,   if   not   paid   earlier,   due   and   payable   on
        March 1, 2030            . This Security Instrument secures to Lender: (a) the repayment of
the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the
payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security
Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the

**TEXAS**-Single Family-**FNMA/FHLMC UNIFORM**
**INSTRUMENT**            Form 3044 9/90
(VMP) **-6V(TX)** (9709).01MW 09/97   Amended 5/91
Page 1 of 8                   Initials:
VMP MORTGAGE FORMS - (800)521-7291

Regency Title

Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in BRAZORIA County, Texas:

LOT SIXTEEN (16), IN BLOCK ONE (1), OF FINAL PLAT OF SOUTHDOWN, SECTION TEN (10), AN ADDITION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 20, PAGES 255-256, OF THE PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

which has the address of 3206 WORTHINGTON DRIVE, PEARLAND          [Street, City],
Texas          77584          [Zip Code]          ("Property Address");

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal and Interest; Prepayment and Late Charges.** Borrower shall promptly pay when due the principal of and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note.

**2. Funds for Taxes and Insurance.** Subject to applicable law or to a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; (e) yearly mortgage insurance premiums, if any; and (f) any sums payable by Borrower to Lender, in accordance with the provisions of paragraph 8, in lieu of the payment of mortgage insurance premiums. These items are called "Escrow Items." Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. Section 2601 *et seq.* ("RESPA"), unless another law that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is such an institution) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items. Lender may not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. However, Lender may require Borrower to pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless

Initials: _HB_

VMP -6V(TX) (9709).01                    Page 2 of 8                    Form 3044   9/9

000007

## Brazoria CAD

Property Search Results > 514717 THORNHILL HAROLD B JR & MAVANI J for Year 2013

### Property

#### Account

| | | |
|---|---|---|
| Property ID: | 514717 | Legal Description: SOUTHDOWN S/D (A0174-0310-A0510), BLOCK 1, LOT 16 SEC 10, A0510 FB DRAKE |
| Geographic ID: | 7689-1001-016 | Agent Code: |
| Type: | Real | |
| Property Use Code: | | |
| Property Use Description: | | |

#### Location

| | |
|---|---|
| Address: | 3206 WORTHINGTON DR |
| | Mapsco: |
| Neighborhood: | SOUTHDOWN ORIGINAL 1990 AND NEWER Map ID: |
| Neighborhood CD: | S7689.N |

#### Owner

| | | | |
|---|---|---|---|
| Name: | THORNHILL HAROLD B JR & MAVANI J | Owner ID: | 290008 |
| Mailing Address: | 3206 WORTHINGTON DR PEARLAND, TX 77584-7756 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

### Values

| | | |
|---|---|---|
| (+) Improvement Homesite Value: | + | $145,440 |
| (+) Improvement Non-Homesite Value: | + | $0 |
| (+) Land Homesite Value: | + | $21,110 |
| (+) Land Non-Homesite Value: | + | $0 Ag / Timber Use Value |
| (+) Agricultural Market Valuation: | + | $0    $0 |
| (+) Timber Market Valuation: | + | $0    $0 |
| (=) Market Value: | = | $166,550 |
| (–) Ag or Timber Use Value Reduction: | – | $0 |
| (=) Appraised Value: | = | $166,550 |
| (–) HS Cap: | – | $0 |
| (=) Assessed Value: | = | $166,550 |

### Taxing Jurisdiction

Owner:    THORNHILL HAROLD B JR & MAVANI J
% Ownership: 100.0000000000%
Total Value:    $166,550

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| CAD | BRAZORIA COUNTY APPRAISAL DISTRICT | 0.000000 | $166,550 | $166,550 | $0.00 |
| CPL | CITY OF PEARLAND | 0.705100 | $166,550 | $161,550 | $1,139.09 |
| DR4 | BRAZORIA COUNTY DRAINAGE DISTRICT #4 (PEARLAND) | 0.156000 | $166,550 | $133,240 | $207.85 |
| GBC | BRAZORIA COUNTY | 0.425860 | $166,550 | $133,240 | $567.41 |
| RDB | ROAD & BRIDGE FUND | 0.060000 | $166,550 | $130,240 | $78.14 |
| SPL | PEARLAND INDEPENDENT SCHOOL DISTRICT | 1.419400 | $166,550 | $151,550 | $2,151.10 |
| | Total Tax Rate: | 2.766360 | | | |
| | | | | Taxes w/Current Exemptions: | $4,143.59 |
| | | | | Taxes w/o Exemptions: | $4,607.37 |

### Improvement / Building

| Improvement #1: | Residential | State Code: | A1 | Living Area: | 2726.0 sqft | Value: | $145,440 |
|---|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | 5 | R9 | 1999 | 1045.0 |
| MAF2 | MAIN AREA 2ND LEVEL | 5 | | 1999 | 1681.0 |
| OMP | OPEN MASONARY PORCH | 5 | | 1999 | 27.0 |
| BG | BRICK GARAGE | 5 | | 1999 | 716.0 |
| MP | CONCRETE PATIO | 5 | | 1999 | 250.0 |

### Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | S1 | PRIMARY SITE | 0.1385 | 6031.00 | 0.00 | 0.00 | $21,110 | $0 |

### Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2013 | $145,440 | $21,110 | 0 | 166,550 | $0 | $166,550 |
| 2012 | $150,350 | $21,110 | 0 | 171,460 | $0 | $171,460 |
| 2011 | $143,150 | $21,110 | 0 | 164,260 | $0 | $164,260 |

| 2010 | $148,420 | $21,110 | 0 | 169,530 | $0 | $169,530 |
| 2009 | $163,970 | $21,110 | 0 | 185,080 | $0 | $185,080 |
| 2008 | $160,340 | $21,110 | 0 | 181,450 | $0 | $181,450 |
| 2007 | $162,000 | $21,110 | 0 | 183,110 | $0 | $183,110 |
| 2006 | $152,950 | $21,110 | 0 | 174,060 | $0 | $174,060 |
| 2005 | $154,530 | $21,110 | 0 | 175,640 | $0 | $175,640 |
| 2004 | $156,110 | $22,500 | 0 | 178,610 | $0 | $178,610 |
| 2003 | $156,110 | $22,500 | 0 | 178,610 | $0 | $178,610 |
| 2002 | $143,760 | $22,500 | 0 | 166,260 | $0 | $166,260 |
| 2001 | $135,010 | $22,500 | 0 | 157,510 | $0 | $157,510 |

### Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|-----------|------|-------------|---------|---------|--------|------|-------------|
| 1 | 2/28/2000 12:00:00 AM | DV | DEED RETAINING VENDORS LIE | LENNAR HOMES O | THORNHILL HAROI | 00 | 008893 | 0 |
| 2 | 8/20/1999 12:00:00 AM | DV | DEED RETAINING VENDORS LIE | LENNAR HOMES O | CANNON ALAN D 8 | 99 | 041163 | 0 |
| 3 | | OT | OTHER | CANNON ALAN D 8 | LENNAR HOMES O | | | 0 |

000009



Homeowner

**Energy**

Always There.`

QUESTIONS OR COMMENTS?

**CENTERPOINT ENERGY**
PO BOX 2628
HOUSTON TX 77252-2628
Billing & Service:
In Houston Area 713-659-2111
Toll Free       1-800-752-8036
Monday-Friday Call 7 a.m. - 6 p.m.

DID YOU KNOW?

**To report gas leaks**, carbon monoxide and other gas emergencies, please call 1-888-876-5786. We appreciate your understanding that billing inquiries cannot be answered on this line.

**Receive bill reminders** by text or email up to five days before your bill is due and never forget a payment due date. Once you begin, choose "sign up for bill reminders" from the lower right. Sign up today.

**Powering Heroes.** Save $250 off the purchase of a qualifying generator and help Houston-area disabled veterans. Visit CenterPointEnergy.com/ generators for details.

| | |
|---|---|
| Customer name | Mavani Thornhill or Robert Matthew |
| Account number | 4839014-0 |
| Date mailed | 06/27/2013 |
| **Date due** | **07/12/2013** |
| Total amount due | **$ 25.35** |

**ACCT SUMMARY**

| | Gas charges |
|---|---|
| Previous balance | $ 28.59 |
| Payment 06/05/2013 | - 28.59 |
| Balance forward | $0.00 25.35 |
| Current billing | |

| Total amount due | **$25.35** |
|---|---|

**SERVICE ADDRESS**
3206 Worthington Dr
Pearland TX 77584-7756

**YOUR GAS USAGE**                                   Meter # 3799900021344

| 30 Day billing period | 05/21/2013 to | |
|---|---|---|
| Current reading | 06/20/2 | 6883 |
| Previous reading | 05/21/2 | 6871 |
| Metered usage | 1 CCF = 100 cubic feet of | 12 |

**YOUR BILL IN DETAIL**

| | | R-2087 |
|---|---|---|
| Customer charge | | $14.77 |
| Base amount | 12 CCF@ | 0.37 |
| Gas cost adjustment | 12 CCF@ | 8.84 |
| Reimbursement of local franchise fee | | 0.50 |
| Reimbursement of State GRT | | 0.50 |
| City sales tax | 1.50% | 0.37 |

| **Total current charges** | **$25.35** |
|---|---|

Avg daily gas use: This period this yr 0.4 CCF; this period last yr 0.3 CCF                    Avg daily temp: This period this year 83° F; this period last year 82° F.



**CenterPoint.
Energy**

Always There.`

**CENTERPOINT ENERGY**
PO BOX 2628
HOUSTON TX 77252-2628

| Account number | 4839014-0 |
|---|---|
| Date due | **07/12/2013** |
| Total amount due | **$ 25.35** |

**CENTERPOINT ENERGY**
PO BOX 4981
HOUSTON TX 77210-4981

MAVANI THORNHILL OR
ROBERT MATTHEWS
3206 WORTHINGTON DR
PEARLAND TX 77584-7756

000011

LOCATION: 299
TIME STAMP: 09:12:45
DATE STAMP: 07-23-2013

ORGAN DONOR: N
VOTER REGISTRATION: N

RECEIPT NUMBER: 405DLA018662805

RESTRICTION TEXT:
- IF CMV, GOVERNMENT VEHICLES INTERSTATE

ENDORSEMENT TEXT:
PASSENGER
SCHOOL BUS

MAILING ADDRESS:
3206 WORTHINGTON DRIVE
PEARLAND, TX 77584 - 0000

**TEXAS DEPARTMENT OF PUBLIC SAFETY**

TEMPORARY PERMIT VALID UNTIL 09-06-2013



DL/ID/UNL NUMBER: 17209134   CLASS: B   LICENSE TYPE: CDL
RESTRICTION CODE: P   ENDORSEMENT CODE: P , S

NAME:  MATTHEWS,
ROBERT  ANTHONY

ADDRESS:
3206 WORTHINGTON DRIVE
PEARLAND, TX 77584 - 0000

DATE OF BIRTH: 04-29-1962        EXPIRATION DATE: 04-29-2016
SEX: M     HEIGHT: 5' 10"      ISSUANCE DATE: 07-23-2013
EYE COLOR: BRO

SIGNATURE:

EMPLOYEE

- For driver license related questions, please call 512-424-2600 or refer to the DPS website at www.dps.texas.gov or at www.texas.gov.
- Your DL/ID Card will be processed and mailed within 30-60 days.
- You must continue to carry this Temporary Permit until your new card is received.
- For roadside assistance related to the following issues, please call 1-800-525-5555.
  - Stranded with car problems
  - Hazardous road conditions
  - Debris in the roadway

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

Page 1



## RE: REGISTERING STUDENTS IN PEARLAND ISD
# ADMISSIONS AND ATTENDANCE

### *TEC Sec. 25.085.- COMPULSORY SCHOOL ATTENDANCE.*
(a) A child who is required to attend school under this section shall attend school each school day for the entire period the program of instruction is provided.
(b) Unless specifically exempted by Section 25.086, a child who is at least six years of age, or who is younger than six years of age and has previously been enrolled in first grade, and who has not yet reached the child's 18th birthday shall attend school.
(c) On enrollment in pre-kindergarten or kindergarten, a child shall attend school.
If the student is absent from school on ten or more days or parts of days within a six-month period in the same school year or on three or more days or parts of days within a four-week period, the student's parent is subject to prosecution under Education Code 25.093, and the student is subject to prosecution under Education Code 25.094 or to referral to a juvenile court in a county with a population less than 100,000.

### *TEC – Section 25.001(c)(h) PROOF OF RESIDENCE*
(c) The board of trustees of a school district or the board's designee may require evidence that a person is eligible to attend the public schools of the district at the time the board or its designee considers an application for admission of the person. The board of trustees or its designee shall establish minimum proof of residency acceptable to the district. The board or its designee may make reasonable inquires to verify a person's eligibility for admission.
(h) In addition to the penalty provided by Section 37.10.Penal Code, a person who knowingly falsifies information on a form required for enrollment of a student in a school district is liable to the district if the student is not eligible for enrollment in the district but is enrolled on the basis of the false information. The person is liable for the period during which the ineligible student is enrolled, for the greater of:
    1.   The maximum tuition fee the district may charge under Section 25.038; or
    2.   The amount the district has budgeted for each student as maintenance and operating expenses.

### *TEXAS PENAL CODE §37.10. - TAMPERING WITH GOVERNMENTAL RECORD*
(c) (1) Except as provided by Subdivision (2) and by Subsection (d), an offense under this section is a Class A misdemeanor unless the actor's intent is to *defraud* or harm another, in which event the offense is a *state jail felony.*
    (2) An offense under this section is a *felony of the third degree* if it is shown on the trial of the offense that the governmental record was *a public school record*, report, or assessment instrument required under Chapter 39, Education Code, or was a license, certificate, permit, seal, title, letter of patent, or similar document issued by government, by another state, or by the United States, unless the actor's intent is to defraud or harm another, in which event the offense is a felony of the second degree.

### *TEC 25.001(b) -ADMISSIONS*
(b) The board of trustees of a school district or its designee shall admit into the public schools of the district free of tuition a person who is over five and younger than 21 years of age on the first day of September of the school year in which admission is sought, and may admit, if a person who is at least 21 years of age and under 26 years of age for the purpose of completing the requirements for a high school diploma, if

    (1) the person and either parent of the person reside in the school district;
    (2) the person does not reside in the school district but a parent of the person resides in the school district and that parent is a joint managing conservator or the sole managing conservator or possessory conservator of the person;
    (3) the person and the person's guardian or other person having lawful control of the person under a court order reside within the school district;
    (4) the person has established a separate residence under Subsection (d);
    (5) the person is homeless, as defined by 42 U.S.C. Section 11302
    (6) the person is a foreign exchange student placed with a host family that resides in the school district by a nationally recognized foreign exchange program
    (7) the person resides at a residential facility located in the district;
    (8) the person resides in the school district and is 18 years of age or older or the person's disabilities of minority have been removed; or
    (9) the person does not reside in the school district but the grandparent of the person:
        (A) resides in the school district; and
        (B) provides a substantial amount of after-school care for the person as determined by the board.

### *PEARLAND ISD GUIDELINES*
School district personnel in charge of the enrollment procedures reserve the right to require additional documentation when residence verification is in question. These items of additional documentation could include, but are not limited, the following.
1). Observation of the home by a district representative.
2). Visual inspection of the residence by entering the dwelling with permission from the resident. This will be done by the district attendance officer or a district representative. This inspection will verify that the parent(s)/guardian(s) and child(ren) do in fact have a livable dwelling and they do in fact reside there.
3.) Additional mail addressed to the person enrolling the child(ren) may be requested.
4). Verification by landlord.
**<ins>Pearland ISD will withdraw the student and charge $17 per day per student when found ineligible for enrollment.</ins>**

I have read the above TEC Section 25.085., the Texas Penal Code chapter 37.10, TEC Section 25.001(b), TEC Section 25.001(c)(h), and Pearland ISD Guidelines.  I hereby declare that I and my family are in compliance with the residency requirements for Pearland ISD.

_Ryan Matthews_     _7-30-13_              
   Student name         Date          **000013**   Parent or Guardian signature

## Texas Education Agency
### Texas Public School Student/Staff Ethnicity and Race Data Questionnaire

The United States Department of Education (USDE) requires all state and local education institutions to collect data on ethnicity and race for students and staff. This information is used for state and federal accountability reporting as well as for reporting to the Office of Civil Rights (OCR) and the Equal Employment Opportunity Commission (EEOC).

School district staff and parents or guardians of students enrolling in school are requested to provide this information. If you decline to provide this information, please be aware that the USDE requires school districts to use observer identification as a last resort for collecting the data for federal reporting.

Please answer both parts of the following questions on the student's or staff member's ethnicity and race. *United States Federal Register (71 FR 44866)*

   **Part 1. Ethnicity:** Is the person Hispanic/Latino? *(Choose only one)*

☐ **Hispanic/Latino -** A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.

☑ **Not Hispanic/Latino**

   **Part 2. Race:** What is the person's race? *(Choose one or more)*

☐ **American Indian or Alaska Native -** A person having origins in any of the original peoples of North and South America (including Central America), and who maintains a tribal affiliation or community attachment.

☐ **Asian -** A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

☑ **Black or African American -** A person having origins in any of the black racial groups of Africa.

☐ **Native Hawaiian or Other Pacific Islander -** A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

☐ **White -** A person having origins in any of the original peoples of Europe, the Middle East, or North Africa.

_Ryan Matthews_
Student/Staff Name (please print)

_W A. mo___
(Parent/Guardian)/(Staff) Signature

_7.30.2013_
Date

Student/Staff Identification Number

| This space reserved for Local school observer – upon completion and entering data in student software system, file this form in student's permanent folder. | |
|---|---|
| Ethnicity – choose only one: | Race – choose one or more: |
| _____ Hispanic / Latino <br><br> _____ Not Hispanic/Latino | _____ American Indian or Alaska Native <br> _____ Asian <br> _____ Black or African American <br> _____ Native Hawaiian or Other Pacific Islander <br> _____ White |
| Observer signature: | Campus and Date: |

**Texas Education Agency – March 2010**

000014

## Asylee/Refugee Form
## Pearland ISD 2013-2014

Is the enrolling student considered an Unschooled Asylee or Refugee based on the information below (documentation is required)?

Asylee*                                Refugee*

Yes_____            Yes_____

No___✗_____            No___✗_____

"Unschooled asylee or refugee" means a student who:
(1) initially enrolled in a school in the United States as:
(A) an asylee as defined by 45 Code of Federal Regulations, Section 400.41; or
(B) a refugee as defined by 8 United States Code Section 1101;
(2) has a visa issued by the United States Department of State with a Form I-94 Arrival/Departure record, or a successor document, issued by the United States Citizenship and Immigration Services that is stamped with "Asylee," "Refugee," or "Asylum"

Student Name: _Ryan Matthews_____ Grade _11_____

Parent Signature: _____ Date _7-30-13___

*Any form indicating Yes to either question should be given to the Bilingual/ESL Teacher.

000015

**Pearland ISD Migrant Student Survey**

Student name: ~~Albright~~ Ryan Matthews

Address: 3206 Worthington Dr          Phone: (281) 748-3481

Campus: Dawson                        Grade 11     Date 7.30.2013

Your children may qualify for supplemental services in your school district if they meet certain qualifications. To help us, please answer the following questions.

1. Have you or your family moved within the last three (3) years to find seasonal or temporary agricultural work? YES___ NO ✓
   For example:
   A. Picking onions, pecans, cotton, etc., cutting trees.
                                                    YES___ NO ✓
   B. Packing fresh vegetables, fruits, poultry, or mushrooms.
                                                    YES___ NO ✓
   C. Catching or processing fish.
                                                    YES___ NO ✓
2. Did the family cross a school district boundary looking for temporary or seasonal
   work in agricultural or fishing activities?
                                                    YES___ NO ✓

Thank you for your cooperation.

_____          7.30. 2013
Parent Signature                   Date

---

## ENCUESTA PARA MIGRANTES

Nombre de Estudiante: _____

Direccion: _____

Escuela: _____ Telefono: _____

_____ Grado_____ Fecha: _____

Sus niños pueden ser elegibles para servicios educacionales suplementarios en su distrito escolar si tienen cietos requistos. Para ayudarnos, por favor, conteste las siquientes preguntas.

1. Se han cambiado usted o su familia de domicilio en busca de trabajo temporal en la agricultura en los ultimos 3 anos? Si__ No__
   Por ejemplo:
   A. en la cosecha de cebolla, algodon, nuez, etcetera; cortando arboles
                                                    Si___ No___
   B. empacando verduras, frutas, pollo o hongos
                                                    Si___ No___
   C. pescando o procesando pescado
                                                    Si___ No___
2. Se han cambiado de us estado, ciudad, o distrito escolar en busca de trabajo temporal en agricultura o pesca?   Si___ No___

Muchisimas gracias!

_____          _____
Firma del padre o guardian        Fecha

Texas Education Agency requires this form to be completed annually.
Modified on 1/16/2008

000016

## Immigrant Student Status Form

Student Name: _Ryan Matthews_

ID#: _____  DOB: _4. 09. 1997_

Today's Date: _7. 30. 2013_   Immigrant: YES    NO

Enrollment Date: _7. 30. 2013_   Grade: _11_

Birth Country: _USA_   Language: _English_

Partial year (if applicable) _____

Year 1   _2011 - 2012_   School _Pearland HS_

Year 2   _2012 - 2013_   School _Pearland HS_

Year 3   _____   School _____

**Year 4   _____   School _____
**Released from Immigrant Status

Notes: _____
_____
_____
_____
_____
_____

April 2009

000017

ame (Nombre) _Rachel Mulhern___ Date of Birth (Fecha de Nacimiento) 4/5/92

| Date (Fecha) | Vaccine (Vacuna) | Validation (Validación) | Next Dose (Próxima Dosis) |
|---|---|---|---|
| 4-5-92 | Hepatitis B | Hospital | |
| -19-97 | Hepatitis B | | |
| 1-21-97 | Hepatitis B | MMA | |
| | | | |
| 7-27-01 | DTP/DTaP/DT/Td | MacGregor Medical Association | |
| 8/11/08 | DTP/DTaP/DT/Td | Mangitoth, | |
| | DTP/DTaP/DT/Td | | |
| | DTP/DTaP/DT/Td | | |
| | DTP/DTaP/DT/Td | | |
| | | | |
| 6/98 | DTP/Hib | MMA | |
| 1/9/97 | DTP/Hib | mmA | |
| 1/97 | DTP/Hib | mmA | |
| 1/21/97 | DTP/Hib | mmA | |
| | HBV/Hib | | |
| | HBV/Hib | | |
| | HBV/Hib | | |
| | | | |
| 6-19-97 | OPV/IPV | MMA | |
| 1-16-97 | OPV/IPV | MMA | |
| 1-21-97 | OPV/IPV | MMA | |
| 7-27-01 | OPV/IPV | MacGregor Medical Association | |
| | | | |
| 6-18-98 | MMR | MMA | |
| 6-27-01 | MMR | MacGregor Medical Association | |
| | Measles | | |
| | | | |
| 4-1-02 | Varicella | Braz. Co. Health Dept. Dr. Beth Yip, MD #504 | |
| 3-10-07 | Varicella | | |
| PD 7-27-01 | | MacGregor Medical Association | |
| 81-01→8-02-01 | | (NEGATIVE) | |
| 3/10/07 | Hepatitis A | Dr. Beth Yip, MD #504 | |
| 8/11/08 | hepA #2 | Dr. Mangitoth | |
| 8/11/08 | Menactra | D. Mangitoth | |

| TB Test | Date Read | Results | TB Test | Date Read | Results |
|---|---|---|---|---|---|
| TB Test | Date Read | Results | TB Test | Date Read | Results |
| TB Test | Date Read | Results | TB Test | Date Read | Results |

000018

**TB Questionnaire**

Name of Child _RYAD  Matthews_     Date of Birth _4._

Organization administering questionnaire _____ Date _4.9.97_

Tuberculosis (TB) is a disease caused by TB germs and is usually transmitted by an adult person with active TB lung disease. It is spread to another person by coughing or sneezing TB germs into the air. These germs may be breathed in by the child.

Adults who have active TB disease usually have many of the following symptoms: cough for more that two weeks duration, loss of appetite, weight loss of ten or more pounds over a short period of time, fever, chills and night sweats.

A person can have TB germs in his or her body but not have active TB disease (this is called latent TB infection or LTBI).

Tuberculosis is preventable and treatable. TB skin testing (often called the PPD or Mantoux test) is used to see if your child has been infected with TB germs. No vaccine is recommended for use in the United States to prevent tuberculosis. The skin test is not a vaccination against TB.

We need your help to find out if your child has been exposed to tuberculosis.

| Place a mark in the appropriate box: | Yes | No | Don't Know |
|---|---|---|---|
| TB can cause fever of long duration, unexplained weight loss, a bad cough (lasting over two weeks), or coughing up blood. As far as you know: has your child been around anyone with any of these symptoms or problems? or has your child had any of these symptoms or problems? or has your child been around anyone sick with TB? | ✓ | ✓ | |
| Was your child born in Mexico or any other country in Latin America, the Caribbean, Africa, Eastern Europe or Asia? | | ✓ | |
| Has your child traveled in the past year to Mexico or any other country in Latin America, the Caribbean, Africa, Eastern Europe or Asia for longer than 3 weeks?  If so, specify which country/countries? | | ✓ | |
| To your knowledge, has your child spent time (longer than 3 weeks) with anyone who is/has been an intravenous (IV) drug user, HIV-infected, in jail or prison or recently came to the United States from another country? | | ✓ | |

Has your child been tested for TB?    Yes___ (if yes, specify date ___/___/___)    No ✓
Has your child ever had a positive TB skin test?    Yes___ (if yes, specify date ___/___/___)    No ✓

For school/healthcare provider use only
*****************************************************************************************

PPD administered     Yes___     No___
If yes,
Date administered ___/___/___ Date read ___/___/___ Result of PPD test _____ mm response

Type of service provider (i.e. school, Health Steps, other clinics) _____

PPD provider _____     _____
          signature                       printed name

Provider phone number _____

City _____ County _____

If positive, referral to healthcare provider    Yes___      No___

If yes, name of provider _____

EF12-11494 TB Questionnaire for Children (Rev. 08/04)



# USE OF RECORDS BY MILITARY RECRUITERS AND INSTITUTIONS OF HIGHER EDUCATION

Federal law requires that the district release to military recruiters and institutions of higher education, upon request, the name, address and phone number of secondary school students enrolled in the district, unless the parent or eligible student directs the district not to release information to these types of requestors without prior written consent. [See Release of Student Information to Military Recruiters and Institutions of Higher Education for more information.]

☐ I **DO** wish to release directory information to military recruiters.

☑ I **DO NOT** wish to release directory information to military recruiters.

☑ I **DO** wish to release directory information to institutions of higher education.

☐ I **DO NOT** wish to release directory information to institutions of higher education.

_Ryan Matthews_
**Student's Printed Name**

_11_
**Student's Grade Level**

_Dawson Hs_
**Student's School**

_4.9.97_
**Student's Birth date**

_N A mt_
**Parent's Signature**

_7-30-13_
**Date**

000020

# NOTICE TO PARENTS: DIRECTORY INFORMATION
### Public Request for Information

*Certain information about district students is considered directory information and will be released to anyone who follows the procedures for requesting the information unless the parent or guardian objects to the release of the directory information about the student. If you do not want Pearland ISD to disclose directory information from your child's records without your prior written consent, you must notify the district in writing within ten school days of child's first day of instruction for this school year.*
*Failure to return this form is consent to distribute information.*

<u>For all purposes other than school-sponsored purposes</u>: Pearland ISD has designated the following information as directory information:

Student's name                    Degrees, honors and awards received

Address                           Participation in officially recognized activities and sports

Date of birth                     Enrollment status

Major field of study

Grade level

☑ I **DO** give the district permission to use the information in this list in response to a request unrelated to school-sponsored purposes.

☐ I **DO NOT** give the district permission to use the information in this list in response to a request unrelated to school-sponsored purposes.

| | |
|---|---|
| *Ryan Matthews* | *11th* |
| **Student's Printed Name** | **Student's Grade Level** |
| *Dawson* | *4.9.97* |
| **Student's School** | **Student's Birth date** |
| *N A mtt* | *7-30-13* |
| **Parent's Signature** | **Date** |

000021

**NOTICE TO PARENTS:** Releasing Information for School-Sponsored Purposes

*The district often needs to use student information for school sponsored purposes. Some of these include yearbook, award announcements and publication of event photos in local newspapers. For these specific school sponsored purposes the district would like to use your child's name, address, photograph, date of birth, major field of study, degrees, honors, awards, dates of attendance, grade level, participation in officially recognized activities and sports, height and weight of members of athletic teams. This information will not be released without the consent of the parent or eligible student. [See FL(LOCAL)]*

Underline: For school-sponsored purposes, such as newspaper publications of athletic events or student awards and yearbook, Pearland ISD has designated the following information as directory information:

| | |
|---|---|
| Student's name | Degrees, honors and awards received |
| Address | Participation in officially recognized activities and sports |
| Date of birth | Weight and height of members of athletic teams |
| Major field of study | Enrollment status |
| Grade level | |
| Dates of attendance | |
| Photograph | |

☒ **I DO** give the district permission to use the information listed above for school-sponsored purposes.

☐ **I DO NOT** give the district permission to use the information listed above for school-sponsored purposes.

| | |
|---|---|
| *Ryan Matthews* | *11th* |
| **Student's Printed Name** | **Student's Grade Level** |
| *Dawson* | *4.9.97* |
| **Student's School** | **Student's Birth date** |
| *[signature]* | *7-30-13* |
| **Parent's Signature** | **Date** |

000022

**PEARLAND INDEPENDENT SCHOOL DISTRICT**

## *Acceptable Use Policy for Electronic Communications*
## *(For Parents and Students)*

**Student Agreement:**

I have read the *Pearland ISD Acceptable Use Policy for Electronic Communications* and agree to abide by the provisions.

I understand that my use of the Pearland ISD electronic communications system is not private and that Pearland ISD will monitor network activity.

I understand that my violation of any of these provisions may result in suspension or revocation of system access as well as appropriate disciplinary action.

I understand that I am responsible for my personal technology device and will take care to prevent loss, damage, or theft.

Student Name (Please Print) _Ryan Matthews_____ Student ID _____

Campus _Dawson_____ Grade _11th___

Student Signature _____


**Parent Agreement:**

I have read the *Pearland ISD Acceptable Use Policy for Electronic Communications* and agree to abide by the provisions.

I understand that my child's use of the Pearland ISD electronic communications system is not private and that the district will monitor network activity.

I understand that my child's violation of any of these provisions may result in suspension or revocation of system access as well as appropriate disciplinary action.

I understand that personal Wi-Fi enabled devices will have the ability to access network resources. The school district is not responsible for loss, damage, or theft of personal technology devices.

☐ Please check if you as a parent/guardian DO NOT want your child to have Internet access. Use of the computer is still possible for more traditional purposes such as word processing.


_Robert A. Matthews_____
Parent/Guardian Name (Please Print)

_____        _7-30-13_____
Parent/Guardian Signature                              Date

```
ltxatn16.p 22-2                    STUDENT WITHDRAWAL/RECORD TRANSFER FORM         07/30/13        Page:1
05.13.06.00.00-10.2                                                                               8:50 AM
```

850619

**I.**

DISTRICT NAME:       Pearland Independent School Di    CO/DIS/CMP NO:        020-908-001
CAMPUS NAME:         PEARLAND HIGH SCHOOL               PHONE:                2819977445
    ADDRESS:         3775 S Main St
                     Pearland TX 77581-5905             FAX:                  2814121113

LEGAL NAME:
    FIRST NAME:   Ryan              SSN OR ALT ID:   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       CURRENT GRADE LEVEL:              11
    MIDDLE NAME   Antonio           LAST PEIMS ID:   637567833  SUMMER   GRADE(S) OF RETENTION (PK-4): _____
    LAST NAME:    Matthews          LOCAL ID:        MATTHRYA000        GRADE(S) OF RETENTION (5-8): _____
    GENERATION:                     DATE OF BIRTH:   04/05/97
                                    SEX: M           HISPANIC/LATINO: No
                                                     FEDERAL RACE: ,Black

ORIGINAL ENTRY DATE:                             SUSPENSION/REMOVAL:    NONE: _____
LAST WITHDRAWAL DATE     08/25/2013                   EMERGENCY REMOVAL:     _____
WITHDRAWAL CODE:   NS No Show                OUT-OF-SCHOOL SUSPENSION:      _____
PLACED IN GRADE: _____   PROMOTED TO GRADE: _____   ALTERNATIVE PROGRAM:   _____
                                                         EXPULSION:         _____

FREE/REDUCE LUNCH ELIGIBILITY:     NO
OTHER ECONOMIC DISADVANTAGE:       NO

**II.**
                                   SPECIAL PROGRAM INFORMATION
SPECIAL EDUCATION:        NO                    LEP:             NO
  SPEECH THERAPY:         NO                    ESL:             NO
  INSTRUCTIONAL SETTING:                        BILINGUAL:       NO
TITLE I:                                        HOME LANGUAGE:   ENGLISH
GIFTED/TALENTED:          NO                    MIGRANT:         NO
504:                    _____

**III.**
                                   MOST RECENT TAKS TEST RESULTS
EXEMPTIONS:     YES ____ NO ____    MATH SCORE CODE:        MATH SCORE:         MATH MASTERY CODE:
LAST TEST DATE:                    READING SCORE CODE:     READING SCORE:      READING MASTERY CODE:
GRADE LEVEL:                       WRITING SCORE CODE:     WRITING SCORE:      WRITING MASTERY CODE:
TEST LANGUAGE:                     SCIENCE SCORE CODE:     SCIENCE SCORE:      SCIENCE MASTERY CODE:

                                        CURRENT GRADES
PD    SERVICE    COURSE NAME        CREDIT        ABSENCES    WITHDRAWAL   TEACHER
      ID                            TYPE          EX.  UNEX.  GRADE        INITIALS

                                        SIGNATURES
1. _____ DATE_____ (VICE PRIN/        RECORDS REQUESTOR (CIRCLE ONE):
                                           PRINCIPAL)           DISTRICT/PARENT/GUARDIAN/STUDENT
2. _____ DATE_____ (COUNSELOR)       DISTRICT NAME (IF REQUESTOR):

3. _Pam Sw D_____ DATE 7-30-13 (REGISTRAR/            WITHDRAWAL REASON: _moved_
                                           SECRETARY)
ENROLLING IN A PRIVATE SCHOOL IN TEXAS OR A SCHOOL OUTSIDE TEXAS: YES ___ NO _X_   MOVING TO: _DHS_
STUDENT IS LEAVING SCHOOL TO RETURN TO THE HOME COUNTRY: YES ___ NO _X_  DESTINATION: _____
I, _____ AM REQUESTING THIS INFORMATION FOR STUDENT ENROLLMENT
                                        IN _____ (CITY, STATE, OR DISTRICT).
_____ DATE_____ (PARENT/GUARDIAN)

            ADDITIONAL SIGNATURES
1  _____    (NURSE)
2  _____    (LIBRARIAN)
3  _____    (TEXTBOOK COORDINATOR)
4  _____    (CAFETERIA MANAGER)

PEARLAND ISD

# WITHDRAWAL AUTHORIZATION

**Please Print**

Date 7/30/13    Student's Name. RYAN MATTHEWS    Campus # PHS    Grade 11

PEIMS ID 850619    Date of Birth: 4-5-97

Parent/Guardian Name: Robert A. Matthews    Relationship to Student: Father

Address while attending PISD 3211 LEE CIRCLE

Reason for Withdrawal: MOVING

New Address 3206 WORTHINGTON DR

New School: DAWSON    School Address:

Counselor Signature: _____

Parent/Guardian/Adult Student Signature: _____

----- Select the proper category, enter the code on the line and indicate documentation attached -----

**Office Use Only**

**Leaver Code: (Circle one)**

_____ Student has completed high school program (01*,19*,31*,63*,64*)
　　　_____ copy of transcript indicating graduation
　　　_____ copy of GED certificate
　　　_____ written documentation from GED program/testing company
_____ Student has moved to other educational setting (16*, 21*, 22*, 24*, 30*, 60*, 61*, 80*, 81*, 82*)
　　IF STUDENT HAS BEEN IN NON-ATTENDANCE FOR MORE THAN 10 DAYS, INTENT IS NOT ENOUGH. NO SHOWS
　　WOULD HAVE HAD TO PROVIDE INFORMATION WHEN SCHOOL DISMISSED IN THE SPRING FOR INTENT
　　　_____ records request for another qualified educational program (name) _____
　　　_____ written documentation from another program _____
　　　_X_ written documentation from circle one: Parent or Guardian or Adult Student or School Official
　　　_____ documented oral communication/telephone call (program name) _____
　　　_____ court order to another program (name) _____
　　　_____ Home School Form
_____ Student was withdrawn by district (78*,79,83*)
　　　_____ due process documentation supporting the withdrawal or expulsion
　　　_____ signed statement by attendance officer or designated school official
_____ Student withdrew/left due to academic performance (14,84)
_____ Student withdrew/left due to job related concerns (02,04)
_____ Student withdrew/left due to family related concerns (08,09,15)
_____ Student withdrew/left due to other concerns (03*,10,16*,30*,61*,99)
　　　_____ signed or oral statement by circle one: Parent or Guardian or Adult Student or School Official
　　　_____ written statement from student/parent documenting reason
　　　_____ documentation of oral statement/telephone call with the student/parent stating reason
　　　_____ copy of death certificate/obituary (03 - death of student)
　　　_____ due process documentation supporting withdrawal (66 - CPS withdrawal)
　　　_____ intent (at the time) or documentation of admittance (30 - entering health facility)
　　　_____ other (99)

Oral Statement Documentation: _____

Phone # _____    Date Called _____

Spoke with _____    Title or relationship to student _____

Comments _____

I verify that the above and attached information is accurate and properly documented

Signature of authorized representative of the District Superintendent    Date 7/30/13

000025

**Sullivan, Pamela**

| | |
|---|---|
| **From:** | Tenorio, Diane |
| **Sent:** | Tuesday, July 30, 2013 7:41 AM |
| **To:** | Ray, Sheila; Sullivan, Pamela |
| **Subject:** | Ryan Matthews |

Hi ladies,

Ryan Matthews' father is here to enroll him.   Apparently they moved over the summer.  Does he need to come see you to withdraw him first?

*Diane Tenorio*

*Registrar Assistant*

*Dawson High School*

*281 412-8814 (phone)*

*281 412-8892 (fax)*

**TEXAS DEPARTMENT OF PUBLIC SAFETY**

TEMPORARY PERMIT VALID UNTIL 09-06-2013

LOCATION: 299
TIME STAMP: 09:12:45
DATE STAMP: 07-23-2013

ORGAN DONOR: **N**
VOTER REGISTRATION: **N**

**RECEIPT NUMBER: 405DLA018662805**

RESTRICTION TEXT:
IF CMV, GOVERNMENT VEHICLES INTERSTATE

ENDORSEMENT TEXT:
PASSENGER
SCHOOL BUS

MAILING ADDRESS:
3206 WORTHINGTON DRIVE
PEARLAND, TX  77584   - 0000



DL/ID/UNL NUMBER: **17209134**   CLASS: **B**   LICENSE TYPE: **CDL**
RESTRICTION CODE: **P**   ENDORSEMENT CODE: **P , S**

NAME: **MATTHEWS,**
**ROBERT  ANTHONY**

ADDRESS:
**3206 WORTHINGTON DRIVE**
**PEARLAND, TX  77584   - 0000**

DATE OF BIRTH: 04-29-1982       EXPIRATION DATE: 04-29-2016
SEX: M      HEIGHT:  5' 10"       ISSUANCE DATE: 07-23-2013
EYE COLOR: BRO

SIGNATURE: _____

EMPLOYEE _____

---

- For driver license related questions, please call 512-424-2600 or refer to the DPS website at www.dps.texas.gov or at www.texas.gov.
- Your DL/ID Card will be processed and mailed within 30-60 days.
- You must continue to carry this Temporary Permit until your new card is received.
- For roadside assistance related to the following issues, please call 1-800-525-5555.
  - Stranded with car problems
  - Hazardous road conditions
  - Debris in the roadway

**Name:** MATTHEWS, RYAN A    **Year:** 2011   **Grade:** 9   **School Code:** 449486   **Optional Code:**    **School Copy**

## PSAT/NMSQT®
Score Report *Plus*

| **Critical Reading** | **Mathematics** | **Writing Skills** |
|---|---|---|

## Your Scores

**Section Scores** Also see your projected SAT® scores at www.collegeboard.org/quickstart.

**Score Range** Scores in this range are similar to yours.

**Percentile** The percentage of test-takers who scored below your score.



**33**

20 ——— 80
29 to 37

You scored higher than **15%** of sophomores.



**35**

20 ——— 80
31 to 39

You scored higher than **21%** of sophomores.



**43**

20 ——— 80
39 to 47

You scored higher than **58%** of sophomores.

---

### National Merit Scholarship Corporation

National Merit Scholarship Corporation (NMSC) uses a Selection Index based on PSAT/NMSQT® scores as an initial screen of over 1.5 million students who enter its scholarship programs. (See reverse for more information.)

**Your Selection Index**
Sum of scores in critical reading, mathematics and writing skills.
**111\***

**Percentile**
Compares your performance with college-bound juniors.
**16**

**Entry Requirements**
(Information you provided on your answer sheet.)

High school student:
**YES**

U.S. citizenship:
**YES**

Year to complete high school and enroll full-time in college:
**2014 +**

Years to be spent in grades 9–12:
**1**

**Eligibility Information**
\*The asterisk (\*) next to your Selection Index means you **do not** meet entry requirements for NMSC's 2013 programs. See your responses to entry items to the left and further information on the reverse side.

**NOTE:** Students leaving high school and entering college in 2014 or later must take the PSAT/NMSQT again in their 3rd year (junior year) of grades 9-12 to enter NMSC programs.

---

## Your Skills

These skill categories can help you understand your score and focus your study efforts before you take the SAT.

To learn more about your skills and review suggestions for improvement based on your test performance, visit **www.collegeboard.org/quickstart** and sign in using your code below.

**Online Access Code**

A19240447T

**Determining the Meaning of Words**
4 of **17** questions correct (**2** omitted)

**Author's Craft: Style, Tone & Technique**
2 of **9** questions correct (**3** omitted)

**Reasoning & Inference**
1 of **5** questions correct (**4** omitted)

**Organization & Ideas**
2 of **9** questions correct (**4** omitted)

**Number & Operations**
3 of **9** questions correct (**3** omitted)

**Algebra & Functions**
1 of **14** questions correct (**8** omitted)

**Geometry & Measurement**
4 of **11** questions correct (**3** omitted)

**Data, Statistics & Probability**
_ of _ questions correct (**2** omitted)

**Grammatical Relationships between Words**
7 of **15** questions correct (**0** omitted)

**Words & Phrases Used to Modify or Compare**
4 of **8** questions correct (**0** omitted)

**Phrases & Clauses**
3 of **6** questions correct (**0** omitted)

**Correctly Formed Sentences**
3 of **5** questions correct (**0** omitted)

000028

# Your Answers

See test questions and review explanations of the answers at **www.collegeboard.org/quickstart**.

You can also ask your counselor for a copy of your test book back so you can review the questions.

## Key

| | |
|---|---|
| ✓ Correct | e Easy |
| o Omitted | m Medium |
| u Unscorable | h Hard |

## Scoring

- Correct answer = PLUS 1 POINT.
- Omitted answers = 0 POINTS.
- Wrong answers to multiple-choice questions = MINUS 1/4 POINT.
- Wrong answers to math questions 29–38 = NO LOST POINTS.
- Points are totaled, then converted to scores on the 20–80 scale.

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 1 | B | ✓ | e |
| 2 | B | ✓ | e |
| 3 | D | B | e |
| 4 | C | A | e |
| 5 | A | C | m |
| 6 | D | o | h |
| 7 | D | C | h |
| 8 | C | D | h |
| 9 | C | A | h |
| 10 | A | o | m |
| 11 | B | o | h |
| 12 | E | A | h |
| 13 | C | D | m |
| 14 | A | ✓ | m |
| 15 | C | E | h |
| 16 | E | C | m |
| 17 | A | B | m |
| 18 | D | B | m |
| 19 | A | ✓ | e |
| 20 | C | o | m |
| 21 | E | o | m |
| 22 | A | ✓ | h |
| 23 | B | o | m |
| 24 | B | o | m |

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 25 | C | ✓ | e |
| 26 | B | E | e |
| 27 | A | C | e |
| 28 | D | B | h |
| 29 | D | B | h |
| 30 | D | E | m |
| 31 | B | ✓ | m |
| 32 | B | E | m |
| 33 | C | ✓ | m |
| 34 | A | o | h |
| 35 | E | o | m |
| 36 | D | o | m |
| 37 | C | o | m |
| 38 | B | ✓ | m |
| 39 | E | o | m |
| 40 | C | o | m |
| 41 | D | ✓ | e |
| 42 | B | o | m |
| 43 | A | o | m |
| 44 | E | o | m |
| 45 | B | o | h |
| 46 | D | o | m |
| 47 | C | o | m |
| 48 | D | o | h |

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 1 | E | ✓ | e |
| 2 | A | ✓ | e |
| 3 | E | A | e |
| 4 | C | B | e |
| 5 | B | C | e |
| 6 | D | o | e |
| 7 | D | ✓ | e |
| 8 | C | o | m |
| 9 | A | E | m |
| 10 | A | B | m |
| 11 | D | ✓ | m |
| 12 | B | C | m |
| 13 | D | o | m |
| 14 | A | o | m |

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 15 | C | E | h |
| 16 | E | o | h |
| 17 | B | o | h |
| 18 | E | o | h |
| 19 | C | o | h |
| 20 | A | ✓ | h |
| 21 | C | B | h |
| 22 | A | ✓ | e |
| 23 | E | B | m |
| 24 | C | D | m |
| 25 | C | E | e |
| 26 | D | A | m |
| 27 | B | o | h |
| 28 | E | o | h |

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 29 | 4, 5 or 6 | o | m |
| 30 | 220 | ✓ | m |
| 31 | 9/10 or .9 | .50 | m |
| 32 | 15 | ✓ | m |
| 33 | 11/2 or 5.5 | o | h |
| 34 | 134 | o | h |
| 35 | 15 | o | h |
| 36 | 7.2 or 36/5 | 5 | h |
| 37 | 1360 | o | h |
| 38 | 35 | o | h |

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 1 | C | ✓ | e |
| 2 | E | ✓ | e |
| 3 | D | ✓ | e |
| 4 | B | ✓ | e |
| 5 | D | ✓ | e |
| 6 | B | ✓ | m |
| 7 | B | E | e |
| 8 | B | E | e |
| 9 | C | ✓ | m |
| 10 | A | B | e |
| 11 | C | ✓ | m |
| 12 | C | A | m |
| 13 | E | ✓ | m |
| 14 | E | ✓ | m |
| 15 | A | ✓ | m |
| 16 | E | B | h |
| 17 | E | ✓ | m |
| 18 | E | D | h |
| 19 | D | A | h |
| 20 | C | A | h |

| Question | Correct Answer | Your Answer | Difficulty |
|---|---|---|---|
| 21 | C | E | e |
| 22 | D | ✓ | e |
| 23 | E | ✓ | e |
| 24 | B | ✓ | e |
| 25 | D | E | m |
| 26 | B | ✓ | m |
| 27 | A | E | m |
| 28 | A | E | h |
| 29 | C | E | h |
| 30 | A | E | h |
| 31 | B | C | h |
| 32 | B | E | h |
| 33 | D | B | h |
| 34 | E | A | h |
| 35 | C | ✓ | h |
| 36 | A | o | m |
| 37 | B | ✓ | m |
| 38 | B | A | m |
| 39 | E | o | m |



Find out why you missed questions. www.collegeboard.org/quickstart

# Next Steps

Go online to see your projected SAT scores, learn how to improve them, and find critical college and career planning information.

On test day, you told us that you're interested in

**Sport/Fitness Administration**

To learn more about college majors, visit My College QuickStart™. There you can also:
- Learn about related careers
- Search for colleges
- Take a personality test

Take the next step today! Go to **www.collegeboard.org/quickstart** and sign in using your code below.

**Online Access Code**

A19240447T



# PEARLAND INDEPENDENT SCHOOL DISTRICT
## PEARLAND JUNIOR HIGH WEST
### Report Card - Marking Period 6

2337 N Galveston Ave
Pearland, TX 77581
(281) 412-1222
**Pam Wilson, Principal**

| Student Name | Grade | Gender | Advisor | Homeroom | School Year | Marking Period |
|---|---|---|---|---|---|---|
| Ryan Matthews | 8 | M | Ricks | Lloyd-108 | 2011 | 6 |

| SUBJECT | | MP1 | | MP2 | | MP3 6 Wks | Exam | Sem | MP4 | | MP5 | | MP6 6 Wks | Exam | Sem | Fin | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCIENCE 8 | | 89 | B | 83 | B | 84 B | 84 | 85 B | 80 | B | 87 | B | 94 A | 82 | 86 | B | 86 B | |
| Lee | Absences | 0 | | 0 | | 0 | | | 0 | | 4 | | 0 | | | | | |
| | Conduct | E | | E | | E | | | E | | S | | S | | | | | |
| READING 8 | | 87 | B | 81 | B | 79 C | 82 | 82 B | 77 | C | 90 | A | 87 B | 74 | 83 | B | 83 B | |
| Davis | Absences | 0 | | 0 | | 0 | | | 0 | | 4 | | 0 | | | | | |
| | Conduct | S | | S | | S | | | N | | N | | S | | | | | |
| ENGLISH 8 | | 94 | A | 90 | A | 93 A | 92 | 92 A | 89 | B | 93 | A | 87 B | 87 | 89 | B | 91 A | |
| Vela | Absences | 0 | | 0 | | 0 | | | 0 | | 4 | | 0 | | | | | |
| | Conduct | S | | S | | N | | | S | | S | | S | | | | | |
| MATH 8 | | 82 | B | 80 | B | 83 B | 80 | 81 B | 77 | C | 86 | B | 93 A | 85 | 85 | B | 83 B | |
| Aimone | Absences | 0 | | 0 | | 0 | | | 0 | | 4 | | 0 | | | | | |
| | Conduct | S | | S | | S | | | S | | S | | S | | | | | |
| US HISTORY 8 | | 84 | B | 87 | B | 90 A | '70 | 85 B | 89 | B | 85 | B | 89 B | 80 | 87 | B | 86 B | |
| White | Absences | 0 | | 0 | | 0 | | | 0 | | 4 | | 0 | | | | | |
| | Conduct | E | | E | | E | | | E | | E | | E | | | | | |
| ART I 8 | | 80 | B | 90 | A | 92 A | 90 | 88 B | | | | | | | | | | |
| Lyden | Absences | 0 | | 0 | | 0 | | | | | | | | | | | | |
| | Conduct | S | | S | | S | | | | | | | | | | | | |
| EXPL VID TECH 8 | | | | | | | | | 99 | A | 99 | A | 96 A | 100 | 98 | A | | |
| Crisp | Absences | | | | | | | | 0 | | 4 | | 0 | | | | | |
| | Conduct | | | | | | | | S | | S | | S | | | | | |
| ATHLETICS BOYS 8 | | 100 | A | 100 | A | 100 A | 100 | 100 A | 100 | A | 100 | A | 100 A | 100 | 100 | A | 100A | |
| Mikeska | Absences | 0 | | 0 | | 0 | | | 0 | | 4 | | 0 | | | | | |
| | Conduct | E | | E | | E | | | E | | E | | E | | | | | |

A = 90 - 100    E = Excellent
B = 80 - 89    S = Satisfactory
C = 75 - 79    N = Needs Improvement
D = 70 - 74    U = Unsatisfactory
F = Below 70
N = Denied Credit

To obtain credit for a class, a student must attend at least 90% of the days the class is offered. If you have any questions or wish to schedule a conference with a teacher or counselor, please call 281.485.3203. (Sec. 8.27 or SB7)

*Date Printed:6/6/2011 for Marking Period 6*

**Online Registration is coming in late July - check the Back-to-School page on our District website for more information!**

**TAKS** **Grade 8**

## Texas Assessment of Knowledge and Skills
### Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** *****7833

| | |
|---|---|
| **Report Date:** JULY 2011 | **District:** 020-908 PEARLAND ISD |
| **Date of Testing:** JUNE 2011 | **Campus:** 042 PEARLAND J H WEST |

**Local Student ID:** 850619
**Class Group:** WILSON

### Reading

|  | ITEMS Correct | Tested |
|---|---|---|
| 1. Basic Understanding . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 2. Applying Knowledge of Literary Elements . . . . . . . | | |
| 3. Using Strategies to Analyze . . . . . . . . . . . . . . . . . . . | | |
| 4. Applying Critical-Thinking Skills. . . . . . . . . . . . . . . | | |

NOT SCORED
PREVIOUSLY MET STANDARD

**TOTAL**

E-244  E-300   E-400   E-500   E-600   E-700   E-800   E-900   E-1003
Standard: Scale Score of E-700
Commended Performance: Scale Score of E-850

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | JUNE 2011 | PREVIOUSLY MET STANDARD | | |
| | 8 | MAY 2011 | PREVIOUSLY MET STANDARD | | |
| | 8 | APRIL 2011 | E- 790 | YES | NO |

### Mathematics

|  | ITEMS Correct | Tested |
|---|---|---|
| 1. Numbers, Operations, and Quantitative Reasoning . . . . . . . . . . . . . . . . . . . . . | 7 | 10 |
| 2. Patterns, Relationships, and Algebraic Reasoning . . . . . . . . . . . . . . . . . . . . . . . | 7 | 10 |
| 3. Geometry and Spatial Reasoning . . . . . . . . . . . . . . . | 6 | 7 |
| 4. Concepts and Uses of Measurement . . . . . . . . . . . . | 4 | 5 |
| 5. Probability and Statistics . . . . . . . . . . . . . . . . . . . . . | 5 | 8 |
| 6. Mathematical Processes and Tools . . . . . . . . . . . . . | 10 | 10 |

**TOTAL** 39 50

Student's Scale Score — E- 769

E-324   E-400   E-500   E-600   E-700   E-800   E-900   E-1023
Standard: Scale Score of E- 700
Commended Performance: Scale Score of E- 850

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | JUNE 2011 | E- 769 | YES | NO |
| | 8 | MAY 2011 | E- 690 | NO | NO |
| | 8 | APRIL 2011 | E- 691 | NO | NO |

### Social Studies

**Social Studies Test
was Administered
on April 29, 2011**

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | APRIL 2011 | 2276 | YES | NO |

### Science

**Science Test
was Administered
on April 28, 2011**

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | APRIL 2011 | 1994 | NO | NO |

000031

To view your child's scores online, go to: http://www.[...]ment.com/students. The Unique Access Code is 2J73VX.
For more information about the TAKS tests, contact your child's school.



**TAKS**   Grade 8

# Texas Assessment of Knowledge and Skills
## Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** *****7833

**Report Date:** JULY 2011
**Date of Testing:** JUNE 2011

**District:** 020-908 PEARLAND ISD
**Campus:** 042 PEARLAND J H WEST

**Local Student ID:** 850619
**Class Group:** WILSON

## Reading

ITEMS: Correct / Tested

1. Basic Understanding . . . . . . . . . . . . . . . . . . . . . . . . .

2. Applying Knowledge of Literary Elements . . . . . . .

3. Using Strategies to Analyze . . . . . . . . . . . . . . . . . . .

4. Applying Critical-Thinking Skills. . . . . . . . . . . . . . .

NOT SCORED
PREVIOUSLY MET STANDARD

TOTAL

E-244  E-300   E-400   E-500   E-600   E-700   E-800   E-900   E-1003
Standard: Scale Score of E-700
Commended Performance: Scale Score of E-850

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|----------------------|
| | 8 | JUNE 2011 | PREVIOUSLY MET STANDARD | | |
| | 8 | MAY 2011 | PREVIOUSLY MET STANDARD | | |
| | 8 | APRIL 2011 | E-790 | YES | NO |

## Mathematics

ITEMS: Correct / Tested

| | Correct | Tested |
|---|---------|--------|
| 1. Numbers, Operations, and Quantitative Reasoning | 7 | 10 |
| 2. Patterns, Relationships, and Algebraic Reasoning | 7 | 10 |
| 3. Geometry and Spatial Reasoning | 6 | 7 |
| 4. Concepts and Uses of Measurement | 4 | 5 |
| 5. Probability and Statistics | 5 | 8 |
| 6. Mathematical Processes and Tools | 10 | 10 |
| TOTAL | 39 | 50 |

Student's Scale Score — E-769



E-324  E-400   E-500   E-600   E-700   E-800   E-900   E-1023
Standard: Scale Score of E-700
Commended Performance: Scale Score of E-850

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|----------------------|
| | 8 | JUNE 2011 | E-769 | YES | NO |
| | 8 | MAY 2011 | E-690 | NO | NO |
| | 8 | APRIL 2011 | E-691 | NO | NO |

## Social Studies

### Social Studies Test was Administered on April 29, 2011

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|----------------------|
| | 8 | APRIL 2011 | 2276 | YES | NO |

## Science

### Science Test was Administered on April 28, 2011

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|----------------------|
| | 8 | APRIL 2011 | 1994 | NO | NO |

To view your child's scores online, go to: http://www._____.com/students, The Unique Access Code is 2J73VX.
For more information about the TAKS tests, contact your child's school.

000032

Print # 1-02049-021

**TAKS**  *Grade 8*

# Texas Assessment of Knowledge and Skills
## Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** *****7833

| | |
|---|---|
| **Report Date:** JUNE 2011<br>**Date of Testing:** MAY 2011 | **District:** 020-908 PEARLAND ISD<br>**Campus:** 042 PEARLAND J H WEST |

**Local Student ID:** 850619
**Class Group:** P WILSON

## Reading

| | ITEMS | |
|---|---|---|
| | Correct | Tested |
| 1. Basic Understanding . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 2. Applying Knowledge of Literary Elements . . . . . . . | | |
| 3. Using Strategies to Analyze . . . . . . . . . . . . . . . . . . . . | | |
| 4. Applying Critical-Thinking Skills. . . . . . . . . . . . . . . | | |

NOT SCORED
PREVIOUSLY MET STANDARD

TOTAL

E-245  E-300    E-400    E-500    E-600    E-700    E-800    E-900    E-1002

Standard: Scale Score of E- 700
Commended Performance: Scale Score of E- 850

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | MAY 2011 | PREVIOUSLY MET STANDARD | | |
| | 8 | APRIL 2011 | E- 790 | YES | NO |

## Mathematics

| | ITEMS | |
|---|---|---|
| | Correct | Tested |
| 1. Numbers, Operations, and Quantitative Reasoning . . . . . . . . . . . . . . . . . . . . . | 4 | 10 |
| 2. Patterns, Relationships, and Algebraic Reasoning . . . . . . . . . . . . . . . . . . . . . . . | 6 | 10 |
| 3. Geometry and Spatial Reasoning . . . . . . . . . . . . . . | 4 | 7 |
| 4. Concepts and Uses of Measurement . . . . . . . . . . . | 4 | 5 |
| 5. Probability and Statistics . . . . . . . . . . . . . . . . . . . . . | 5 | 8 |
| 6. Mathematical Processes and Tools . . . . . . . . . . . . . . | 5 | 10 |
| TOTAL | 28 | 50 |

Student's Scale Score — E- 690

E-324  E-400    E-500    E-600    E-700    E-800    E-900    E-1021

Standard: Scale Score of E- 700
Commended Performance: Scale Score of E- 850

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | MAY 2011 | E- 690 | NO | NO |
| | 8 | APRIL 2011 | E- 691 | NO | NO |

## Social Studies

**Social Studies Test
was Administered
on April 29, 2011**

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | APRIL 2011 | 2276 | YES | NO |

## Science

**Science Test
was Administered
on April 28, 2011**

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | APRIL 2011 | 1994 | NO | NO |

| | |
|---|---|
| Document # 5319-04412 | To view your child's scores online, go to: http://www._____.com/students. The Unique Access Code is 2J73VX.<br>For more information about the TAKS tests, contact your child's school. |

000033

Print # 2-04053-193



**Grade 8**

# Texas Assessment of Knowledge and Skills
## Confidential Student Report

Name: RYAN A. MATTHEWS
Date of Birth: 04/05/97
Student ID (PEIMS): *****7833

| Report Date: | MAY 2011 | District: | 020-908 PEARLAND ISD | Local Student ID: | 850619 |
| Date of Testing: | APRIL 2011 | Campus: | 042 PEARLAND J H WEST | Class Group: | P WILSON |

## Reading

### Reading Test
### was Administered
### on April 5, 2011

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|------------------------|
| | 8 | APRIL 2011 | E- 790 | YES | NO |

## Mathematics

### Mathematics Test
### was Administered
### on April 4, 2011

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|------------------------|
| | 8 | APRIL 2011 | E- 691 | NO | NO |

## Social Studies

| | ITEMS Correct | Tested |
|---|---|---|
| 1. Issues and Events in U.S. History | 9 | 13 |
| 2. Geographic Influences on History | 5 | 6 |
| 3. Economic and Social Influences on History | 6 | 9 |
| 4. Political Influences on History | 7 | 12 |
| 5. Critical-Thinking Skills | 7 | 8 |
| **TOTAL** | **34** | **48** |

Student's Scale Score — 2276

1389  1500  1700  1900  2100  2300  2500  2700  2868

Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|------------------------|
| | 8 | APRIL 2011 | 2276 | YES | NO |

## Science

| | ITEMS Correct | Tested |
|---|---|---|
| 1. Nature of Science | 9 | 14 |
| 2. Living Systems and the Environment | 7 | 12 |
| 3. Structures and Properties of Matter | 3 | 6 |
| 4. Motion, Forces, and Energy | 4 | 6 |
| 5. Earth and Space Systems | 5 | 12 |
| **TOTAL** | **28** | **50** |

Student's Scale Score — 1994

845  1000  1200  1400  1600  1800  2000  2200  2400  2600  2800  3025

Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|------------------------|
| | 8 | APRIL 2011 | 1994 | NO | NO |

| Document # 9260-07416 | To view your child's scores online, go to: http://www.TexasAssessment.com/students. The Unique Access Code is 2J73VX. For more information about the TAKS, contact your child's school. | Print # 2-07483-195 |

000034

**TAKS** Grade 8

# Texas Assessment of Knowledge and Skills
## Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** *****7833

**Report Date:** APRIL 2011
**Date of Testing:** APRIL 2011

**District:** 020-908 PEARLAND ISD
**Campus:** 042 PEARLAND J H WEST

**Local Student ID:** 850619
**Class Group:** PAM WILSON

## Reading

| | Correct | Tested |
|---|---|---|
| 1. Basic Understanding | 12 | 12 |
| 2. Applying Knowledge of Literary Elements | 7 | 10 |
| 3. Using Strategies to Analyze | 9 | 10 |
| 4. Applying Critical-Thinking Skills | 15 | 16 |
| **TOTAL** | 43 | 48 |

Student's Scale Score — E- 790

E- 245  E- 300    E- 400    E- 500    E- 600    E- 700    E- 800    E- 991

Standard: Scale Score of E- 700
Commended Performance: Scale Score of E- 850

**Lexile Measure:** 1185L

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | APRIL 2011 | E- 790 | YES | NO |

## Mathematics

| | Correct | Tested |
|---|---|---|
| 1. Numbers, Operations, and Quantitative Reasoning | 5 | 10 |
| 2. Patterns, Relationships, and Algebraic Reasoning | 6 | 10 |
| 3. Geometry and Spatial Reasoning | 5 | 7 |
| 4. Concepts and Uses of Measurement | 3 | 5 |
| 5. Probability and Statistics | 4 | 8 |
| 6. Mathematical Processes and Tools | 5 | 10 |
| **TOTAL** | 28 | 50 |

Student's Scale Score — E- 691

E- 320    E- 400    E- 500    E- 600    E- 700    E- 800    E- 900    E-1025

Standard: Scale Score of E- 700
Commended Performance: Scale Score of E- 850

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 8 | APRIL 2011 | E- 691 | NO | NO |

## Social Studies

**Social Studies Test
to be Administered
on April 29, 2011**

## Science

**Science Test
to be Administered
on April 28, 2011**

---

Document # 5119-02879

To view your child's scores online, go to: http://www.TexasAssessment.com/students. The Unique Access Code is 2J73VX.
For more information about the TAKS, please contact your child's school.

Print # 1-22281-087

000035

# Pearland Independent School District
## PEARLAND JUNIOR HIGH WEST CAMPUS
### 2337 N. Galveston
### Pearland, TX 77581
#### PH-281-412-1222 / FAX-281-412-1228
*Accredited by the Texas Education Agency*

| Key to Grades | |
|---|---|
| A=90-100 | B=80-89 |
| C=75-79 | D=70-74 |

**ENTRY DATE**

**WITHDRAWAL DATE**

Matthews, Ryan Antonio
637567833
850619
04/05/1997
Bla



10-11

Ryan
Matthews

Matthews, Ryan
850619

| | S1 | S2 | FIN | |
|---|---|---|---|---|
| ENGLISH 8 | 92 | 89 | 91 | 2015-08 |
| ART I 8 | 88 | | | 10-11 |
| MATH 8 | 81 | 85 | 83 | |
| ATHL BOYS 8 | 100 | 100 | 100 | |
| READING 8 | 82 | 83 | 83 | |
| SCIENCE 8 | 85 | 86 | 86 | |
| US HISTORY 8 | 85 | 87 | 86 | |
| EXPL VID TECH 8 | | 98 | | |

MBR DAYS 177.0
4.0E    0.0U    0T

Campus ID:
042
Campus Name:
**Pearland Junior High West**

## TEST RESULTS

---

CONFIDENTIAL                                      G R A D E

STUDENT: **MATTHEWS RYAN A**
STUDENT-ID (PEIMS): **637567833**   DOB: **04/05/97**
DISTRICT: **020-908 PEARLAND ISD**
CAMPUS: **042 PEARLAND J H WEST**                    8

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | 04/11 | E- 790 | YES | NO |
| Math | | 04/11 | E- 691 | NO | NO |
| Soc. Studies | | To Be Administered April 2011 | | | |
| Science | | To Be Administered April 2011 | | | |

---

CONFIDENTIAL                                      G R A D E

STUDENT: **MATTHEWS RYAN A**
STUDENT-ID (PEIMS): **637567833**   DOB: **04/05/97**
DISTRICT: **020-908 PEARLAND ISD**
CAMPUS: **042 PEARLAND J H WEST**                    8

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | 05/11 | PREVIOUSLY MET STANDARD | | |
| Reading | | 04/11 | E- 790 | YES | NO |
| Math | | 05/11 | E- 690 | NO | NO |
| Math | | 04/11 | E- 691 | NO | NO |
| Soc. Studies | | 04/11 | 2276 | YES | NO |
| Science | | 04/11 | 1994 | NO | NO |

---

CONFIDENTIAL                                      G R A D E

STUDENT: **MATTHEWS RYAN A**
STUDENT-ID (PEIMS): **637567833**   DOB: **04/05/97**
DISTRICT: **020-908 PEARLAND ISD**
CAMPUS: **042 PEARLAND J H WEST**                    8

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | 04/11 | E- 790 | YES | NO |
| Math | | 04/11 | E- 691 | NO | NO |
| Soc. Studies | | 04/11 | 2276 | YES | NO |
| Science | | 04/11 | 1994 | NO | NO |

---

CONFIDENTIAL                                      G R A D E

STUDENT: **MATTHEWS RYAN A**
STUDENT-ID (PEIMS): **637567833**   DOB: **04/05/97**
DISTRICT: **020-908 PEARLAND ISD**
CAMPUS: **042 PEARLAND J H WEST**                    8

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | 06/11 | PREVIOUSLY MET STANDARD | | |
| Reading | | 05/11 | PREVIOUSLY MET STANDARD | | |
| Reading | | 04/11 | E- 790 | YES | NO |
| Math | | 06/11 | E- 769 | NO | NO |
| Math | | 05/11 | E- 690 | NO | NO |
| Math | | 04/11 | E- 691 | NO | NO |
| Soc. Studies | | 04/11 | 2276 | YES | NO |
| Science | | 04/11 | 1994 | NO | NO |

# Pearland ISD: Personal Graduation Plan

### Student Information
Ryan Antonio Matthews

| | | | | | | |
|---|---|---|---|---|---|---|
| Student ID: | 850619 | Grade Level: | Eighth | School: | PJH West | |
| Date of Birth: | 4/5/1997 | Ethnicity: | Black/African American | Gender: | Male | |
| Advisor: | Ricks, Stefania | Programs: | At Risk, Title 1 - Schoolwide Program, Career Tech - Elective | | | |

### PGP Date
Friday, June 03, 2011

### PGP Reason
Select the reason for creating this PGP.
TAKS Failure

If High School Retainee is selected, choose the core classes the student failed.
No Response

### Acceleration Requirements
Select any reason for accelerating the student's schooling.
Failed 2nd TAKS

# Pearland ISD: PGP Academic Goals

### Student Academic Goals
Counselor with the student: Select below some goals to help the student in the coming year.
Attend classes, Attend summer school, Attend tutorials, Follow school rules/policies, Pass courses, Pass TAKS

### Parent Goals for Student Academic Success
Parents with your student: Please write in some goals for you and your student to achieve in the coming year. Guaranteed study time, monitoring grades, ensuring attendace, and teacher communication are some examples. Feel free to contact your student's counselor for more options.
Guarantee study time, Teacher communication, Support student's academics, Ensure attendance, Monitor grades

### Intensive Instruction Programs
Counselor: Select the intensive instruction program(s) you feel would best benefit this student in the coming school year.
After school programs, Summer school, TAKS classes / academics

### Accelerated Instruction Programs
Counselor: Select the acceleration options you feel the student needs in the coming school year.
After school tutorials, Summer school, TAKS programs

### Monitoring Strategies
Counselor: Select how to best monitor the student's progress in the coming school year.
Report card grades, Progress report grades, State assessment results, Attendance monitoring

000037

# Pearland ISD: Student Assessment History

### Two Year TAKS History

|  | Previous | Current | Local | Missed Objectives |
|---|---|---|---|---|
| **English Language Arts** |  |  |  |  |
| Reading | Raw: 39/48<br>Scale: 741<br>Met Standard<br>Test Version: TAKS<br>Lexile Measure: 1075<br>Vertical Scale Score: 741 | Raw: 43/48<br>Scale: 790<br>Met Standard<br>Test Version: TAKS<br>Lexile Measure: 1185<br>Vertical Scale Score: 790 | 853 | 2 |
| Mathematics | Raw: 34/48<br>Scale: 718<br>Met Standard<br>Test Version: TAKS<br>Quantile Measure: 895<br>Vertical Scale Score: 718 | Raw: 28/50<br>Scale: 691<br>Not Met<br>Test Version: TAKS<br>Quantile Measure: 0<br>Vertical Scale Score: 691 | 809 | 1, 2, 3, 4, 5, 6 |
| Science |  | Raw: 28/50<br>Scale: 1994<br>Not Met<br>Test Version: TAKS | 2395 | 1, 2, 3, 4, 5 |
| History |  | Raw: 34/48<br>Scale: 2276<br>Met Standard<br>Test Version: TAKS | 2448 | 1, 3, 4 |

### Two Year Release TAKS History

|  | Previous | Current |
|---|---|---|
| **English Language Arts** |  |  |
| Reading | Raw: 44/48 | Raw: 43/48 |
| Mathematics | Raw: 23/48 | Raw: 33/50 |
| Science |  | Raw: 39/50 |
| History |  | Raw: 32/48 |

### Two Year Local Benchmark History

|  | Previous | Current |
|---|---|---|
| **English Language Arts** |  | Raw: 8/20 |
| Reading | Raw: 24/42 | Raw: 9/10 |
| Mathematics | Raw: 13/20 | Raw: 12/20 |
| Science | Raw: 18/25 | Raw: 24/30 |
| History | Raw: 19/20 | Raw: 20/25 |

# PEARLAND INDEPENDENT SCHOOL DISTRICT

## PEARLAND JUNIOR HIGH WEST
### Progress Report - Marking Period 5

2337 N Galveston Ave
Pearland, TX 77581
(281) 412-1222
**Pam Wilson, Principal**

| Student Name | Grade | Gender | Advisor | Homeroom | School Year | Marking Period |
|---|---|---|---|---|---|---|
| Ryan Matthews | 8 | M | Ricks | Lloyd | 2011 | 5 |

| SUBJECT | | MP1 | MP2 | MP3 | MP4 | MP5 | MP6 | Comments |
|---|---|---|---|---|---|---|---|---|
| SCIENCE 8 - Lee | | | | | | 90  A | | |
| | Absences | | | | | 3 | | |
| READING 8 - Davis | | | | | | 84  B | | |
| | Absences | | | | | 3 | | |
| ENGLISH 8 - Vela | | | | | | 63  F | | |
| | Absences | | | | | 3 | | |
| MATH 8 - Aimone | | | | | | 51  F | | |
| | Absences | | | | | 3 | | |
| US HISTORY 8 - White | | | | | | 87  B | | |
| | Absences | | | | | 3 | | |
| EXPL VID TECH 8 - Crisp | | | | | | 98  A | | |
| | Absences | | | | | 3 | | |
| ATHLETICS BOYS 8 - Mikeska | | | | | | 100  A | | |
| | Absences | | | | | 3 | | |

*Bad Weather Make-up Day April 22nd*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach on dotted line and return

| | |
|---|---|
| A = 90 - 100 | E = Excellent |
| B = 80 - 89 | S = Satisfactory |
| C = 75 - 79 | N = Needs Improvement |
| D = 70 - 74 | U = Unsatisfactory |
| F = Below 70 | |

To obtain credit for a class, a student must attend at least 90% of the days the class is offered. If you have any questions or wish to schedule a conference with a teacher or counselor, please call 281.485.3203. (Sec. 8.27 or SB7)

Student Name  **Ryan Matthews**                    Parent/Guardian Signature: _____

*Date Printed:3/30/2011 for Marking Period 5*

Ryan A. Matthews
Pearland Jr High West       Grade: 08    Advisor: Ricks S    Homeroom: 108

PROGRESS REPORT 5 2010-11

| Entity: 042 | P1 | C1 | T1 | P2 | C2 | T2 | P3 | C3 | T3 | SE1 | S1 | P4 | C4 | T4 | P5 | C5 | T5 | P6 | C6 | T6 | SE2 | S2 | FIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ART I 8 | 75 | S | 80 | 91 | S | 90 | 89 | S | 92 | 90 | 88 | | | | | | | | | | | | |
| Jodie Lyden | | | | | | | | | | | | | | | | | | | | | | | |
| ATHL BOYS 8 | 100 | E | 100 | 100 | E | 100 | 100 | E | 100 | 100 | 100 | 100 | E | 100 | 100 | | | | | | | | |
| Virgil Mikeska | | | | | | | | | | | | | | | | | | | | | | | |
| ENGLISH 8 | 92 | S | 94 | 85 | S | 90 | 93 | N | 93 | 92 | 92 | 91 | S | 89 | 63 | | | | | | | | |
| Julie Vela | | | | | | | | | | | | | | | | | | | | | | | |
| EXPL VID TECH 8 | | | | | | | | | | | | 98 | S | 99 | 98 | | | | | | | | |
| Ashley Crisp | | | | | | | | | | | | | | | | | | | | | | | |
| MATH 8 | 82 | S | 82 | 77 | S | 80 | 78 | S | 83 | 80 | 81 | 87 | S | 77 | 51 | | | | | | | | |
| August Aimone | | | | | | | | | | | | | | | | | | | | | | | |
| READING 8 | 89 | S | 87 | 57 | S | 81 | 76 | S | 79 | 82 | 82 | 79 | N | 77 | 84 | | | | | | | | |
| Patricia Davis | | | | | | | | | | | | | | | | | | | | | | | |
| SCIENCE 8 | 89 | E | 89 | 84 | E | 83 | 78 | E | 84 | 84 | 85 | 77 | E | 80 | 90 | | | | | | | | |
| Jeanelle Lee | | | | | | | | | | | | | | | | | | | | | | | |
| US HISTORY 8 | 90 | E | 84 | 85 | E | 87 | 92 | E | 90 | 70 | 85 | 89 | E | 89 | 87 | | | | | | | | |
| Donna White | | | | | | | | | | | | | | | | | | | | | | | |

ATTENDANCE INFORMATION

| | Excused | Unexcused | Tardy |
|---|---|---|---|
| PROGRESS REPORT 5 | 3.00 | 1.00 | 0 |

000040

```
1stdsc22.p 54-2                        PEARLAND JUNIOR HIGH WEST              04/12/11              Page:1
04.10.12.01.00                         STUDENT DISCIPLINE REPORT                                   11:09 AM
```

| | Off/Act<br>Type | Per | Sch | Location | Par<br>Not | Day/<br>Points Hrs | Time | Served | Diff Reason | Incident/<br>Status |
|---|---|---|---|---|---|---|---|---|---|---|

**Matthews, Ryan A.**     MATTHRYA000  Sch: 042  Gr: 08 - 2015 Type: REG Race:3  Adv: Stefania Ricks                    HM: 108
**2011 Entity: 042**

Offense 03/24/2011    02  CONDUCT FEL          042              Y     0.00                                              11657
  Disc Officer:  Pam Wilson                 Bus:              Referred By :Pam Wilson                     Date Entered:04/06/11
   Credit card/debit card abuse.  Student stole and was in possession of a teacher's debit card and
   money from her wallet.  ($12)  Student admitted on 3/25 to taking the card and the money
  Action            05  OUT SCH SUSPENS      042              Y     0.00 Day   3.00   3.00                        Served
  Follow-Up By:  Pam Wilson                       Susp Out of Schoo

Offense 03/24/2011    02  CONDUCT FEL          042              Y     0.00                                              11657
  Disc Officer:  Pam Wilson                 Bus:              Referred By :Pam Wilson                     Date Entered:04/06/11
   Credit card/debit card abuse.  Student stole and was in possession of a teacher's debit card and
   money from her wallet.  ($12)  Student admitted on 3/25 to taking the card and the money
  Action            07  PLACE OFF AEP        006              Y     0.00 Day  30.00  30.00                        Served
  Follow-Up By:  Pam Wilson                       Susp IAES

Offense 03/09/2011    21  CONDUCT COD          042              N     0.00                                              11624
  Disc Officer:  Jennifer Gabino            Bus:              Referred By :Jeanelle Lee                   Date Entered:04/06/11
   Student admitted to laughing at another student and making fun of her along with other students.
  Action            06  IN SCH SUSPENSI      042              N     0.00 Day   3.00   3.00                        Served
  Follow-Up By:  Jennifer Gabino                  Susp In School

Offense 02/01/2011    SKC SKIPPING CL          042              Y     0.00                                              9165
  Disc Officer:  Jennifer Gabino            Bus:              Referred By :Pam Wilson                     Date Entered:02/25/11
   Student was found skipping tutoring in the restroom - student was with a female student.  It was
   reported that they were "making out"
  Action            06  IN SCH SUSPENSI      042              Y     0.00 Day   6.00   6.00                        Served
  Follow-Up By:  Jennifer Gabino                  Susp In School

Offense 12/03/2010    INS INSUBORDINA          042 CLASSROOM    Y     0.00                                              5181
  Disc Officer:  Jennifer Gabino            Bus:              Referred By :Jodie Lyden                    Date Entered:12/09/10
   Student previously warned abou tusing vending machines during school hours, and was caught doing it
   again when he should have been in his Advisory class.
  Action            DH1 1 HR DETENTION       042              Y     0.00 Hrs    .00    .00                        Served
  Follow-Up By:  Jennifer Gabino                  Susp None

Offense 11/18/2010    INS INSUBORDINA          042 CLASSROOM    Y     0.00                                              4598
  Disc Officer:  Jennifer Gabino            Bus:              Referred By :Cheryl Crocker                 Date Entered:11/30/10
   Student continued to be disruptive during tutoring.  He talked and made noises during instruction.
   He did not complete the math assignment.  he was asked several times to leave the class. - Comments
   were made as he walked out of class.
  Action            DH1 1 HR DETENTION       042              Y     0.00 Hrs    .00    .00                        Served
  Follow-Up By:  Jennifer Gabino                  Susp None


************************ End of report ************************

000041

```
1soatr08.p 25-2                    PEARLAND JUNIOR HIGH WEST          04/12/11      Page:1
04.10.12.01.00                    Day Summary(Morning Report)                      11:11 AM
```

Matthews, Ryan        GRD:08                OTHER ID: 850619
SCHOOL:042   CALENDAR:042   HM ROOM:108   ADVISOR:Ricks S


ABS. DATE      FP        1    2    3    4    5    6    7    8                                    PN
09/13/10 Mon.  2                             P-V  P-V                                           N
09/20/10 Mon.  2              P-V  P-V  P-V  P-V                                                N
09/29/10 Wed.  2         P-V  P-V                                                               Y
10/18/10 Mon.  2         P-V                                                                    N
11/01/10 Mon.  2         P-V                                                                    N
11/15/10 Mon.  2         P-V                                                                    N
03/28/11 Mon.  2         E-S  E-S  E-S  E-S  E-S  E-S  E-S  E-S                                 Y
03/29/11 Tue.  2         E-S  E-S  E-S  E-S  E-S  E-S  E-S  E-S                                 Y
03/30/11 Wed.  2         E-S  E-S  E-S  E-S  E-S  E-S  E-S  E-S                                 Y
04/08/11 Fri.  2    **   U-L  U-L  U-L  U-L  U-L  U-L  U-L  U-L                                 Y

E=EXCUSED, P=PRESENT, U=UNEXCUSED


*************************** End of report ***************************
```

```
1sthea19.p 36-2                      PEARLAND JUNIOR HIGH WEST              04/12/11          Page:1
04.10.12.01.01                        Vaccination Report                                    11:13 AM
```

STUDENT NAME          OTHER ID      BIRTHDATE  M/F RACE SCHL TYPE
   GRP VACCINATION CODE/DESC ILLNES/WAIVER      DOSE 1    DOSE 2    DOSE 3    DOSE 4    DOSE 5    DOSE 6

Ryan A. Matthews        850619     04/05/1997 M   3     042  REG
   STN HBV/Hepatitis B                            04/05/97 09/19/97 11/21/97
   STN DTP/Dip, Tet, Pert                         06/19/97 09/16/97 11/21/97 08/05/98 07/27/01 08/11/08
       HIB/HIB                                    06/19/97 09/16/97 11/21/97 08/05/98
       PCV/Pneumococcal
   STN POL/Polio                                  06/19/97 09/16/97 11/21/97 07/27/01
   STN MEA/Measles                                06/18/98 07/27/01
   STN MUM/Mumps                                  06/18/98 07/27/01
   STN RUB/Rubella                                06/18/98 07/27/01
   STN VAR/Varicella                              04/01/02 08/10/07
   STN MCV/Meningococcal                          08/11/08
       HAV/Hepatitis A                            08/10/07 08/11/08
       FLU/FLU
       HPV/HPV


      ************************* End of report *************************
```



**STUDENT REPORT**

| | |
|---|---|
| Student: | RYAN A. MATTHEWS |
| Date of Birth: | 04/05/1997 |
| Student ID: | 850819 |
| Group Name: | VELA |

| | |
|---|---|
| | Fall 2010 |
| Norms Reported: | FALL |
| School: | PEARLAND JHS WEST |
| District: | PEARLAND ISD |

## low did RYAN perform on the ReadiStep 8th grade assessment?

 readistep

 CollegeBoard

## Results Summary

### ReadiStep Test Scores

| Critical Reading | Writing Skills | Mathematics |
|---|---|---|
| **3.0** | **5.2** | **4.4** |
| 2.0 — 8.0 | 2.0 — 8.0 | 2.0 — 8.0 |



### Score Range

| Critical Reading | Writing Skills | Mathematics |
|---|---|---|
| 2.7-3.4 | 4.8-5.6 | 4.0-4.8 |
| 2.0 — 8.0 | 2.0 — 8.0 | 2.0 — 8.0 |

### National Percentile

| Critical Reading | Writing Skills | Mathematics |
|---|---|---|
| 2% | 54% | 25% |
| 1% — 99% | 1% — 99% | 1% — 99% |

### Local Percentiles*

| Critical Reading | Writing Skills | Mathematics |
|---|---|---|
| 10% | 54% | 27% |
| 1% — 99% | 1% — 99% | 1% — 99% |

### Predicted PSAT/NMSQT Range

| Critical Reading | Writing Skills | Mathematics |
|---|---|---|
| 20 - 24 | 36 - 44 | 31 - 39 |
| 20 — 80 | 20 — 80 | 20 — 80 |

*Local percentiles compare a student to other students in a district and may not be based on all students who tested.

## Skills Insight ™

### Critical Reading

Students can improve their Critical Reading skills by focusing on expanding vocabulary and the ability to determine the meaning of unknown or unfamiliar words encountered while reading; recognizing how an author uses tools and techniques of language to craft a text; recognizing how a text is organized; understanding the main and supporting ideas in a text; using reasoning skills to extend or elaborate on the ideas in a text; making inferences when reading; and understanding literary elements such as setting, plot, characterization, and narrative perspective. Students should read a wide variety of texts, including texts they find challenging.

### Writing Skills

In their reading and writings, students should continue to focus on word choice and the grammatical relationships between words, such as the relationships between pronouns and nouns. Students should pay attention to adverbs and adjectives that are used to modify or compare. When reading and writing, students should consider how phrases and clauses are used in a sentence to achieve parallelism or to create grammatically correct sentences. Lastly, students should examine the order and relationships of sentences and paragraphs to determine, for example, how writers achieve coherence between and among paragraphs.

### Mathematics

Students strengthen their mathematics content knowledge by practicing challenging arithmetic, algebra, geometry, measurement, probability, statistics, and data analysis problems. Students build problem solving and reasoning skills by working complex problems that require mastery of content, analysis, planning, management, and attention to detail, to constraints and to language. Students build their representation skills by working problems that involve two or more symbolic, graphical, tabular, or verbal descriptions. Students build connections by working problems that overlap multiple content areas, or that have real-world settings. Students build their communication skills by both posing problems and reporting results of problem solving to others.

---

© College Board 2010

The ReadiStep assessment was developed and designed for use with students in 8th grade. Any results for students in earlier or later grades should be interpreted with caution.

111510-Z7684000-238959-0014188

STUDENT RYAN A. MATTHEWS

 readistep

 CollegeBoard

Dear Family,

Your child recently took the ReadiStep assessment, an eighth grade exam that provides teachers with valuable insight into and information about students' academic progress. The ReadiStep assessment identifies areas where students excel and may want to consider taking higher-level courses. It also identifies areas students should focus on to improve academically. By identifying the skills your child has and the ones he or she needs to develop, the ReadiStep assessment can help direct your child's potential to ensure he or she is on the path to be prepared for high school and college.

Here is some additional information about the features of the Student Report:

- **ReadiStep Test Scores** - range from 2.0 to 8.0 (in increments of 0.2) and show student performance in each subject area at the time of testing.
- **Score Ranges** - show how much scores tend to vary if students were to take the ReadiStep assessment repeatedly without learning additional skills. Scores within this range are considered "equal" statistically.
- **National Percentiles** - the percentage of eighth-grade students in the United States that scored the same as or lower than your child.
- **Local Percentiles** - the percentage of eighth-grade students in your child's school district that scored the same as or lower than your child.
- **Predicted PSAT/NMSQT Ranges** - predictive score ranges for the PSAT/NMSQT, a standardized test that provides firsthand practice for the SAT® and provides students with a chance to enter the National Merit Scholarship Corporation (NMSC) scholarship programs.
- **Skills Insight** - provides general suggestions for improving skills in each content area.

Teachers will review score reports and results with your child in class. This information will help your child get a head start on improving academic skills and selecting courses that will prepare him or her for high school and college planning. Using these test results to guide students in the right academic direction is an important step for ensuring future success.

If you have any questions about the ReadiStep assessment or this score report, please contact your school for more information. You may also obtain additional information at our website www.readistep.com. There you will find free publications to help teachers, students and their families understand the ReadiStep assessment and results.

Sincerely,

*Glenn Milewski*

Glenn Milewski
Executive Director, ReadiStep Program
The College Board

© College Board 2010

**Additional Resources and Information**

For more information about the ReadiStep assessment, please visit www.readistep.com.

# Individual Graduation Plan (IGP) Worksheet

**Name:** Ryan, Matthews                    **Student ID:**                    **Current Grade:** 8

**Academy/School of Study (Optional):** Courses for 2011-2012

**Cluster Of Study:** Business Management, Finance & Marketing **Major:** Banking, Finance, Mgmt, Mktg, Entrepr, Sales

**Career Goal:**

**Postsecondary Plans:** Workforce/Apprenticeship

|  | 9 | 10 | 11 | 12 |
|---|---|---|---|---|
| **English\*** Four Units | ENGLISH 1 | ENGLISH 2 | ENGLISH 3 | ENGLISH 4 |
| **Math\*** Four Units | ALGEBRA 1 | GEOMETRY | ALGEBRA 2 | PRE-COL MATH |
| **Science\*** Three Units | BIOLOGY 1 | CHEM 1 | PHYSICS | AQUATIC SCI |
| **Social Studies\*** Three Units | WORLD GEOGRAPHY | WORLD HISTORY | US HISTORY | GOVERNMENT ECONOMICS |
| **Requirements/Electives** | FOOTBALL -1 HEALTH COMM APP INTRO TO SPANISH | SPANISH 2 |  |  |

| Required Courses for Major (Four Credits Required) | Complementary Coursework | Extended Learning Opportunity Options Related to Major |
|---|---|---|
|  | REQUIRED COURSES (3 CREDITS) Prin Business Mktg Finance Money Matters BIM I & II Accounting Statistics & Risk Mgmt Advertising Sales Promotion Business Law Business Mgmt Global Business Virtual Business Fashion Mktg Sports & Entertainment Mktg Entrepreneurship COMPLEMENTARY COURSES Career Prep I & II |  |

*The Individual Graduation Plan should meet high school graduation requirements as well as college entrance requirements.*

| _Ryan Matthews_ | _1/25/11_ | | |
|---|---|---|---|
| Student Signature | Date | Parent/Guardian/Representative Signature | Date |

| | |
|---|---|
| Counselor Signature | Date |

Last Reviewed:



## Pearland Junior High West

Pearland Independent School District
2337. N. Galveston•Pearland, Texas 77581
Phone: 281-412-1222 • Fax: 281-412-1228



PAM WILSON
Principal

JENNIFER GABINO
Assistant Principal

February 10, 2011

Dear Parent(s):

Attached to this letter, you will find a copy of your student's 4 year high school plan. Your student recently worked on this plan during History class. If your student did not have a chance to finish the plan, he/she has been given the information he/she would need to go on-line at home and work on the plan again.

All students were counseled on which core academic cores they should consider taking in high school. This part of the plan was completed during class time. With the time remaining in the class, students were encouraged to fill in the other required electives for graduation (foreign language, fine art, PE, Speech), and the other electives they may be interested in taking in high school. Filling in the required electives would truly help your student plan out his/her high school journey. If they do not know which "extra" electives they would like to take at this time, it is OK. Blanks for those electives are OK, and can be re-visited later once your student is in high school. Students should have 7 credits a year and a grand total of 28 graduation credits (although only 26 are needed for graduation).

Please remember…**THIS IS JUAT A PLAN. IT CAN BE CHANGED AT ANYTIME.** As I mentioned to your student, **the high school counselors do NOT use the four year plan to determine course selection**. The 4 year plan is a tool for you and your student so that you can develop a plan for success in high school.

Again, you student has been given all the login information needed for the COIN program. The COIN program is the program we use for the 4 year plan and the Career Inventory. Please feel free to visit the website (community.coin3.com). Please use this tool to explore and plan a successful high school career and beyond.

This is your copy to keep. Please DO NOT sign and return it.

Sincerely,

Mrs. Ricks
PJHWest 8th Grade Counselor

Copy sent home to parents on:
2-10-11

Counselor: Stefania Ricks

000047

# PEARLAND INDEPENDENT SCHOOL DISTRICT

## PEARLAND JUNIOR HIGH WEST

### Report Card - Marking Period 6

2337 N Galveston Ave
Pearland, TX 77581
(281) 412-1222
**Pam Wilson, Principal**

| Student Name | Grade | Gender | Advisor | Homeroom | School Year | Marking Period |
|---|---|---|---|---|---|---|
| Ryan Matthews | 7 | M | Ricks | Davis-309 | 2010 | 6 |

| SUBJECT | | MP1 | MP2 | MP3 6 Wks | Exam | Sem | MP4 | MP5 | MP6 6 Wks | Exam | Sem | Fin | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEXAS HISTORY 7 Stuessel | | 86 B | 89 B | 83 B | 76 | 85 B | 92 A | 86 B | 89 B | 74 | 87 B | 86 B | |
| | Absences | 0 | 5 | 0 | | | 3 | 0 | 2 | | | | |
| | Conduct | E | E | E | | | E | E | E | | | | |
| MATH 7 Aimone | | 74 D | 70 D | 72 D | 64 | 71 D | 97 A | 82 B | 70 D | 100 | 85 B | 78 C | |
| | Absences | 0 | 5 | 0 | | | 3 | 0 | 2 | | | | |
| | Conduct | E | S | E | | | S | S | S | | | | |
| POWER MATH 7 Kilbourn | | 90 A | 92 A | 88 B | 70 | 87 B | 95 A | 92 A | 89 B | 90 | 92 A | 90 A | |
| | Absences | 1 | 5 | 0 | | | 3 | 0 | 2 | | | | |
| | Conduct | S | E | S | | | E | E | S | | | | |
| ENGLISH 7 Priddy | | 75 C | 82 B | 82 B | 88 | 81 B | 92 A | 85 B | 84 B | 91 | 88 B | 85 B | |
| | Absences | 0 | 0 | 0 | | | 1 | 0 | 0 | | | | |
| | Conduct | N | S | S | | | S | S | S | | | | |
| SCIENCE 7 Wall | | 81 B | 71 B | 81 B | 60 | 75 C | 94 A | 87 B | 80 B | 65 | 84 B | 80 B | |
| | Absences | 0 | 1 | 0 | | | 1 | 0 | 0 | | | | |
| | Conduct | S | S | S | | | S | S | S | | | | |
| EXPL SPANISH 7 Baez | | | | | | | 84 B | 78 C | 85 B | 100 | 85 B | | |
| | Absences | | | | | | 3 | 0 | 2 | | | | |
| | Conduct | | | | | | E | S | E | | | | |
| READING 7 Davis | | 84 B | 84 B | 86 B | 94 | 86 B | 91 A | 91 A | 83 B | 77 | 87 B | 87 B | |
| | Absences | 0 | 1 | 0 | | | 1 | 0 | 0 | | | | |
| | Conduct | S | N | N | | | N | S | N | | | | |

## Student has been promoted to the next grade level.

| | |
|---|---|
| A = 90 - 100 | E = Excellent |
| B = 80 - 89 | S = Satisfactory |
| C = 75 - 79 | N = Needs Improvement |
| D = 70 - 74 | U = Unsatisfactory |
| F = Below 70 | |
| N = Denied Credit | |

To obtain credit for a class, a student must attend at least 90% of the days the class is offered. If you have any questions or wish to schedule a conference with a teacher or counselor, please call 281.485.3203.
(Sec. 8.27 or SB7)

*Date Printed:6/8/2010 for Marking Period 6*

**TAKS**  **Grade 7**

# Texas Assessment of Knowledge and Skills
## Confidential Student Report

Name: RYAN A. MATTHEWS
Date of Birth: 04/05/97
Student ID (PEIMS): *****7833

Report Date: MAY 2010
Date of Testing: SPRING 2010

District: 020-908 PEARLAND ISD
Campus: 042 PEARLAND J H WEST

Local Student ID: 850619
Class Group: PAM WILSON

## Reading

| | ITEMS | |
|---|---|---|
| | Correct | Tested |
| 1. Basic Understanding | 10 | 12 |
| 2. Applying Knowledge of Literary Elements | 8 | 10 |
| 3. Using Strategies to Analyze | 8 | 10 |
| 4. Applying Critical-Thinking Skills | 13 | 16 |
| TOTAL | 39 | 48 |

Lexile Measure: 1075L

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 7 | SPRING 2010 | E- 741 | YES | NO |

Texas Projection Measure—Projected to Meet Standard at Grade 8: YES
Texas Projection Measure—Projected to achieve Commended Performance at Grade 8: NO

Student's Scale Score—E- 741

E- 226   E- 300   E- 400   E- 500   E- 600   E- 700   E- 800   E- 900   E- 1002
Standard: Scale Score of E- 670
Commended Performance: Scale Score of E- 829

## Mathematics

| | ITEMS | |
|---|---|---|
| | Correct | Tested |
| 1. Numbers, Operations, and Quantitative Reasoning | 6 | 10 |
| 2. Patterns, Relationships, and Algebraic Reasoning | 6 | 10 |
| 3. Geometry and Spatial Reasoning | 7 | 7 |
| 4. Concepts and Uses of Measurement | 4 | 5 |
| 5. Probability and Statistics | 5 | 7 |
| 6. Mathematical Processes and Tools | 6 | 9 |
| TOTAL | 34 | 48 |

Quantile Measure: 895Q

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 7 | SPRING 2010 | E- 718 | YES | NO |

Texas Projection Measure—Projected to Meet Standard at Grade 8: YES
Texas Projection Measure—Projected to achieve Commended Performance at Grade 8: NO

Student's Scale Score—E- 718

E- 302   E- 400   E- 500   E- 600   E- 700   E- 800   E- 997
Standard: Scale Score of E- 670
Commended Performance: Scale Score of E- 823

## Writing

| | ITEMS | |
|---|---|---|
| | Correct | Tested |
| 1-2. Written Composition – Effectiveness/Command of Conventions | 3 = Generally Effective Response (3 out of a possible 4) | |
| 3. Appropriate Organization of Ideas | 5 | 6 |
| 4. Correct and Effective Sentence Construction | 9 | 10 |
| 5. Standard Usage and Appropriate Word Choice | 9 | 12 |
| 6. Proofreading for Punctuation, Capitalization, and Spelling | 9 | 12 |
| TOTAL | 32 | 40 |

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 7 | SPRING 2010 | 2312 | YES | NO |

Texas Projection Measure—Not Available for Grade 7 Writing

Student's Scale Score—2312

1333   1500   1700   1900   2140   2300   2500   2700   2900   3039
Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

Document # 2273-00157

000049

For more information about the TAKS test, contact your child's school.

Print # 2-21575-087

# Pearland Independent School District
### PEARLAND JUNIOR HIGH WEST CAMPUS
### 2337 N. Galveston
### Pearland, TX 77581
### PH-281-412-1222 / FAX-281-412-1228
*Accredited by the Texas Education Agency*

| Key to grades | |
|---|---|
| A=90-100 | B=80-89 |
| C=75-79 | D=70-74 |

**ENTRY DATE**

**WITHDRAWAL DATE**

Matthews, Ryan Antonio
637567833
04/05/1997
M
Black/Non Hispanic



09-10

Ryan
Matthews

Matthews, Ryan
850619

| | S1 | S2 | FIN |
|---|---|---|---|
| ENGLISH 7 | 81 | 88 | 85 |
| MATH 7 | 71 | 85 | 78 |
| POWER MATH 7 | 87 | 92 | 90 |
| PE BOYS 7 | 99 | | |
| READING 7 | 86 | 87 | 87 |
| SCIENCE 7 | 75 | 84 | 80 |
| TEXAS HISTORY 7 | 85 | 87 | 86 |
| EXPL SPANISH 7 | | 85 | |

MBR DAYS  177.0
10.0E   2.0U   0T

2015-07
09-10

Campus ID:
**042**
Campus Name:
**Pearland Junior High West**

## TEST RESULTS

CONFIDENTIAL

TAKS

STUDENT: **MATTHEWS RYAN A**
STUDENT-ID (PEIMS): **637567833**　　DOB: **04/05/97**
DISTRICT: **020-908 PEARLAND ISD**
CAMPUS: **042 PEARLAND J H WEST**

G R A D E **7**

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | Spr10 | E- 741 | YES | NO |
| Math | | Spr10 | E- 718 | YES | NO |
| Writing | | Spr10 | 2312 | YES | NO |

Student Name __Mathews, R__    Campus __PJHWast__

## Pearland ISD
## Junior High Title I Criteria

<table>
<tr><td>

**<u>READING</u>**

**SEVENTH GRADE** (Teacher/Year_____)
o failed TAKS_____
o Six Weeks Benchmark(s) _____
o report card grades _____
o teacher observation: _____
_____
o _____
_____

**EIGHTH GRADE** (Teacher/Year_____)
o failed TAKS_____
o Six Weeks Benchmark(s) _____
o report card grades _____
o teacher observation: _____
_____
o _____
_____

</td><td>

**<u>MATH</u>**

**SEVENTH GRADE** (Teacher/Year Kilbourn 09-10 )
o failed TAKS_____
o Six Weeks Benchmark(s) 65
o report card grades 90 92, 88, 95, 92 87
o teacher observation: _____
_____
o _____
Reg 74 70 72 97 82 70

**EIGHTH GRADE** (Teacher/Year_____)
o failed TAKS_____
o Six Weeks Benchmark(s) _____
o report card grades _____
o teacher observation: _____
_____
o _____
_____

</td></tr>
</table>

**\*\*DIRECTIONS\*\***
**Check the criteria and record score information.**

000051

# PEARLAND INDEPENDENT SCHOOL DISTRICT
## P.O. BOX 7, PEARLAND, TEXAS 77588

Accredited by Texas Education Agency

Entry date: _____
Withdrawal date: _____

Grades 5-6

FULL LEGAL NAME
MATTHEWS          RYAN          ANTONIO
LAST              FIRST         MIDDLE

SSN/State Id Number

850619            637567833
DATE OF BIRTH

4/5/97    SEX  MALE    ETHNICITY  03 Black, Non-Hispan

PARENT OR GUARDIAN    Cheryl Matthews

CURRENT ADDRESS
3211 Lee Cir              Pearland      TX   77581
STREET                    CITY          STATE/ZIP CODE

5TH GRADE PHOTO



6TH GRADE PHOTO



## 5TH GRADE TAKS RESULTS

**CONFIDENTIAL**                                    G R A D E
STUDENT: MATTHEWS RYAN A
STUDENT-ID (PEIMS): 637567833    DOB: 04/05/97
DISTRICT: 020-908 PEARLAND ISD
CAMPUS: 108 LEON H SABLATURA MIDDL                    5

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | 03/08 | 2062 | NO | NO |
| Math | | | To Be Administered April 2008 | | |
| Science | | | To Be Administered April 2008 | | |

**CONFIDENTIAL**                                    G R A D E
STUDENT: MATTHEWS RYAN A
STUDENT-ID (PEIMS): 637567833    DOB: 04/05/97
DISTRICT: 020-908 PEARLAND ISD
CAMPUS: 108 LEON H SABLATURA MIDDL                    5

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | 03/08 | 2062 | NO | NO |
| Math | | 04/08 | 2638 | YES | YES |
| Science | | | To Be Administered April 2008 | | |

**CONFIDENTIAL**                                    G R A D E
STUDENT: MATTHEWS RYAN A
STUDENT-ID (PEIMS): 637567833    DOB: 04/05/97
DISTRICT: 020-908 PEARLAND ISD
CAMPUS: 108 LEON H SABLATURA MIDDL                    5

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | 04/08 | 2134 | YES | NO |
| Reading | | 03/08 | 2062 | NO | YES |
| Math | | 04/08 | 2638 | YES | YES |
| Science | | 04/08 | 2581 | YES | YES |

GRADE TABS/COGAT RESULTS

## 6TH GRADE TAKS RESULTS

**CONFIDENTIAL**                                    G R A D E
STUDENT: MATTHEWS RYAN A
STUDENT-ID (PEIMS): 637567833    DOB: 04/05/97
DISTRICT: 020-908 PEARLAND ISD
CAMPUS: 108 LEON H SABLATURA MIDDL                    6

| | Info | Test Date | Scale Score | Met Std. | Commended |
|---|---|---|---|---|---|
| Reading | | Spr09 | 2176 | YES | NO |
| Math | | Spr09 | 2075 | NO | NO |

## 5th GRADE REPORT CARD

**Student Name:**
**Matthews, Ryan Antonio**
School year 2007-2008
Sablatura Middle School
Homeroom: 116    Grade: 05
Absences: 0    Membership: 177
Entry Date: 8/27/07

| | | |
|---|---|---|
| PE 5 | 96 | A |
| SCIENCE ADV 5 | 76 | C |
| SOCIAL STUD ADV 5 | 88 | B |
| READING ADV 5 | 86 | B |
| LANGUAGE ARTS ... | 83 | B |
| MATH ADV 5 | 80 | B |
| FINE ARTS 5 | 94 | A |

## 6TH GRADE REPORT CARD

## OTHER INFORMATION

## RETAINED

## RETAINED

## TRANSCRIPTS SENT TO:

000053

Pearland Independent School District
Leon Sablatura Middle School
A TEA *Recognized* Campus
2201 N. Galveston
Pearland, Texas 77581
281-412-1500
Principal: Lisa Nixon
<u>Report Card 6th Marking Period</u>

| Student Name | Grade | Gender | Counselor | MP | School Year |
|---|---|---|---|---|---|
| Matthews, Ryan Antonio | 06 | MALE | Schmidt, Lori | 6 | 2008-2009 |

| Homeroom | Current Marking Period: Absent \| Present | | Cumulative: Absent \| Present | |
|---|---|---|---|---|
| 308  Maxwell | 0 | 28 | 8 | 159 |

| Course | Teacher | MP1 | | MP2 | | MP3 | | MP4 | | MP5 | | MP6 | | Final | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LANGUAGE ARTS 6 | Maxwell, Jane B | 83 | B | 83 | B | 85 | B | 93 | A | 94 | A | 75 | C | 85 | B | |
| | Conduct: | | | | | | | | | | | | | | | |
| MATH 6 | Arnold, Cindy | 86 | B | 83 | B | 82 | B | 74 | D | 81 | B | 73 | D | 79 | C | |
| | Conduct: | | | | | | | | | | | | | | | |
| SOC STUDIES 6 | Jackson, Melisa J | 95 | A | 92 | A | 90 | A | 88 | B | 88 | B | 86 | B | 94 | A | |
| | Conduct: | | | | | | | | | | | E | | | | |
| SCIENCE 6 | Lacey, Erika | 90 | A | 83 | B | 90 | A | 84 | B | 84 | B | 83 | B | 86 | B | |
| | Conduct: | | | | | | | | | | | | | | | |
| READING 6 | Maxwell, Jane B | 80 | B | 87 | B | 87 | B | 71 | D | 82 | B | 81 | B | 81 | B | |
| | Conduct: | | | | | | | | | | | | | | | |
| PE 6 | Lange, Russell | 91 | A | 91 | A | 100 | A | 97 | A | 94 | A | 91 | A | 94 | A | |
| | Conduct: | | | | | | | | | | | | | | | |
| BAND 6 | Rogers , Jennifer | 100 | A | 92 | A | 91 | A | 87 | B | 89 | B | 90 | A | 91 | A | |
| | Conduct: | E | | S | | S | | S | | S | | S | | | | |

***Sablatura Middle School - Learning Today, Leading Tomorrow***

### Student is promoted to the next grade level.

A = 90 - 100
B = 80 - 89
C = 75 - 79
D = 70 - 74
F = Below 70
N/A = Not Averaged

E = Excellent
S = Satisfactory
N = Needs Improvement
U = Unsatisfactory

To obtain credit for a class, a student must attend at least 90% of the days the class is offered. (Sec. 8.27 of SB7)

Date Printed: Tue, JUN 9, 2009

000054



**TAKS**  *Grade 6*

# Texas Assessment of Knowledge and Skills
## Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** *****7833

**Report Date:** MAY 2009
**Date of Testing:** SPRING 2009

**District:** 020-908 PEARLAND ISD
**Campus:** 108 LEON H SABLATURA MIDDL

**Local Student ID:** 850619
**Class Group:** MAXWELL JANE

### Reading

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|------------------------|
|      | 6     | SPRING 2009 | 2176      | YES          | NO                     |

Texas Projection Measure—Projected to Meet Standard at Grade 8: YES

|  | ITEMS Correct | Tested |
|---|---|---|
| 1. Basic Understanding .................... ■■■■■◪■■■□□□□□ | 8 | 13 |
| 2. Applying Knowledge of Literary Elements.. ■■■■■■■□ | 7 | 8 |
| 3. Using Strategies to Analyze .............. ■■■■■■□□ | 6 | 8 |
| 4. Applying Critical-Thinking Skills......... ■■■■■■■■■■□□□ | 10 | 13 |
| TOTAL | 31 | 42 |

**Vertical Scale Score:** E- 648
**Lexile Measure:** 865L

Student's Scale Score — 2176

1139  1300  1500  1700  1900  2100  2300  2500  2700  2820
Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

### Mathematics

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|------------------------|
|      | 6     | SPRING 2009 | 2075      | NO           | NO                     |

Texas Projection Measure—Projected to Meet Standard at Grade 8: YES

|  | ITEMS Correct | Tested |
|---|---|---|
| 1. Numbers, Operations, and Quantitative Reasoning................... ■■■■■□□□□□ | 5 | 10 |
| 2. Patterns, Relationships, and Algebraic Reasoning ..................... ■■■■■□□□□ | 5 | 9 |
| 3. Geometry and Spatial Reasoning.......... ■■■■□□□ | 4 | 7 |
| 4. Concepts and Uses of Measurement ....... ■■■□□ | 3 | 5 |
| 5. Probability and Statistics ................. ■■■■■□ | 5 | 6 |
| 6. Mathematical Processes and Tools......... ■■■■■■□□□ | 6 | 9 |
| TOTAL | 28 | 45 |

**Vertical Scale Score:** E- 627
**Quantile Measure:** 610Q

Student's Scale Score — 2075

1106  1300  1500  1700  1900  2100  2300  2500  2700  2864
Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

---

For more information about the results, contact your child's school.

000055

# STUDENT REGISTRATION FORM
## PEARLAND INDEPENDENT SCHOOL DISTRICT
### P.O. BOX 7 * PEARLAND, TEXAS 77588

School _Shady Crest Elementary_    Current Date _4/5/01_  _4/1/02_

**Student Name must be the same as on Birth Certificate and Soc. Sec. card.**

_MATHEWS_ _____ _RyAN_ _____ _A_
Last _____ Gen. Code ____ First _____ Middle

Sex _M_  Birth Date _4/5/97_  Ethnic Code: Am.Indian ___ Asian ___ Black ___ Hisp. _✓_ White ___

SS# _637 / 56 / 7833_ State ID# _____ Privacy Flag - Yes ___ No ___

EMER. CONTACT _Robert Mathews_  _FAther_  _281-412-6247_
Name – Relationship _____ Phone

Are you the parent of the child? Yes _✓_ No ___ Relationship _Mother_

PARENT (Last) _Mathews_    (First _Robert_

PARENT (Last) _Mathews_    (First) _Cheryl_

HOME # (_281_) _412-6247_  Father wk# _713 6405837_  Mother wk# _281 821-5940_
Cell # _832 545-4988_  Pager # _____ Pager # Cell _832 567-6247_

Address _3211 Lee Circle_  _Pearland_  _7758_
Street _____ City ____ Zip

Address _____
Mailing or P.O. Box _____ City ____ Zip

LAST SCHOOL ATTENDED: _Amy's Daycare_

_____
Address ____ City ____ State ____ Zip ____ Phone

Was your child in Special Education or any special classes? Yes ___ No _✓_ If yes, please check below.
Resource ___ Speech ___ Title I ___ ESL ___ Bilingual ___ G/T ___

Has your child ever attended Pearland Schools? Yes ___ No _✓_ Where? _N/A_ When? _N/A_

Does your child have any health problems? Yes ___ No _✓_ Explain _N/A_
Is your child on medication? Yes ___ No _✓_ Explain _N/A_

---

## FOR OFFICE USE ONLY _850619_

Entry date _____ Student ID # _____ Elig. Code ___ Grade _KG_ AM/PM

Teacher _____ Room # _____ Needs to be tested for language _____

Made copies of the following: B. cert. _✓_ SS card _✓_ Shot rec. _✓_ Rec. Req. sent _____

Residence verified: Deed _✓_ Contract / closing date _____ Rent/lease – exp. date_____

Utility bill _✓_ Affidavit _____ M_____ **000056** TDL _✓_ Other _____

# TAKS — Grade 5

## Texas Assessment of Knowledge and Skills
### Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** *****7833

**Report Date:** MARCH 2008
**Date of Testing:** MARCH 2008

**District:** 020-908 PEARLAND ISD
**Campus:** 108 LEON H SABLATURA MIDDL

**Local Student ID:** 850619
**Class Group:** PACE J

### Reading

| | ITEMS | |
| --- | --- | --- |
| | Correct | Tested |
| 1. Basic Understanding | 8 | 13 |
| 2. Applying Knowledge of Literary Elements | 7 | 8 |
| 3. Using Strategies to Analyze | 5 | 8 |
| 4. Applying Critical-Thinking Skills | 7 | 13 |
| TOTAL | 27 | 42 |

Lexile Measure: 685L

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
| --- | --- | --- | --- | --- | --- |
| | 5 | MARCH 2008 | 2062 | NO | NO |

Student's Scale Score — 2062

1173  1300  1500  1700  1900  2100  2300  2500  2716

Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

### Mathematics

**Mathematics Test
to be Administered
on April 8, 2008**

### Science

**Science Test
to be Administered
on May 1, 2008**

Document # 5055-00913

000057

For more information about the TAKS tests, contact your child's school.

Print # 2-02528-040

**TAKS**  *Grade 5*

## Texas Assessment of Knowledge and Skills
### Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** *****7833

**Report Date:** APRIL 2008
**Date of Testing:** APRIL 2008

**District:** 020-903 PEARLAND ISD
**Campus:** 108 LEON H SABLATURA MIDDL

**Local Student ID:** 850619
**Class Group:** PACE J

### Reading

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|----------------------|
| | 5 | MARCH 2008 | 2062 | NO | NO |

**Reading Test
was Administered
on March 5, 2008**

### Mathematics

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|------|-------|-----------|-------------|--------------|----------------------|
| | 5 | APRIL 2008 | 2638 | YES | YES |

| | ITEMS | |
|---|---|---|
| | **Correct** | **Tested** |
| 1. Numbers, Operations, and Quantitative Reasoning . . . . . . . . . . . . . . . . | 11 | 11 |
| 2. Patterns, Relationships, and Algebraic Reasoning . . . . . . . . . . . . . . . . . . | 6 | 7 |
| 3. Geometry and Spatial Reasoning . . . . . . . . . | 7 | 7 |
| 4. Concepts and Uses of Measurement . . . . . . . | 7 | 7 |
| 5. Probability and Statistics . . . . . . . . . . . . . . . | 4 | 4 |
| 6. Mathematical Processes and Tools . . . . . . . . . | 8 | 8 |
| **TOTAL** | **43** | **44** |

**Quantile Measure:  925Q**

Student's Scale Score — 2638

1088  1200        1400        1600        1800        2000        2200        2400        2600        2809

Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

### Science

**Science Test
to be Administered
on May 1, 2008**

Document #  5336-01304

000058

For more information about the TAKS tests, contact your child's school.

Print #  2-10786-054

**TAKS**  *Grade 5*

# Texas Assessment of Knowledge and Skills
## Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** *****7833

| | |
|---|---|
| **Report Date:** MAY 2008 | **District:** 020-908 PEARLAND ISD |
| **Date of Testing:** APRIL 2008 | **Campus:** 108 LEON H SABLATURA MIDDL |

**Local Student ID:** 850619
**Class Group:** PACE

### Reading

**ITEMS**

| | Correct | Tested |
|---|---|---|
| 1. Basic Understanding . . . . . . . . . . . . . . . . . ▪▪▪▪▪▪▪▪▪□□□ | 10 | 13 |
| 2. Applying Knowledge of Literary Elements . . ▪▪▪▪▪□□□ | 5 | 8 |
| 3. Using Strategies to Analyze . . . . . . . . . . . . . . ▪▪▪▪▪▪□□ | 6 | 8 |
| 4. Applying Critical-Thinking Skills . . . . . . . . . ▪▪▪▪▪▪▪▪▪▪□□□ | 10 | 13 |
| **TOTAL** | 31 | 42 |

**Lexile Measure:** 770L

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 5 | APRIL 2008 | 2134 | YES | NO |
| | 5 | MARCH 2008 | 2062 | NO | NO |

Student's Scale Score — 2134

| 1194 | 1300 | 1500 | 1700 | 1900 | 2100 | 2300 | 2500 | 2722 |
|---|---|---|---|---|---|---|---|---|

Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

### Mathematics

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 5 | APRIL 2008 | 2638 | YES | YES |

**Mathematics Test
was Administered
on April 8, 2008**

### Science

**ITEMS**

| | Correct | Tested |
|---|---|---|
| 1. Nature of Science . . . . . . . . . . . . . . . . . . . ▪▪▪▪▪▪▪▪▪▪▪▪□ | 12 | 13 |
| 2. Life Sciences . . . . . . . . . . . . . . . . . . . . . . . . ▪▪▪▪▪▪▪▪▪ | 9 | 9 |
| 3. Physical Sciences . . . . . . . . . . . . . . . . . . . . . ▪▪▪▪▪▪▪▪▪ | 9 | 9 |
| 4. Earth Sciences . . . . . . . . . . . . . . . . . . . . . . . . ▪▪▪▪▪▪▪▪▪ | 9 | 9 |
| **TOTAL** | 39 | 40 |

| Info | Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|---|
| | 5 | APRIL 2008 | 2581 | YES | YES |

Student's Scale Score — 2581

| 910 | 1100 | 1300 | 1500 | 1700 | 1900 | 2100 | 2300 | 2500 | 2768 |
|---|---|---|---|---|---|---|---|---|---|

Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

Pearland Independent School District

## Leon Sablatura Middle School
A TEA *Recognized* Campus
2201 N. Galveston
Pearland, Texas 77581
281-412-1500
Principal: Lisa Nixon
<u>Report Card 6th Marking Period</u>

| Student Name | Grade | Gender | Counselor | MP | School Year |
|---|---|---|---|---|---|
| Matthews, Ryan Antonio | 05 | MALE | Castro, Ingrid | 6 | 2007-2008 |

| Homeroom | Current Marking Period: Absent \| Present | | Cumulative: Absent \| Present | |
|---|---|---|---|---|
| 116  Pace | 3 | 25 | 5 | 172 |

| Course | Teacher | MP1 | | MP2 | | MP3 | | MP4 | | MP5 | | MP6 | | Final | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LANGUAGE ARTS AD... | Williamson, David B | 88 | B | 85 | B | 93 | A | 91 | A | 79 | C | 60 | F | 83 | B | Too Many Daily Zeros |
| | Conduct: | | | | | | | | | | | | | | | |
| MATH ADV 5 | Mcferon, Jeanetta... | 76 | C | 80 | B | 79 | C | 79 | C | 82 | B | 81 | B | 80 | B | Shows Improvement |
| | Conduct: | U | | U | | N | | E | | N | | E | | | | |
| SOCIAL STUD ADV 5 | Pace, Janet E | 75 | C | 85 | B | 94 | A | 98 | A | 93 | A | 81 | B | 88 | B | |
| | Conduct: | | | | | | | | | S | | S | | | | |
| SCIENCE ADV 5 | Pace, Janet E | 70 | D | 73 | D | 77 | C | 76 | C | 76 | C | 84 | B | 76 | C | |
| | Conduct: | S | | U | | N | | S | | S | | S | | | | |
| READING ADV 5 | Williamson, David B | 87 | B | 83 | B | 84 | B | 91 | A | 83 | B | 89 | B | 86 | B | |
| | Conduct: | | | | | S | | S | | E | | S | | | | |
| PE 5 | Burrow, Melissa | 94 | A | 100 | A | 89 | B | 97 | A | 100 | A | 97 | A | 96 | A | |
| | Conduct: | S | | | | | | | | | | | | | | |
| FINE ARTS 5 | Stenvall, Marcie | 94 | A | 94 | A | 98 | A | 92 | A | 94 | A | 89 | B | 94 | A | |
| | Conduct: | S | | S | | S | | S | | S | | S | | | | |

*Sablatura Middle School - Learning Today, Leading Tomorrow*

## Student is promoted to the next grade level.

A = 90 - 100
B = 80 - 89
C = 75 - 79
D = 70 - 74
F = Below 70
N/A = Not Averaged

E = Excellent
S = Satisfactory
N = Needs Improvement
U = Unsatisfactory

To obtain credit for a class, a student must attend at least
90% of the days the class is offered. (Sec. 8.27 of SB7)

Date Printed: Fri, JUN 6, 2008

**TAKS**  *Grade 4*

# Texas Assessment of Knowledge and Skills
## Confidential Student Report

**Name:** RYAN A. MATTHEWS
**Date of Birth:** 04/05/97
**Student ID (PEIMS):** 637567833

| | |
|---|---|
| **Report Date:** MAY 2007 | **District:** 020-908 PEARLAND ISD |
| **Date of Testing:** SPRING 2007 | **Campus:** 102 C J HARRIS ELEMENTARY |

**Local Student ID:** 850619
**Class Group:** SOCKWELL

---

### Reading

|  | ITEMS Correct | Tested |
|---|---|---|
| 1. Basic Understanding | 11 | 15 |
| 2. Applying Knowledge of Literary Elements | 7 | 8 |
| 3. Using Strategies to Analyze | 3 | 7 |
| 4. Applying Critical-Thinking Skills | 4 | 10 |
| **TOTAL** | **25** | **40** |

**Lexile Measure: 520L**

| Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|
| 4 | SPRING 2007 | 2069 | NO | NO |

Student's Scale Score — 2069

1290  1400  1600  1800  2000  2200  2400  2629
Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

---

### Mathematics

|  | ITEMS Correct | Tested |
|---|---|---|
| 1. Numbers, Operations, and Quantitative Reasoning | 7 | 11 |
| 2. Patterns, Relationships, and Algebraic Reasoning | 6 | 7 |
| 3. Geometry and Spatial Reasoning | 5 | 6 |
| 4. Concepts and Uses of Measurement | 4 | 6 |
| 5. Probability and Statistics | 3 | 4 |
| 6. Mathematical Processes and Tools | 5 | 8 |
| **TOTAL** | **30** | **42** |

**Quantile Measure: 565Q**

| Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|
| 4 | SPRING 2007 | 2118 | YES | NO |

Student's Scale Score — 2118

1273  1400  1600  1800  2000  2200  2400  2682
Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

---

### Writing

|  | ITEMS Correct | Tested |
|---|---|---|
| 1-2. Written Composition – Effectiveness/Command of Conventions .. *2 = Somewhat Effective Response (2 out of a possible 4)* | | |
| 3. Appropriate Organization of Ideas | 4 | 4 |
| 4. Correct and Effective Sentence Construction | 8 | 8 |
| 5. Standard Usage and Appropriate Word Choice | 7 | 8 |
| 6. Proofreading for Punctuation, Capitalization, and Spelling | 8 | 8 |
| **TOTAL** | **27** | **28** |

| Grade | Test Date | Scale Score | Met Standard | Commended Performance |
|---|---|---|---|---|
| 4 | SPRING 2007 | 2399 | YES | NO |

Student's Scale Score — 2399

1479  1600  1800  2000  2200  2400  2600  2800  3059
Standard: Scale Score of 2100
Commended Performance: Scale Score of 2400

---

Document # 2315-01244

For more information about the TAKS, contact your child's school.

000061

Print # 1-26005-133

**Name**

Ryan Matthews

**Ethnicity**

B

## Interventions

| Math tutor | Rdg Tutor | SSC | CM | Other |
|---|---|---|---|---|
| ✓ | 3rd | | ✓ | |

**Teacher**

Idoux/Sockwell

### Does the student's file contain any colored folders/files?

| At Risk | GT | 504 (blue?) | Dyslexia | ESL(yellow?) | Speech(red?) | Sp Ed(red?) | Resource(m,r,l) |
|---|---|---|---|---|---|---|---|
| ✓ | | | | | | | |

**Low SES**

✓

### TAKS Administration

| Oral | Sm Group | SDAA Math | SDAA Rdg | Large Print |
|---|---|---|---|---|
| | | | | |

**CBA Scores**

3rd/4th Only

| | Math | Reading | Writing | story |
|---|---|---|---|---|
| 1 | 59 | | | |
| 2 | 45 | 50 | 39/0 | |
| 3 | 60 | 63 | 89/2 | |
| 4 | 67 | | | |
| 5 | | 63 | | |

| **Previous TAKS Scores:** | Reading | Math |
|---|---|---|
| | 25/36 | 28/40 |

**Report Card**

| | 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|---|
| Language | 70 | 72 | 75 | 75 | 80 |
| Math | 82 | 80 | 71 | 82 | 76 |
| Reading | 70 | 90 | 78 | 70 | 70 |
| Science | 81 | 90 | 71 | 87 | 80 |
| Social Studies | 79 | 71 | 78 | 77 | 90 |

**Reading Levels**

| Entering DRA | Fall | Spring |
|---|---|---|
| 34 | | |

000062

Student Data
CJ Harris 2006-2007